FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEBRASKA**

2015 SEP 17  PM 12: 41

**ROBERT WAGNER and SHAWNNA**
**WAGNER,** on behalf of their minor son,
BRANDON WAGNER,

Petitioner,

vs.

**NEBRASKA SCHOOL ACTIVITIES**
**ASSOCIATION,**

Defendant.

CASE NO. 8:15 CV 343

**VERIFIED PETITION FOR**
**TEMPORARY RESTRAINING ORDER**

COME NOW, the Petitioners, ROBERT WAGNER and SHAWNNA WAGNER bring

this Complaint on behalf of their minor son, Brandon Wagner, against Nebraska Schools

Activities Association ("NSAA") to challenge NSAA's refusal to provide Brandon Wagner with

an opportunity to participate on a varsity football team based on his race and in violation of the

Petitioner's and Brandon Wagner's fundamental due process rights established in the United

States and Nebraska Constitution. The Petitioners state the following:

**JURISDICTION**

1.      This court has both subject matter jurisdiction to adjudicate the general questions

in this claim, and general jurisdiction that includes the power to hear and rule on a petition for a

temporary restraining order and preliminary injunction.

2.      This action is subject to the jurisdiction of this Court pursuant to 28 U.S.C. §

1331(a)(3) and (4), as follows:

> a. This Court has original jurisdiction because the Verified Petition for
> Temporary Restraining Order is founded on claims asserted under the
> Constitution, treaties, and/or laws of the United States.

1

    b. An actual controversy exists because the Verified Petition for Restraining Order alleges that the Defendant and its agents or employees have caused or will cause the Petitioners to suffer immediate and irreparable harm and injury now and in the future, through actions which Petitioners assert are unconstitutional, and which are further alleged by Petitioners to be in violation of the Petitioners' Due Process rights afforded under the U.S. Constitution.

    c. This Court has federal question jurisdiction, due to Petitioners' allegations of violations of constitutional rights, as set forth in the United States Constitution. A federal question appears on the face of the Petition. There is an actual controversy.

3.      Jurisdiction is also conferred upon this Court by (i) 28 U.S.C. §§ 1331 & 1343(3) and (4), as this is a civil action under 42 U.S.C. § 1983 to redress the deprivation of civil rights secured by the Constitution and statutes of the United States; and (ii) 28 U.S.C. § 1367, as this action includes a claim arising under state law that is so related to a claim within the Court's original jurisdiction.

## VENUE

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b) as all the claims arose in and the Defendant is located in the State of Nebraska and within the District of Nebraska.

## PARTIES

1.      The Petitioners are residents of Douglas County in the State of Nebraska.

2.      The Petitioners are the natural mother and father of Brandon Wagner.

3.      Brandon Wagner currently resides at 4628 Fowler Ave, Omaha, NE 68104, which is within the Omaha Public Schools boundary. Brandon Wagner is currently registered and

2

attending Omaha Central High School in Omaha, which is within Douglas County, Nebraska. Brandon Wagner is a senior student-athlete attending Omaha Central High School, Omaha, Nebraska.

4.      The Defendant, Nebraska School Activities Association ("NSAA") is an association created under the laws of the State of Nebraska which administers inter-school extra-curricular activities for the public schools of Nebraska.

5.      The Defendant NSAA derives substantial income from various school districts of the State which derive all funding from state and federal funds.

6.      NSAA Board is governed by an eight (8) volunteer member Board of Directors.

7.      There are no ethnic or racial minority members on NSAA Board.

8.      There are no members from Omaha Public Schools, the largest school district in the State, on the NSAA Board.

9.      NSAA published the following mission statement on its website:

> ***The public and non-public high schools of Nebraska voluntarily agreed to form the Nebraska School Activities Association for the following purposes:***
> - To formulate and make policies which will cultivate high ideals of citizenship, fair competition, sportsmanship and teamwork which will complement the member schools' curriculum programs;
> - To foster uniformity of standards in interscholastic activity competition
> - To organize, develop, direct and regulate an interscholastic activity program which is equitable and will protect and promote the health and physical welfare of all participants

10.     In a relatively recent decision, the U.S. Supreme Court reviewed the nature of an association very similar to the NSAA and held that the association was a "state actor." See *Brentwood Academy v. Tennessee Secondary School Athletic Association,* 531 U.S. 288 (2001). Specifically, the Court found that "The nominally private character of the Association is

3

overborne by the pervasive entwinement of public institutions and public officials in its composition and workings, and there is no substantial reason to claim unfairness in applying constitutional standards to it." *Id*, 531 U.S. at 298.

11.     The same conclusion has been reached in the Eighth Circuit, see *United States ex rel. Missouri State High School Activities Association*, 682 F.2d 147 (1982), and Nebraska, see *Reed v. Nebraska School Activities Association*, 341 F.Supp. 258 (D. Neb. 1972). Thus, it is virtually beyond dispute that the NSAA is a state actor.

## FACTS

5.     Petitioners hereby incorporate by reference all the preceding paragraphs.

6.     Brandon Wagner currently maintains a 2.9 grade point average.

7.     Brandon is eligible to participate in scholastic athletics by meeting all NSAA and Omaha Public School requirements of residing within the proper school district, and maintaining well-above the minimum 2.0 grade point average.

8.     Brandon Wagner is an exceptional football player and is currently attempting to obtain athletic scholarship opportunities from NCAA Division I universities.

9.     Brandon Wagner practiced and played in three (3) games of varsity football for Omaha Central High School.

10.     On or about September 11, 2015, Brandon Wagner was playing in Omaha Central High School's varsity football game against Omaha Creighton Preparatory High School. He blocked an opposing player during an interception play.

11.     Brandon Wagner was ejected from the game.

12.     Under current NSAA rules, if a player is ejected from a game, the player is suspended for the following game also.

13. The game on September 17, 2015, is Brandon Wagner's senior year Homecoming game. This will only happen once in Brandon Wagner's life.

14. The only explanation given to the Petitioners was that Brandon Wagner was ejected from the game because he targeted the opposing player.

15. Within forty-eight (48) hours, the Petitioners were told via Omaha Central High School's varsity football Coach that Brandon Wagner was ejected for hitting a defenseless player and taunting.

16. On September 14, 2015, the NSAA sent an email to Omaha Central High School's varsity football coach, who then forwarded the email to the Petitioners. In the email, the NSAA representative stated, "I received the game film from three angles from Creighton Prep last night". The email confirmed that the new reason for the ejection was hitting a defenseless player. Attached hereto as Exhibit "A" and incorporated herein is the September 14, 2015 email.

17. Similar blocks and hits have occurred in high school football games operated or sanctioned by NSAA.

18. Those similar blocks or hits in high school football games were either not penalized or the player was not ejected from the game. (Specifically, a similar play occurred during a football game between Millard South High School and Westside High School).

19. Brandon Wagner and all Petitioners denied and continue to deny any and all such allegations made by NSAA and Omaha Public Schools.

20. The Petitioners and Brandon Wagner have a constitutional right to due process of law, which includes a hearing on this matter prior to action that deprives him of his rights.

21. Aforementioned acts by NSAA and Omaha Public Schools will cause irreparable harm to Brandon Wagner without immediate action by this Court.

5

## COUNT I
## EQUAL PROTECTION VIOLATION

22.     Petitioners hereby incorporate by reference all the preceding paragraphs.

23.     The Fourteenth Amendment to the United States Constitution provides all citizens
with equal protection of the laws and requires that any classification of persons that is made by a
governmental actor be made on a rational basis.

24.     Similar blocks and hits have occurred in high school football games operated or
sanctioned by NSAA.

25.     Those similar blocks or hit in high school football games were either not
penalized or the player was not ejected from the game. (See, specifically, the game between
Millard South High School and Westside High School).

26.     Never before has NSAA reviewed the video footage of a game to review certain
calls, except in Brandon Wagner's case.

27.     Defendant's actions against Petitioners and Brandon Wagner discriminate against
Brandon Wagner in that Defendant has not treated other students in the same manner as
Defendant is treating Brandon Wagner.

28.     If the decision of Defendant's agents and its ruling remains in effect, it will
prohibit Brandon Wagner from playing in his senior year Homecoming game on September 17,
2015; thus permanently and irreparably injuring Brandon Wagner.

29.     Petitioner is without any remedy at law that will protect its interests.

30.     Brandon Wagner will suffer irreparable damage if this Court does not issue an
injunction prohibiting Defendant from enforcing and advancing the effect of the decision issued
by Defendant because the September 17, 2015 Homecoming game will pass before the litigation
is completed.

6

31. Petitioners have alleged sufficient facts that entitle it to immediate interim relief and permanent relief and upon which it will ultimately prevail after a full evidentiary presentation.

32. Defendant has and continues to violate the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution causing damage to Brandon Wagner.

## COUNT II
## DUE PROCESS VIOLATION

33. Petitioners hereby incorporate by reference all the preceding paragraphs.

34. The Fourteenth Amendment to the United States Constitution provides all citizens with the right to procedural due process when any of its rights or privileges are to be denied or restricted by action of the state or its actors.

35. NSAA failed to adhere to the due process requirements outlined in Section 1.10.1 of the Nebraska School Activities Association bylaws, attached hereto as Exhibit "B" and is incorporated herein.

36. Specifically, the NSAA violated its own bylaws and procedures by reviewing three videos prior to any appeal made by the school or coach. The Petitioners have never been contacted directly via writing of the official position, ruling, or call at the time of the incident.

37. The Parent and the Student has no Due Process procedures.

38. Furthermore and more importantly, NSAA does not list the parent of the student or the student her/himself as a party to any Due Process proceedings.

39. NSAA's rules and regulations and/or by-laws relating to proceedings before its regulatory bodies and agents are lacking in the basic tenets of procedural due process in that the rules and regulations and/or by-laws do not provide for and did not provide for Petitioner to have

7

a hearing, evidence to be presented, require witnesses to be sworn, or adhere to the usual and customary rules of evidence for the presentation of allegations to the hearing panel.

40.     NSAA rules, regulations, and bylaws do not have a procedure whereby parents of the students may appeal decisions such as this.

41.     Procedural due process requires that a party whose rights are adversely affected have a hearing that provides for an opportunity to learn the facts underlying any complaint, that the party be able to confront its accusers in some orderly fashion, that the process be fair, that the proceeding be conducted by an independent and impartial officer/panel, that the party against whom the charges are brought be able to present its case, that it be represented by counsel, that a reasonable standard exist against which the facts are weighed, and that any decision that is made be based on the facts that are presented during the proceeding.

42.     The NSAA Official Manual, attached hereto as Exhibit "C" and incorporated herein, outlines the procedures Officials must take when an ejection occurs.

43.     It states that Officials must file an electronic report to the NSAA the day following the ejection.

44.     This report was never provided to the Petitioners, despite it being requested.

45.     NSAA failed to provide Brandon and the Petitioners with any evidence to support their allegation.

46.     NSAA Official Manual also states:

> "Conflict of interest needs to be considered when accepting a contract. **If there is any doubt as to whether or not an official should work a game, he or she should probably avoid working it.** Even if there is only a perception that a conflict of interest exists, the official should excuse himself or herself from the contest. The first time you violate that trust you open the door to questionable motives.

8

> What constitutes conflict of interest? Some examples are fairly
> clear: the official is working at a level beyond his or her expertise; a close
> family member is involved in the contest as a player or coach; or the
> official is an employee of the school. But there are "gray areas": the
> official has a friend who is a player; **he or she attended one of the
> schools several years ago; he or she is a former player or coach;** or, in
> a tournament situation, a family member's team will play the winner of
> the contest." (emphasis)

47.     The Official Manual also states "The above conflicts are not all-inclusive and do

not cover all possible conflicts, but should be used by officials when filling out schedules. **The**

**perception of conflict should be avoided whenever possible.** (emphasis added)

48.     The referee, who was the head official during the game in question, and

ultimately made the call is believed to be a Creighton Prep Alumni, who played football for the

high school.

49.     It is believed that the head referee is a Creighton Prep Alumni and clearly

operated within the above mentioned NSAA's conflict of interest gray area.

50.     Creighton Prep High School prides its self on its Alumni base and close-knit

community.

51.     Yet, despite this appearance of a conflict of interest, this individual was allowed

to referee the game and participate as head official.

52.     NSAA bylaws, policies and procedures do not list a parent or the student as a

Party. See Due Process Procedures 1.10 attached herein and listed above.

53.     No appeal can be made by the parent or the student himself.

54.     The Petitioners cannot appeal any action to the NSAA.

55.     If the decision of Defendant's agents and its ruling remains in effect, it will

prohibit Petitioner's student from playing in the his Senior Homecoming Game on September 17,

2015; thus injuring Brandon Wagner.

9

56.     Petitioner is without any remedy at law that will protect its interests.

57.     Brandon Wagner will suffer irreparable damage if this Court does not issue an injunction prohibiting Defendant from enforcing and advancing the affect of the decision issued by Defendant because the Senior Homecoming game will pass before the litigation is completed.

58.     Petitioners have alleged sufficient facts that entitle it to immediate interim relief and permanent relief and upon which it will ultimately prevail after a full evidentiary presentation.

59.     Defendant has and continues to violate the Due Process Clause of the Fourteenth Amendment to the United States Constitution causing damage to Brandon Wagner.

## COUNT III
## 42 USC § 1983

60.     Petitioners hereby incorporate by reference all the preceding paragraphs.

61.     The federal law, 42 USC 1983, is a general civil rights law that provides persons with a right to challenge actions conducted by a state actor acting under color of the state which deprive the person of rights, privileges and immunities guaranteed by the United States Constitution and/or federal law.

62.     Defendant's rules and regulations and/or by-laws relating to proceedings before its regulatory bodies and agents are lacking in the basic tenets of procedural due process in that Defendant's rules and regulations and/or by-laws do not provide for and did not provide Petitioner to have a hearing, evidence be presented, require witnesses to be sworn, or adhere to the usual and customary rules of evidence for the presentation of allegations to the hearing panel.

63.     It does not have an appeal procedure whereby parents of the student may appeal NSAA decisions.

10

64. Procedural due process requires that a party whose rights are adversely affected have a hearing that provides for an opportunity to learn the facts underlying any complaint, that the party be able to confront its accusers in some orderly fashion, that the process be fair, that the proceeding be conducted by an independent and impartial officer/panel, that the party against whom the charges are brought be able to present its case, that it be represented by counsel, that a reasonable standard exist against which the facts are weighed, and that any decision that is made be based on the facts that are presented during the proceeding.

65. Defendant's rules and regulations and/or by-laws as applied to Petitioner under the facts alleged in the prior paragraphs of this Complaint in Counts 1 and 2 violate Petitioner constitutional rights to procedural due process and to equal protection of the law.

66. If the decision of Defendant's agents and its ruling remains in effect, it will prohibit Petitioner's student from playing in the his Senior Homecoming Game on September 17, 2015; thus injuring Brandon Wagner.

67. Petitioner is without any remedy at law that will protect its interests.

68. Brandon Wagner will suffer irreparable damage if this Court does not issue an injunction prohibiting Defendant from enforcing and advancing the affect of the decision issued by Defendant because the Senior Homecoming game will pass before the litigation is completed.

69. Petitioner has alleged sufficient facts that entitle it to immediate interim relief and permanent relief and upon which it will ultimately prevail after a full evidentiary presentation under 42 USC 1983.

## COUNT IV
## 28 USC § 2201

70. Petitioners hereby incorporate by reference all the preceding paragraphs.

11

71.    The federal law, 28 U.S.C. § 2201, provides authority for the federal courts to declare the rights and legal relations between interested parties in matters related to the United States Constitution and/or federal laws.

72.    Defendant's rules and regulations and/or by-laws relating to proceedings before its regulatory bodies and agents are lacking in the basic tenets of procedural due process in that Defendant's rules and regulations and/or by-laws do not provide for and did not provide Petitioner to have a hearing, evidence be presented, require witnesses to be sworn, or adhere to the usual and customary rules of evidence for the presentation of allegations to the hearing panel.

73.    It does not have an appeal procedure whereby parents of the students may appeal NSAA decisions.

74.    Procedural due process requires that a party whose rights are adversely affected have a hearing that provides for an opportunity to learn the facts underlying any complaint, that the party be able to confront its accusers in some orderly fashion, that the process be fair, that the proceeding be conducted by an independent and impartial officer/panel, that the party against whom the charges are brought be able to present its case, that it be represented by counsel, that a reasonable standard exist against which the facts are weighed, and that any decision that is made be based on the facts that are presented during the proceeding.

75.    Defendant's rules and regulations and/or by-laws as applied to Petitioner under the facts alleged in the prior paragraphs of this Complaint in Counts 1 and 2 violate Petitioner constitutional rights to procedural due process and to equal protection of the law.

76.    If the decision of Defendant's agents and its ruling remains in effect, it will prohibit Petitioner's student from playing in the his Senior Homecoming Game on September 17, 2015; thus injuring Brandon Wagner.

12

77. Petitioner is without any remedy at law that will protect its interests.

78. Brandon Wagner will suffer irreparable damage if this Court does not issue an injunction prohibiting Defendant from enforcing and advancing the affect of the decision issued by Defendant because the Senior Homecoming game will pass before the litigation is completed.

79. Petitioner requests a declaration of rights concerning Defendant's rules and regulations and/or by-laws relating to proceedings before its regulatory bodies and agents as to whether those rules and regulations and by-laws meet the standards for basic procedural due process under the Fourteenth Amendment to the United States Constitution or whether they are lacking in the basic tenets of procedural due process because Defendant's rules and regulations and/or by-laws do not provide for and did not provide Petitioner with the right to cross examine its accusers, did not require witnesses to be sworn, did not adhere to the usual and customary rules of evidence for the presentation of allegations to the hearing panel, did not have a properly constituted Appeals Committee, did not meet the standards for emergency processing of the matter, and did not provide for a regular standard upon which a decision was to be based when weighing the allegations of fact.

## WHY A TEMPORARY RESTRAINING ORDER IS NECESSARY

80. Petitioner hereby incorporate by reference all the preceding paragraphs.

81. Brandon Wagner will suffer immediate and irreparable injury in the absence of a temporary restraining order, the Petitioners are likely to succeed on the merits of their claims, or in the alternative, there are fair grounds for dispute concerning the merits of Petitioners claims and the balance of hardships tip decidedly in favor of Petitioners.

13

82. An immediate temporary restraining order is necessary to prevent further irreparable harm pending a final decision by this court on Petitioners' Verified Petition for Preliminary Injunction.

83. Failure to grant the temporary restraining order requested will result in continued irreparable harm to Brandon Wagner in that he meets *all* of the criteria of eligibility to participate in Omaha Central High School varsity football; yet, he is being harmed by being treated differently than all other eligible students. This disparate treatment is in direct violation of the due process and equal protection clauses guaranteed by the United States and Nebraska Constitutions.

84. Failure to grant the temporary restraining order will also result in irreparable harm to Brandon Wagner in that the loss of competition opportunities causes his lost opportunity for collegiate athletic opportunities, collegiate athletic scholarships, physical development of athletic skills, and talents, benefits, and character development.

85. The threatened harm far outweighs any possible harm that granting the temporary restraining order might cause NSAA and Omaha Public Schools. Respondent will suffer no harm if a temporary restraining order is granted while this matter is pending before the courts. In fact, the temporary restraining order sought would prevent any capricious and arbitrary discrimination based on gender and race, and promote full equality before the law, thereby promoting the public interest.

86. The failure by NSAA to provide Brandon Wagner with procedural due process as required by the NSAA Constitution and Bylaw, as well as their failure to investigate, allow Brandon an opportunity to present his evidence, and their failure to appeal NSAA's decision

14

were arbitrary and capricious acts necessitating this Honorable Court's intervention with an equitable remedy before any more harm is done.

WHEREFORE, Petitioners pray for judgment of this Court as follows:

A.  Issuing a declaratory judgment for Petitioner that declares that:

   1.  The rules and regulations and by-laws identified in this litigation are an unconstitutional exercise of authority violating Petitioners due process rights under the Fourteenth Amendment to the United States Constitution, and declaring them void and of no force and effect; and

   2.  The rules and regulations and by-laws identified in this litigation are an unconstitutional exercise of authority violating Petitioners equal protection rights under the Fourteenth Amendment to the United States Constitution, and declaring them void and of no force and effect; an

   3.  The proceedings that took place under Defendant's agents' direction on Friday, September 11, 2015 are based on unconstitutional rules and regulations and bylaws; and

   4.  The decision made by Defendant disqualifying Petitioner and Student from participating in the Senior Year Homecoming Game on September 17, 2015 is invalid because it is based on unconstitutional exercises of authority by Defendant.

B.  Issuing a Temporary Restraining Order and/or Temporary Injunction to enjoin the Defendants from:

   1.  Denying Brandon Wagner the ability to play in September 17, 2015 game;

    2.  The further enforcement of its rules in such a manner as to deny parents

        rights to appeal any matter to higher level within NSAA

C. Issuing a Permanent Injunction against Defendant to prohibit Defendant from

    enforcing the rules and regulations and by-laws that were challenged in this

    lawsuit.

Respectfully submitted Pro Se

Robert Wagner
4748 North 41St
Omaha, NE 68111
(402) 812-6540

I FURTHER CERTIFY, that I called counsel for both the NSAA. I spoke on September

17, 2015 between 845 am to 9:30 am at the Public Meeting of NSAA and informed the Board

and all of its officers of this Complaint being filed today.

Robert Wagner
4748 North 41St
Omaha, NE 68111

16

## VERIFICATION

STATE OF NEBRASKA    )
                         )ss.
COUNTY OF Douglas    )

        Robert Wagner, being first duly sworn, depose and states that I am the Petitioner named hereinabove, that I have read the foregoing Petition for Temporary Restraining Order and that the facts and matters contained therein are true and correct to the best of my knowledge and belief.

SUBSCRIBED AND SWORN to before me this _19th_ day of _September_, 2015.

Notary Public

BEVERLEE J. DIEDERICH
General Notary
State of Nebraska
My Commission Expires May 1, 2016

17

**Subject:**  Fw: Hit yesterday

**From:**  Jay Ball (Jay.Ball@ops.org)

**To:**  ziawells@yahoo.com;

**Date:**  Monday, September 14, 2015 2:03 PM


Here is the email we received regarding the call.  This is the official's interpretation.

Coach Ball

---

Thank you for reaching out to me regarding the play last night. I received the game film from three angles from Creighton Prep last night. It is play #153. Below are the rule references we used to throw the flag for the foul committed.

2-16-2-c Flagrant Foul: A foul so severe or extreme that it places an opponent in danger of serious injury, and or involves violations that are extremely or persistently vulgar or abusive language.

9-3-4-g Illegal Personal Contact: Make any other contact with an opponent, including defenseless player, which is deemed unnecessary or excessive, which incites roughness.

In this play you will see #9 looking for #50. There were two players there and #50 was the player farther away from the ball carrier. #9 dipped his body and thrusted upwards initially hitting opponent near the shoulders but thrusting upwards forcibly hitting the Creighton Prep player in the head or neck area with his helmet.

From a coaching perspective, I would encourage players, blocking away from the ball, to only use hands or arms and not shoulders or entire body. This block that was made is called a blind side block, which is where the opponent does not see the block coming. Whenever a player is blocking during a blind side block it is imperative to teach players to block with hands and arms and push the opponent to the ground instead of punishing an opponent to the ground. As you will see in the Creighton Prep Wide Angle film you have #66 push #50 back to the ground and stand over him as well. Officials did not hear what was said however expressed to us that #66 called the Prep player a F....ing P....Y. If we did hear that we would have also ejected #66 based on the definition of flagrant foul.

I hope this feedback helps prevent such situations happen in the future for all involved. Football is a great sport and there is many collisions made that are legal. However we as adults must help educate and train  our student athletes we must respect and care for one another most and foremost.

Omaha Public Schools does not discriminate. Click here to see our policy.



# 2015-16 CONSTITUTION & BYLAWS

*The public and non-public schools of Nebraska voluntarily agreed to form the Nebraska School Activities Association for the following purpose:*
*\*To formulate and make policies which will cultivate high ideals of citizenship, fair Competition, sportsmanship and teamwork which will complement the member schools' curriculum programs.*
*\*To foster uniformity of standards in interscholastic activity competition.*
*\*To organize, develop, direct and regulate an interscholastic activity program which is equitable and protect and promote the health and physical welfare of all participants.*

# 2015-16 CHANGES IN BYLAWS & APPROVED RULINGS

| | |
|---|---|
| 1.5.4.3.1 AR | Classification Caucus Committee Alternates |
| 1.10 | Due Process Procedure Hearing Options |
| 2.6.1.1 | Gives the Executive Director the authority to rule on all domicile hardships. |
| 2.6.12 | McKinney-Vento Homeless Act |
| 2.7.5 | International Student language updated |
| 2.7.7 | Clarifies NSAA Transfer Bylaws |
| 2.11 AR | Identified fines and penalties |
| 3.5.1 AR | Exception on non-high school teams |
| 3.11.11.3 | Volleyball Out-state provision |
| 7.7.9 | Time Limit for Jazz Choir |

Petitioner's Exhibit B
Page 1 of 76

# District Officers 2015-2016

Term Expires July 31 of:

## District I

| Term | Officer | Alternate |
|------|---------|-----------|
| 2016 | Mark Norvell, Fillmore Central, Board of Directors | Ryan Ruhl, Norris |
| 2018 | Wendy Henrichs Lincoln East, Board of Directors | Kathy Wieskamp, Lincoln Public Schools |
| 2018 | Kevin Simmerman, Lincoln North Star, Chairperson | Greg Hardin, Norris |
| 2017 | Ryan Ruhl, Norris, Vice Chairperson | Matt Uher, Tri-County |
| 2016 | Neal Randel, Beatrice, Secretary | Greg Hardin, Norris |
| 2018 | Rich Bacon, Johnson County Central, Middle Level Rep | Dean Davis, Centennial |

## District II

| Term | Officer | Alternate |
|------|---------|-----------|
| 2016 | Dr. Bob Reznicek, Boys Town, Board of Directors | Greg Lamberty, Bennington |
| 2018 | Nolan Beyer, Millard Public Schools, Board of Directors | Rochelle Rohlfs, Omaha Marian |
| 2017 | Marty Rogers, Blair, Chairperson | Jeff Johnson, Papillion-La Vista South |
| 2018 | Bill Fitzgerald, Fremont, Vice Chairperson | |
| 2017 | Tim McNamara, Yutan, Secretary | Holly McCoy, Omaha Mercy |
| 2018 | Tony Allgood, North Bend, Middle Level Rep | Randy Wiese, Ashland-Greenwood |

## District III

| Term | Officer | Alternate |
|------|---------|-----------|
| 2017 | Jay Bellar, Battle Creek, Board of Directors | Dennis Dolliver, Norfolk |
| 2017 | Rocky Ruhl, Wayne, Chairperson | Jeff Bellar, Norfolk Catholic |
| 2017 | Dennis Dolliver, Norfolk, Vice Chairperson | Mike Sanne, Clearwater |
| 2018 | Jon Cerny, Bancroft-Rosalie, Secretary | Joan Reznicek, Ponca |
| 2017 | Bill McAllister, West Holt, Middle Level Rep | |

## District IV

| Term | Officer | Alternate |
|------|---------|-----------|
| 2019 | Dan Keyser, Sutherland, Board of Directors | Jason Alexander, Ord |
| 2018 | Mitchell Stine, Kearney, Chairperson | Alan Frank, Adams Central |
| 2017 | Carl Dietz, Ogallala, Vice Chairperson | Kyle Hoehner, Lexington |
| 2017 | Seth Ryker, Gothenburg, Secretary | Ryan Hogue, Broken Bow |
| 2017 | Jerry Dunn, Wood River, Middle Level Rep | Marc Mroczek, North Platte |

## District V

| Term | Officer | Alternate |
|------|---------|-----------|
| 2019 | Alan Garey, Medicine Valley, Board of Directors | Jim Kent, Dundy County-Stratton |
| 2017 | Scott Schoneman, Holdrege, Chairperson | |
| 2018 | Jon Davis, Alma, Vice Chairperson | Darin Nichols, McCook |
| 2017 | Craig Newcomb, Bertrand, Secretary | Nicole Wardwick, Loomis |
| 2017 | Darren Tobey, Southern Valley, Middle Level Rep | Grant Norgarrd, McCook |

## District VI

| Term | Officer | Alternate |
|------|---------|-----------|
| 2017 | Troy Unzicker, Alliance, Board of Directors | Jay Ehlers, Sidney |
| 2017 | Bruce Parrish, Hyannis, Chairperson | |
| 2017 | Kari Gifford, Banner County, Vice Chairperson | |
| 2018 | Mike Brockhaus, Sidney, Secretary | |
| 2017 | Kari Gifford, Banner County, Middle Level Rep | Tom Peacock, Morrill |

Petitioner's Exhibit B
Page 2 of 76

# INDEX

## A

| | |
|---|---|
| Academic Transfers | 2.7.1 |
| Administrative Authority | 1.6.1 |
| Administrative Responsibility | 2.1.1 |
| Age | 2.3 |
| Alleged Violations | 1.10.2 |
| All-Star Competition | 3.6 |
| Alternates to Board of Directors | 1.7.5 |
| Amateur Rule | 3.7 |
| Annual Participation Report | 3.10 |
| Assessment Fee | 1.3.2.1 |
| Assumed Name | 3.9 |
| Athlete Conduct | 3.3.11.1 |
| Attendance Requirements | 2.4 |
| Authorized Representative | 1.9.1 |
| Awards | 2.15 |

## B

| | |
|---|---|
| Baseball | 3.11.2 |
| Basketball | 3.11.1 |
| Board of Directors | 1.6.1 |
| Boundaries – Schools | 2.6.1.2 |

## C

| | |
|---|---|
| Camps/Clinics | 3.2.6 |
| Catastrophic Insurance | nsaahome.org |
| Caucus Committee | 1.5.4 |
| Change for Academics | 2.7.1 |
| Change of Domicile | 2.6.9–11 |
| Cheerleading | 3.3.7 (AR) |
| Classification | 2.13 |
| Coaching | 2.12 |
| Coach Ejections | 2.11.4 |
| Collegiate Participation | 3.8 |
| Competition Regulations | 3.3 |
| Concussion Education | 2.12 (AR) |
| Conditioning Programs – School Year | 3.2.4 |
| Conditioning Programs – Summer | 3.2.8.3 |
| Conduct & Sportsmanship | 3.3.11 |
| Conduct - Competition | 2.10.1 |
| Consolidating Schools | 2.6.5 |
| Constitutional Amendments | 1.5.3.8 |
| Contracts for Contests | 3.3.3 |
| Cooperative Sponsorship | 2.13.4 |
| Cross Country | 3.11.3 |

## D

| | |
|---|---|
| Debate | 4.1 |
| December Moratorium | 3.1.2 |
| Disputes Between Schools | 3.3.5 |
| District Assignments | 3.3.6 |
| District Managing Committee | 1.7 |
| District Meetings | 1.5.1 |
| District Organization | 1.4.1 |
| Domicile Eligibility | 2.6 |
| Dual Enrollment | 2.6.6 |
| Due Process Procedure | 1.10 |

## E

| | |
|---|---|
| Ejections | 2.11 |
| Eligibility | 2.1.1 |
| End of Season | 3.1.1.2 |
| Emerging/Adcl Activity | 2.14.1AR |

| | |
|---|---|
| Enrollment Figures | 2.13.2.1–4 |
| Equal Opportunity for Participation | 2.14 |
| Exceptions to Eligibility Rules | 2.9 |
| Executive Director | 1.6.2 |

## F

| | |
|---|---|
| First Contest Dates | 3.1.1.2 |
| Fiscal Year | 1.6.3 |
| Football | 3.11.4 |
| Forfeits | 3.3.1.2 AR |

## G

| | |
|---|---|
| General Provisions | 1.9 |
| Golf | 3.11.5 |
| Guardians | 2.6.2.1 |

## H

| | |
|---|---|
| Hardship Waiver | 1.6.2.1, 1.10.3 |
| Hardship Hearing Procedure | 1.10.3.12 |
| Hearing Procedure | 1 Append 1 |
| High School Graduates | 2.2.4 |
| Home School District | 2.6.3.1 |
| Home School Transfers | 2.7.6 |

## I

| | |
|---|---|
| Individual Instruction | 3.5.2 |
| International Transfers | 2.7.5 |
| Interstate Competition | 1.8.5.1.1 |
| Institutional Control | 2.11.6 |
| Investigations | 2.11.5 |

## J

| | |
|---|---|
| Journalism | 8.1 |
| Junior High Game Limits | 3.3.13.2, 9.8 |

## L

| | |
|---|---|
| Learning Centers | 2.6.7 |
| Learning Disabilities | 2.6.8 |
| Legal Parents – Definition | 2.6.2 |
| Legislation Enactment | 1.5.3.6 |
| Legislative Commission | 1.5.2 |

## M

| | |
|---|---|
| May 1 Transfer | 2.7.8 |
| McKinney-Vento Act | 2.6.12 |
| Membership | 1.2, 9.2 |
| Middle Level Activities | 9.0 |
| Music | 7.1 |

## N

| | |
|---|---|
| New Cooperative Agreements | 2.13.4.5 |
| Non-Varsity Competition | 3.3.12 |
| NSAA Scheduled Contests | 3.3.1.1 |

## O

| | |
|---|---|
| Officials | 3.12 |
| Open Gym | |
| Opening of Seasons | 3.1.1.2 |
| Open Meetings Policy | 1 Append 2 |
| Oping Up a Classification | 2.13.2AR |

Petitioner's Exhibit B
Page 3 of 76

Organization of NSAA Districts 1.4.1
Organized Practice 3.2.3
Out-of-Season Programs 3.2
Out-of-State Contests 3.3.8
Outside Participation 3.5

## P

Parents 2.6.2
Parental Consent 2.1.3, 9.4
Participant Ejections 2.11.3
Participants – Definition 2.2.1
Penalties 2.11
Physical Exams 3.4, 9.5
Play Production 5.1
Playing Rules 3.3.4
Practice 3.2.3
Preceding Semester 2.5.2
Private Instruction 3.5.2
Prohibited Activities 3.3.14
Proposals 1.5.3.5
Protests 3.12.4
Purpose 1.1.2

## Q

## R

Recruiting 2.8
Representative Assembly 1.5.3

## S

Sanctions 1.8
Scheduled Contests 3.3.1
Scholastic Requirements 2.5
Scrimmages 3.3.2, 3.11.1.6.1
Second Semester Eligibility 2.2.5
Semester Limitations 2.2.2
Seventh & Eighth Graders
  Age 2.3.2

Competition 3.3.13
  On High School Teams 2.6.4
Soccer 3.11.6
Softball 3.11.7
Special Services Certificate 2.12.2.1
Speech 6.1
Sportsmanship 3.3.11
State Contests 3.3.7
Student Eligibility 2.1.1
Student Violations 2.11.2
Students Governed 1.9.5
Summer Activities 3.2.7
Summer School 2.5.3
Sunday Competition 3.3.9, 9.6
Supervision at Contests 3.3.10
Swimming & Diving 3.11.8

## T

Tennis 3.11.9
Track & Field 3.11.10
Transfer Eligibility 2.7
Transfer Exceptions 2.7.8

## U

Undue Influence 2.8
Unified Sports 3.11.13
Unsportsmanlike Conduct 3.3.11

## V

Violation Investigations 2.11.5
Volleyball 3.11.11

## W

Ward of the State .2.6.11
Wrestling .3.11.12

## Y

Petitioner's Exhibit B
Page 4 of 76

Note: Content in Green represents changes; Content in Blue represents interpretations; Content in Orange represents a Bylaw out of sequences that clarifies that Bylaw; *Q&A's appear boxed in this italic font.*

# Constitution—Article 1

## 1.1 NAME AND PURPOSE

1.1.1    This organization shall be known as the Nebraska School Activities Association (NSAA).

1.1.2    The public and non-public high schools of Nebraska voluntarily agreed to form the Nebraska School Activities Association for the following purposes:

   a.  to formulate and make policies to promote high ideals of citizenship, fair competition, sportsmanship and teamwork which will complement the member schools' curriculum programs.

   b.  to foster uniformity of standards in interscholastic activity competition.

   c.  to organize, develop, direct and regulate an interscholastic activity program which is equitable and will guide and promote the health and physical welfare of all participants.

## 1.2 MEMBERSHIP

1.2.1    Any public or non-public school operating any grade or grades above the sixth and rated Approved or Accredited By the Nebraska State Department of Education may become a member of this Association.

1.2.2    Payment of annual dues, submission of completed membership application form, and agreement to comply with all rules and regulations are necessary for membership in this Association.

## 1.3 DUES AND ASSESSMENTS

1.3.1    Membership dues shall be $40.00 per year for each school. The annual dues are payable during the month of July for the ensuing year. Failure to pay dues on or before September 30 for any current year shall result in forfeiture of membership.

   Reinstatement of a delinquent member school shall be authorized only upon payment of a penalty of five dollars ($5.00) and upon payment of all dues in arrears.

1.3.2    If the Board of Directors believes it is necessary to have additional income in order to carry out the Association's Program of activities, a participation fee may be assessed each school for each activity in which the school participates. The amount of the fee shall be determined by the Board of Directors, and the total fee assessed each school shall be paid on or before the opening date of each sport season.

## 1.4 DISTRICT ORGANIZATION

1.4.1    For the purpose of effecting equitable representation in the government of the Association, the State shall be divided into six basic districts. The boundaries of these districts shall be reviewed annually by the Board of Directors.  NSAA district boundaries will be reviewed every four (4) years by a formal review committee comprised of eight (8) member schools and two members of the Board of Directors.

1.4.2    Whenever it is deemed advisable for the effective administration and direction of a single competitive event or festival, the Board of Directors may subdivide a district or form other areas within the State without regard for district boundaries.

## 1.5 LEGISLATIVE PROCEDURE AND AUTHORITY

1.5.1    **District Meetings**. Each district shall hold a minimum of two meetings each year.   The first meeting shall be held By December 1 and the second meeting shall be held by February 1.

1.5.1.1    The purpose of the first district meeting shall be for the transaction of other business which may properly come before it.

1.5.1.2    Proposed changes in the Constitution and Bylaws must be introduced during the first district meeting, and shall be presented by a representative of a member school district located within that respective NSAA district. All legislative proposals are submitted to the NSAA electronically. After the NSAA staff verifies the proposals to confirm the Bylaw or rule reference,

   the proposals are posted on-line for all schools to view. After the November 1 deadline for submitting proposals, the NSAA will e-mail the respective NSAA district proposals to each member school within that district. An administrator's signature is not required for submission as access to the proposal form may only be obtained

Petitioner's Exhibit B
Page 5 of 76

through the secured administrator's log-in on the NSAA web site.

1.5.1.3 Upon the majority approval of member schools present at the first district meeting, written proposals presented that day by the respective Board of Directors member may be added to the meeting agenda.

1.5.1.4 At all district meetings of this Association, each member school shall be entitled to one vote. The administrative head of the school or any school official so designated shall be considered the representative of the member school.

1.5.1.5 All proposed changes receiving a majority vote at the first district meeting in each district shall be forwarded to the Executive Director by December 15. The Executive Director will compile all proposals received from all districts and send the accumulated proposals to all member schools for local study.

1.5.1.6 The purpose of the second district meeting is for the election of officers and to review and act on all proposals submitted during the first district meeting. New proposals and/or amendments are not permitted. The minutes of this meeting are to be forwarded to the Executive Director.

1.5.2 **Legislative Commission.** There shall be a Legislative Commission composed of the members of the Board of Directors and the chairperson of each District Managing Committee.

1.5.2.1 The Legislative Commission should meet annually, on a date set by the Board of Directors, at least forty-five days prior to the Representative Assembly.

1.5.2.2 The Legislative Commission shall consider and screen the proposals for changes in the Constitution and Bylaws passed by the Districts to be submitted to the Representative Assembly.

1.5.2.3 Proposals for changes in the Constitution and Bylaws that receive six or more of the fourteen votes of the members of the Legislative Commission or proposals for changes in the Constitution and Bylaws that have been passed by three or more districts shall be placed on the Representative Assembly agenda.

1.5.2.4 The voting results on each proposal shall be sent to the member schools within seven days following the Legislative Commission meeting.

1.5.3 **Representative Assembly.** The legislative authority of this Association shall be vested in a Representative Assembly which shall be responsible for establishing policy for the effective regulation of school activities for which this Association has been created.

1.5.3.1 The Representative Assembly shall be composed of the District Managing Committee members (Ref. 1.7.2) and voting members, and elected representatives from each district.

    a. The elected representatives are selected on the basis of one representative for each 3,000 students or major fraction thereof, enrolled in grades 9 through 11 in each district based upon the enrollment figures on the last Friday in September of the preceding school year.

    b. At least one-half of the total representation from each district in this Assembly shall be school administrators (persons whose job responsibilities are of such nature as to require an administrative and supervisory certificate). Each district delegation may include but not exceed one director of each activity sponsored by the Association, but in no event shall the delegation exceed the total number of representatives allowed in the preceding paragraph.

1.5.3.2 An equal number of alternate representatives shall be chosen, keeping in mind that at least one-half shall be administrative personnel.

1.5.3.3 In the event that both the elected voting member (delegate) and his/her alternate are unable to attend the Representative Assembly, the respective District Managing Committee has the authority to appoint an official delegate in order that each district will have a full complement of delegates attending.

1.5.3.4 A majority of the total membership of the Representative Assembly shall constitute a quorum.

1.5.3.5 The Representative Assembly shall consider all items placed on the agenda by the Legislative Commission. New proposals may be submitted to the Representative Assembly if introduced as "other business," and provided the proposals receive the consent of a majority of the members of the Assembly.

    a. Proposals introduced as "other business" and approved by the majority of the members of the Assembly shall be presented in written form with sufficient copies for each representative. Such proposals shall be brought up for discussion immediately following the prepared agenda.

1.5.3.6 Legislation may be enacted by a three-fifths majority vote at any annual meeting provided changes in the

Constitution, or the Bylaws pertaining to eligibility rules for participation in interschool activities, or new proposals brought up on the floor under "other business" shall be approved by member schools of the Association. With the consent of three-fifths of the membership present at any annual meeting, the Representative Assembly may refer other legislative proposals to member schools.

   a. Whenever a proposal is referred to the membership of the Association, it shall be accompanied by a statement of the principal arguments for and against its enactment.

   b. Any proposal so referred shall become valid as a rule of the Association when approved by three-fifths of the member schools voting on the issue, provided the votes cast in favor of such proposal shall equal or exceed thirty-five percent of the total membership of the Association.

1.5.3.7 It shall be the duty of the Board of Directors and the Executive Director to determine the expense allowance of each representative to the Representative Assembly and to pay such expenses from the general funds of the Association.

1.5.3.8 Amendments. Amendments may be made to the Constitution as specified in Paragraph 1.5.3.6 or whenever fifteen percent of the member schools petition the proposal of an amendment to the Constitution, the Board of Directors shall direct the Executive Director to conduct a referendum on the proposal. Amendments offered in this manner shall become a valid part of the Constitution when ratified by three-fifths of the member schools taking part in such referendum provided the votes cast in favor equal or exceed thirty-five percent of the total membership of the Association.

   a. Whenever a proposal is referred to the membership of the Association, it shall be accompanied by a statement of the principal arguments for and against its adoption.

## 1.5.4 CLASSIFICATION CAUCUS COMMITTEE

1.5.4.1 Each classification of member schools established pursuant to this Constitution shall form a caucus made up of member schools in such classifications which shall be referred to as a Classification Caucus.

1.5.4.2 **Meetings**. Each class shall hold a caucus meeting each year.

1.5.4.2.1 A Classification Caucus may initiate proposals for adoption, amendment or repeal of Association Bylaws/Approved Rulings, provided that any such proposal shall not affect student eligibility or materially affect Association and member school finances.

   Each such proposal shall include a cost and revenue analysis, and the proposed effective date of the proposed adoption, amendment or repeal of an Association Bylaw/Approved Ruling.

1.5.4.2.2 All proposals for the adoption of, amendment to or repeal of Association Bylaws/Approved Rulings must be submitted by a Classification Caucus Representative electronically to the NSAA no later than October 1.

1.5.4.2.3 After the October 1 deadline, the NSAA shall forward the proposals to the Classification Caucus Review Committee.

1.5.4.3 Classification Caucus Review Committee

1.5.4.3.1 The Classification Caucus Review Committee shall be comprised of two representatives from each of the four (4) NSAA classifications representing Classes A, B, C and D qualified to serve under paragraph 1.5.1.4, and the Chairperson of the NSAA Board of Directors. The NSAA Executive Director or designee shall serve in an ex-officio capacity.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 1.5.4.3.1*

*In the event that a representative is unable to attend a scheduled meeting, the representatives of that respective class may appoint an individual to fill the vacancy.*

1.5.4.3.2 The Classification Caucus Review Committee shall hold a minimum of two meetings each year. Minutes shall be taken of such meetings, and posted on the NSAA website. The first meeting shall be held between October 10 and October 31 and the second meeting be held between February 1 and February 20.

1.5.4.3.2.1 At the first meeting of the Classification Caucus Committee, the committee shall:

   a. review each submitted proposal;

   b. take action on each proposal submitted;

   c. and, return the proposal to the submitting Classification Caucus along with any adopted comments and recommendations. The Classification Caucus may consider the committee's comments and recommendations, and may submit amendments to the proposal on or before November 15.

1.5.4.3.2.2 At the second meeting of the Classification Caucus Committee, the committee shall consider all submitted

Petitioner's Exhibit B

proposals and any subsequent amendments thereto, and take action on all submitted proposals with amendments, if any.

1.5.4.3.3 The Classification Caucus Review Committee shall approve or disapprove proposed Classification Caucus proposals for the adoption of, amendment to, or repeal of Association Bylaws/Approved Rulings. To be approved, all proposals must receive an affirmative vote of two-thirds (2/3) or more of the committee members present and voting on the proposal.

Disapproved Classification Caucus proposals shall be referred back to the Classification Caucus submitting same with a statement from the committee of reasons for such disapproval. Approved Classification Caucus proposals shall be forwarded to the Board of Directors for action according to this article.

1.5.4.4 Each proposal approved by the Classification Caucus Review Committee will be posted on the NSAA website as an approved Classification Caucus proposal, and each such proposal shall be presented as an information item at the annual NSAA Representative Assembly meeting.

1.5.4.5 Following the annual Representative Assembly meeting, the Board of Directors shall direct the Executive Director to conduct a referendum on the Classification Caucus proposal which shall be submitted to the members Classification Caucus participating in the activity subject to the proposed Bylaw change. The Classification Caucus proposal shall be accompanied by a statement of the rationale for such proposal. Each Classification Caucus proposal must be ratified by a two-thirds (2/3) majority of the member schools voting in such referendum. If a proposal for the adoption, amendment or repeal of an Approved Ruling is approved by the members voting thereon, such Class Caucus proposal must then be ratified by the Board of Directors. The Classification Caucus proposal shall become a part of the Association Bylaws/Approved Rulings on the effective date set forth in the approved proposal.

## 1.6 JUDICIAL AND ADMINISTRATIVE AUTHORITY

1.6.1.1 **Board of Directors.** The judicial and administrative authority of this association shall reside in a Board of Directors which shall be composed of one representative from each district and one additional representative from each NSAA district whose total grades 9-11 student population exceeds 12,000 students.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 1.6.1.1*

*The Nebraska School Activities Association was founded upon the doctrine of equality of all school members and equal treatment of all of the students and staff of its member schools. The NSAA school membership presents a diverse population of students and staff to be represented by the district representative on the Board of Directors with differences of race, color, national origin, religion, marital status, sex, age, or disability. In selecting the district representative for the Board of Directors, school members of each district are encouraged to consider the diversity of the member schools, students, and staff of such district in the context of the representation of such diverse groups as part of the nomination and individualized consideration of each applicant for a position on the Board of Directors.*

1.6.1.2 Each member of the Board of Directors shall be a superintendent of schools, a high school principal, or a supervisor whose duties are primarily administrative and are of such nature to require an administrative and supervisory certificate.

1.6.1.3 Election and term of office. Members of the Board of Directors shall be elected at annual district meetings. The term of office shall be four years and shall commence on August 1 succeeding the date of election. An alternate member of the Board of Directors shall be chosen in each district to succeed to membership on the Board of Directors in case of a vacancy in the district represented. The alternate member shall serve as the member of the Board of Directors of the district represented in all interschool controversies in which the member from that district has a special or a personal interest.

1.6.1.3.1 When an NSAA district's student population dictates that a second Board of Directors member be elected, that second board position shall be elected from among qualified candidates from the classification of schools in the district whose grades 9-11 student population represents the greatest student population.

1.6.1.3.2 Election of the additional Board of Directors members in those districts whose total grades 9-11 student population exceeds 12,000 students shall be handled in the same manner as the other members of the Board of Directors, except the initial election of those additional Board members shall be held in November 2010,

with the elected members taking office in January 2011. To ensure that the terms of both Board members in a district do not expire concurrently, the initial term for the additional board member elected in November 2010 shall expire in August 2013. Subsequent terms of office for the additional board members shall be for three years.

1.6.1.4 **Officers.** The Board of Directors shall elect a Chair and Vice-Chair to serve a one-year term.

1.6.1.5 Meetings. The Board of Directors will meet regularly, with special meetings at the call of the Chair or of any two members, with notice given to all members. All regular and special meetings will be open to individuals representing member schools, unless otherwise ordered by vote of the Board.

　　　a. Minutes will be kept showing time, place, members present and absent, and substance of all matters discussed. Any action taken or any question or motion duly moved and seconded shall be by roll call vote in open session, and the record will state how each member voted.

　　　b. The Minutes of all meetings will be published in the Nebraska School Activities Association Bulletin.

1.6.1.6 **Authority.** The Board of Directors shall have the authority to:

　　　a. Interpret the Constitution and all legislation enacted by the Representative Assembly.

　　　b. Make all rules necessary for effective control and government of interschool activities consonant with the legislation enacted by the Representative Assembly and with this Constitution, subject to the following process and procedures:

　　　　(1) Such rules shall be set forth in the form of an Approved Ruling and Interpretation.

　　　　(2) An Approved Ruling and Interpretation may be adopted and made effective at such date and time as deemed appropriate by the Board of Directors.

　　　　(3) An Approved Ruling and Interpretation is subject to review and comment by member schools at any time.

　　　　(4) A request for the amendment or elimination of an Approved Ruling and Interpretation may be introduced on or before November 1 each year for consideration at the first district meeting for such year, and shall be presented by a representative member school district located within that respective district. Such request shall be submitted to the NSAA electronically for review by the NSAA staff to allow for verification by the staff of the Approved Ruling and Interpretation being referenced. Upon verification of the Approved Ruling at issue, the Approved Ruling and Interpretation with the suggested amendments shown shall be posted on-line for all member schools to view. After November 1, the NSAA staff will e-mail all suggested amendments of Approved Rulings and Interpretations to each member school within the district. An administrator's signature is not required for submission of a request for amendment or elimination of an Approved Ruling and Interpretation as access to the request form may only be obtained through the secured administrator's log-in on the NSAA website.

　　　　(5) Requests for amendment or elimination of an Approved Ruling and Interpretation shall be placed on the agenda for the first district meeting and shall be discussed and acted upon by the members of that district under the same process provided for legislative proposals set forth in Articles 1.5.1.4, 1.5.1.5, and 1.5.1.6.

　　　　(6) Requests for amendment or elimination of an Approved Ruling and Interpretation that receive a majority vote in at least one district at the first district meeting shall be placed on the agenda for the second district meeting in all six districts and shall be discussed and acted upon by the members of the district under the same process provided for legislative proposals set forth in Articles 1.5.1.4, 1.5.1.5, and 1.5.1.6.

　　　　(7) Those requests for amendment or elimination of an Approved Ruling and Interpretation from the agenda of the second district meeting shall be presented to the Board of Directors at its April regular meeting for review and action by the Board of Directors.

　　　　(8) The Board of Directors, in its sole discretion, may (a) accept such request for amendment or elimination of an Approved Ruling and Interpretation, in whole or in part, (b) amend the Approved Ruling and Interpretation in another manner, or (c) determine to make no change in the Approved Ruling and Interpretation.

　　　c. Adopt and promulgate rules of procedure in order to ensure that due process is followed in the disposition of alleged violations of the Constitution, Bylaws, or Approved Rulings and Interpretations of the Association.

　　　d. Adjudicate all controversies between member schools which have been appealed.

　　　e. For violations of provisions of this Constitution, Bylaws, or Approved Rulings and Interpretations thereof,

Petitioner's Exhibit B
Page 9 of 76

impose such penalties as are authorized by the Bylaws.

f.   Serve as members of the Legislative Commission.

g.   Waive the effect of any eligibility rule upon an individual student.

h.   Grant hardship waivers to schools when the circumstances warrant such a waiver.

1.6.2   **Executive Director.** The Board of Directors shall employ an Executive Director who shall exercise the prerogatives of a general administrator of all Association policies, practices and projects, and shall direct and supervise all statewide interschool events as the Board of Directors may assign.

a.   Employment shall be for a term not to exceed three years, and the Executive Director may serve one or more successive terms.

b.   Compensation shall be set by the Board of Directors.

c.   The Executive Director and other employees shall be bonded in an amount set by the Board of Directors. The premium for such bond shall be paid by the Association.

1.6.2.1   The Executive Director shall have the authority to make specific exceptions to the student eligibility rules provided such exceptions are based upon hardship conditions which are deemed to have contributed in a significant way to non-compliance with a specific rule(s).

a.   The procedure for requesting waivers on the basis of a hardship is given in the Due Process Procedure, Paragraph 1.10.3.

1.6.2.2   If charges are made in writing against a member school for an alleged violation of the provisions of the Constitution, Bylaws, or Approved Rulings of the Association, the Executive Director shall investigate the alleged violation and render a decision pursuant to the Due Process Procedure of the Association.

1.6.2.3   The Executive Director may impose such penalties as are authorized by the Association's Bylaws. The decision of the Executive Director may be appealed to the Board of Directors.

1.6.3   Fiscal Year. The Association's fiscal year shall extend from August 1 to July 31. An audit of the financial records of the Association shall be made by a public accountant following the completion of the fiscal year. A report of the audit shall be distributed to each member school of the Association.

## 1.7 DISTRICT MANAGING COMMITTEE

1.7.1   The qualifications for membership on the Managing Committee shall be the same as those for membership on the Board of Directors.

1.7.2   A Managing Committee shall be elected in each district. It shall consist of three elected members and the member(s) of the Board of Directors. The term of office shall be three years and shall begin August 1. One term shall expire each year. Alternates to the members of the Managing Committee shall be elected at the annual district meeting and for the same term of office that members of the Managing Committee are chosen.

1.7.3   Each Managing Committee shall choose its own officers yearly at the time of the annual district meeting, and such officers shall assume office on August 1 each year.

1.7.4   Responsibilities. The Managing Committee shall be charged with the following responsibilities:

a.   Assist in planning and managing contests, festivals and/or other interschool events sponsored by the Association in its respective districts as directed by the Board of Directors.

b.   Study the needs of the schools in its respective district, and through its member of the Board of Directors, recommend measures of improvement.

c.   Serve as a liaison committee between the Board of Directors and member schools in all matters pertaining to the service of the Association to the member schools.

d.   Make necessary arrangements for the district meetings.

e.   Chairperson shall serve as a member of the Legislative Commission.

1.7.5   In the event both the Board of Directors member and alternate of a particular district are unable to complete their terms of office, the District Managing Committee of that district shall appoint an individual to serve as the district's Board of Directors member.

a.   The appointee shall be a superintendent of schools, a high school principal, or a supervisor whose duties are primarily administrative and are of such nature to require an administrative and supervisory certificate.

b.   The appointee shall serve until the next district meeting at which time a Board of Directors member and alternate shall be elected.

Petitioner's Exhibit B
Page 10 of 76

## 1.8 SANCTIONS

1.8.1     The Nebraska School Activities Association sanctions events as a means of guaranteeing programs adhere to the standards and regulations adopted by the membership.

1.8.1.1    The Executive Director has the authority to sanction all events and contests.

1.8.2     Events and contests conducted by member schools where participation is limited to teams or individuals representing member schools do not require a sanction.

1.8.3     Interschool competition in activities sponsored by the Nebraska School Activities Association and sponsored by an organization which is not a member of the NSAA is required to have a sanction.

1.8.4     Any contest or event sanctioned must be for students representing high schools in interscholastic competition in activities sponsored by the Association. Unattached participation is not permitted.

1.8.5     **Interstate Competition.** The following provisions govern the sanctioning of interstate competition.

     a.   Competition involving a school or schools from a state(s) other than Nebraska and sponsored by a non-member organization requires a sanction.

     b.   If interstate athletic competition involves four or more schools from two or more states or involves schools from three or more states and the states border the host state, a sanction is required from each state association.

     c.   Any interstate athletic competition involving more than eight (8) schools, or at least one (1) of which is from a state that does not border the host state OR five (5) or more states, at least one (1) of which does not border the host state shall be sanctioned through the National Federation office.

     d.   In interstate contests, each participating school is to follow the contest rules of the state association of which the school is a member or rules which have been approved by the state association for interstate competition.

     e.   In interstate non-athletic competition, a sanction is required from each state association that involves four or more schools from two or more states.

     f.   If the interstate competition involves a trip that exceeds 600 miles round trip, the school administrator must submit a written request at least twenty days prior to the scheduled date of the event on a form provided by the NSAA for a waiver.  The Executive Director is granted authority to waive the 600-mile limit provided the event is sanctioned and the school agrees to follow all NSAA rules governing competition in that activity.

## 1.9 GENERAL PROVISIONS

1.9.1     The superintendent of schools or a properly designated member of the school faculty shall be the authorized representative of the member school in all interschool events.   No interschool event shall be scheduled or conducted without his/her consent.

1.9.2     A member school shall engage in an interschool event only with the following:

     a.   Member school(s) within the state.

     b.   A school from another state that is a member of that state's athletic or activities association.

     c.   A school from another state that is not a member of that state's athletic or activities association provided the school would qualify for membership if permitted to join.

1.9.3     The Constitution, Bylaws, and Approved Rulings shall govern all activities recognized by the Nebraska School Activities Association.

     a. No member school shall have the authority to waive any rule or regulation governing the conduct of any interschool contest in activities that are a part of the Association's program of activities.

     b. Member schools shall not participate in any contest in which a school or schools are knowingly in violation of the Constitution, Bylaws, or Approved Ruling.

1.9.4     No interschool event of a competitive nature shall be held or conducted on Sunday.

1.9.5     The Nebraska School Activities Association Constitution, Bylaws, and Approved Rulings shall govern the following:

     a.   Students enrolled in grades 9-12 who compete as individuals or with a team while representing a member senior high school in interscholastic competition.

     b.   Students enrolled in grade 7 or 8 who, because of age, are promoted to a senior high school team.

1.9.6     Schools participating in non-sanctioned activities may be subject to penalties as prescribed in Section 2.11.

# 1.10 DUE PROCESS PROCEDURE

The following due process procedure shall govern all alleged violations by a Party of the Constitution, Bylaws, or Approved Rulings of the Nebraska School Activities Association as well as requests for hardship waivers of eligibility rules.

**1.10.1    Definitions.** As used herein, unless the context otherwise requires:

    a.  Party may mean any of the following or a combination thereof:

        (1) Any public or non-public school of Nebraska that is a member of this Association;

        (2) Any public or non-public school of Nebraska that is a member of this Association on behalf of any student of such school;

        (3) Any teacher, administrator, or coach of a public or non-public school of Nebraska that is a member of this Association;

        (4) Any official, referee, or judge who is registered by this Association, and;

        (5) Any official, referee, or judge who is serving at an activity or event, sponsored or authorized by this Association, in an official capacity.

    b.  Notice. When these rules require the giving of notice, the notice shall be in writing.  Any method of delivery of notice may be used including but not limited to hand delivery, U.S. Mail service, parcel service, currier, or by electronic means.

    c.  Executive Director shall mean the duly appointed and serving Executive Director of this Association.

    d.  Executive staff shall mean the duly appointed directors of the association.

    e.  Hearing officer shall mean the person presiding at a hearing called pursuant to these rules.  The Hearing Officer shall be selected by the Executive Director from a list of hearing officers compiled by the state department of education or any person who is not actively engaged in the investigation of the alleged violation. The hearing officer shall be charged with the duty of remaining impartial throughout the hearing process.

    f.  Board of Directors shall mean the Board of Directors of this Association.

    g.  Violation shall mean the breach of the rules and standards set forth in the Constitution, Bylaws, or Approved Rulings of the Association.

    H.  Informal hearing shall mean a hearing where a party is afforded the opportunity to discuss the alleged violation and penalty assessed by the executive director and explain the party's position with regard to the alleged violation and penalty, to present information, and to ask questions of those appearing on behalf of the association.

    I.  Formal hearing shall mean a hearing where a party is afforded notice of the grounds for the alleged violation and penalty assessed by the executive director, the opportunity to examine any documents that will be presented at the hearing, the rights to be represented, and an opportunity to cross-examine all witnesses and to examine all documents and to present evidence material to the issues, and shall include the rights set forth at paragraph 1.10.2.9.

**1.10.2    Rules of Procedure for Alleged Violations.**

1.10.2.1  Executive Director investigation and determination process:  The Executive Director or executive staff shall investigate alleged violations.

1.10.2.1.1  Notice of investigation:  The Executive Director or executive staff shall give notice to the party being investigated within a reasonable time after discovering the alleged violation or receiving a complaint.

1.10.2.1.2  Investigation:  Shall contain a written report to include the following:

    a.  Findings of fact;

    b.  An opinion of whether a violation has been committed by the party;

    c.  The written report and opinion of violation, however, will not be binding on the Executive Director.

1.10.2.1.3  Executive Director's Determination:  The Executive Director, after receiving the written report from the executive staff member or after completing the investigation personally, shall prepare a Determination that shall contain the following:

    a.  Statement of the alleged violation;

    b.  Proposed findings of fact;

    c.  A determination of whether a violation has been committed by the Party; and,

    d.  If it is determined that a violation has been committed by the Party, a proposed penalty to be imposed by the Executive Director.

    e.  All penalties imposed apply during the due process procedure.

1.10.2.2  If the Executive Director determines a violation has occurred, notice of the preliminary determination shall be given to the Party charged with the violation. The notice shall be in writing and shall contain the following:

    a.  A copy of the preliminary determination;

    b.  A statement of the Party's right to a hearing pursuant to 1.10.2.6;

    c.  A copy of the hearing procedure; and,

    d.  A statement of the Party's right of appeal to the Board of Directors from the decision rendered after the hearing.

1.10.2.3  The party must request in writing either:  (1) a formal due process hearing before a hearing officer pursuant to paragraph 1.10.2.8 through 1.10.2.13, or (2) waive the formal due process hearing before the hearing officer and request a hearing before the board of directors. The request must be postmarked or received by the Executive

Petitioner's Exhibit B
Page 12 of 76

Director within 7 days after notice of the alleged violation is postmarked or personally delivered, whichever is later. The request for hearing must be addressed to the Executive Director.

1.10.2.4  If no request for hearing is received within the 7-day period, the Executive Director shall enter an order pursuant to the preliminary determination and the notice that was previously given to the Party. Notice of the final order shall be given to the Party within 7 days thereafter.

1.10.2.5  If a timely and valid request for a hearing is received, the Executive Director or his or her designate shall within a reasonable time give notice of a hearing to the Party. The notice of hearing shall contain the following:
   a. Time for the hearing;
   b. Place of the hearing;
   c. Statement of the alleged violation; and
   d. Identification of the hearing officer.

1.10.2.6  At the hearing before the hearing officer, the Party shall have the right to:
   a. Be represented by counsel;
   b. Confront and cross-examine witnesses; and
   c. Submit documentary evidence and present witnesses.

1.10.2.7  The hearing shall be conducted by the hearing officer. A representative of the Association shall first present the evidence supporting the alleged violation. The Party shall then be allowed to respond to the allegations.

1.10.2.8  In conducting the hearing, the hearing officer shall not be bound by formal rules of evidence. Evidence may be in the form of affidavits, written reports, or electronic recordings if the contents of the affidavits, written reports, or electronic recordings are disclosed to all interested parties within a reasonable time period prior to the hearing. The proceedings shall not be recorded and transcribed. The Party requesting the hearing shall bear the cost of the recording and transcription.

1.10.2.9  Within a reasonable time after the close of the hearing, the hearing officer shall render a decision. The decision shall be in written form and shall contain:
   a. Findings of fact;
   b. A determination of whether a violation has been committed; and
   c. The penalty to be imposed by the Board of Directors if a violation is found to have been committed by the Party.

1.10.2.10  Written notice of the Hearing Officer's decision shall be given to the Party within a reasonable time. The notice shall contain the following:
   a. A copy of the decision;
   b. A statement of the Party's right of appeal to the Board of Directors; and
   c. A copy of the appeal procedure.

1.10.2.11  A written notice of appeal by a Party must be postmarked or received by the Executive Director within 7 days after notice of the Hearing Officer's decision is postmarked or personally delivered. The notice of appeal must be addressed to the Executive Director. If no timely notice of appeal is received, the decision rendered by the Hearing Officer shall stand and be a final decision of the Association.

1.10.2.12  After receiving a timely and valid notice of appeal, the Executive Director or his or her designate shall give written notice to the Party of the hearing on appeal. The hearing on appeal shall be before the Board of Directors at its meeting, or if circumstances require, an earlier meeting may be held pursuant to the Constitution and Bylaws of the Association. The notice of hearing on appeal shall specify the time and place of hearing.

## APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 1.10.2.15

*Schools may request a special telephonic hearing in lieu of physically appearing at the site of the Board meeting. Schools will be assessed the charge for the cost of the telephonic hearing at the rate of $150 for the first hour and $40 per quarter hour after the first hour.*

1.10.2.13  An appeal from the decision of the hearing officer shall be heard by the Board of Directors De Novo on the certified record filed by the hearing officer. The certified record filed by the hearing officer shall be the sole basis upon which the board of directors shall make its decision, and no additional evidence shall be heard by the board of directors. The Board of Directors shall give each party an opportunity for oral argument and briefing prior to making its decision. If an appeal is requested, no one shall contact or be contacted by the Board of Directors or individual Board of Directors members regarding the subject matter of the hearing in order to obtain or provide information to be considered in making the decision or in an attempt to persuade the Board of Directors regarding the decision to be made, except that the Board of Directors may receive advice and counsel from an attorney hired to represent the Board of Directors in making the decision. In making its decision, the Board of Directors shall give weight to the findings of fact of the hearing officer but shall not be bound by them.

1.10.2.13.1  A hearing on a direct appeal to the Board of Directors requested pursuant to 1.10.2.6 shall be an informal hearing and include the Executive Director or the executive staff and the party or representatives of the party. The Executive Director's determination shall be provided to the Board of Directors. The party may present information in the form of affidavits, written reports or statements or other pertinent information. The Executive Director and NSAA staff and the appealing party shall be provided up to a maximum of two hours each to present

Petitioner's Exhibit B
Page 13 of 76

the matter to the Board of Directors. If the appealing party is to be represented by legal counsel at the hearing before the Board of Directors, the party shall provide notice of such representation in the request for appeal to the Board of Directors. If a timely and valid request for a hearing is received, the Board of Directors shall within a reasonable time give notice of a hearing to the party. The notice of hearing shall contain the time and place of the hearing; such hearings may be held via telephone or video conference by agreement of the Board of Directors and the appealing party.

1.10.2.14 Within a reasonable time after (1) the hearing on appeal from a decision of the hearing officer, or (2) the hearing on direct appeal to the Board of Directors, the Board of Directors shall render a written decision setting forth the following:
a. Findings of fact;
b. A determination of whether a violation has been committed by the Party; and
c. The penalty imposed if a violation is found to have occurred.

1.10.2.15 Notice of the decision shall be given to the Party within a reasonable time. The decision of the Board of Directors shall be final.

1.10.2.16 Cost of Hearing. Costs of the formal hearing shall be paid by the Party. Cost shall include, but not be limited to, Hearing Officer fees and reimbursable expenses, hearing transcription costs, and facility rental charges if any. The NSAA and the Party shall be responsible for their own legal fees, if any.

**1.10.3 Rules of Procedure for Waiver of Eligibility Rules Based on Hardship.**

1.10.3.1 In accordance with the requirements of Article 1.6.2.1 of the Constitution, each member school and its superintendent or his or her designate shall be responsible for the initial investigation and determination of eligibility for its students.

1.10.3.2 The member school shall conduct the initial investigation and shall make the initial determination and declaration to the student of the student's ineligibility if it is so determined that the student is ineligible.

1.10.3.3 In making such determination, the school may request a written interpretation from the Executive Director of the applicable eligibility rules as set forth in the Constitution, Bylaws, and Approved Rulings and Interpretations of the Association.

1.10.3.4 Any such determination of ineligibility by the member school may be appealed to the Executive Director for a hardship waiver in accordance with the procedure as set forth in this Section 1.10.3.

1.10.3.5 In addition to the member school having the right to appeal for a hardship waiver, any member school shall sponsor an appeal on behalf of the student declared ineligible upon written request from such student delivered to the superintendent or his/her designate within 5 days after the initial determination by the member school of the student's ineligibility; provided, however the member school sponsoring such an appeal on behalf of the student has no obligation to advocate a position at any subsequent hearing on such appeal and may act merely as a neutral party in such proceedings.

1.10.3.6 If the decision of the Executive Director is unfavorable to the student, the member school shall continue to sponsor an appeal on behalf of the student to the Board of Directors in accordance with the procedure of appeal set forth in this Section 1.10.3.

1.10.3.7 Application for consideration of eligibility exceptions must be in writing on forms prepared by the Executive Director's Office and submitted by the superintendent or principal or the designated representative of the member school the student attends. Information submitted should include all facts pertinent to the case, including sufficient data to make it possible to reach a decision without further investigation.

1.10.3.8 Such application should be filed with the Executive Director's office no later than 10 days prior to the first permitted contest of each sport season for which a waiver is sought.

1.10.3.9 The Executive Director will render a decision within a reasonable time after receiving the Application.

1.10.3.10 A hearing may be requested on behalf of the student by the school representative or the Executive Director. If a hearing is requested by the school representative, such request shall be submitted in writing simultaneously with the application. If so requested, the hearing shall be held within 5 days from the date the application and request for a hearing are received by the Executive Director. Within 5 days after the hearing, the Executive Director shall render a decision and notify the applicant in writing of such decision.

# *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 1.10.3.10*

*Schools may request a special telephonic hearing in lieu of physically appearing at the site of the Board meeting. Schools will be assessed the charge for the cost of the telephonic hearing at the rate of $150 for the*

*first hour and $40 per quarter hour after the first hour.*

1.10.3.11 The following shall be considered by the Executive Director or the Board of Directors in determining if a hardship waiver is to be granted:

    a. There must be unique conditions existing that concern the student's educational, physical, or emotional status which were caused by circumstances beyond the control of the student and his/her parents or legal guardian.

    b. The circumstances must be totally different from those that exist for the majority of students who are confronted with similar situations and choices. Usual maturation problems and family situations that do not cause physical harm do not constitute a hardship.

    c. There must be no reason to believe that non-compliance with the rule requested to be waived was for activity participation purposes.

    d. Academic deficiencies in a school's curriculum or deficiencies in the school's co-curricular activities do not constitute a hardship.

    e. Loss of eligibility in itself is not to be considered a hardship. Only the circumstances causing the ineligibility will be a basis upon which a waiver is granted.

1.10.3.12 The decision of the Executive Director may be appealed to the Board of Directors in accordance with the following procedure:

    a. The appeal or request for waiver must be an appeal of a decision rendered by the Executive Director.

    b. A written notice of appeal or request for waiver must be made by the superintendent, principal or their designated representative of the member school that the student attends and be postmarked or received by the Executive Director within 14 days after notice of the Executive Director's decision is postmarked or personally

       delivered, whichever is later. Notice of appeal or request for waiver must be addressed to the Executive Director.

    c. After receiving a timely and valid notice of appeal or request for waiver, the Executive Director shall give written notice to the Party of the time and place of the hearing on appeal. The hearing on appeal shall be before the Board of Directors at the next meeting or by conference telephone call.

    d. The Board of Directors may affirm the previous decision of the Executive Director or may modify or reject it in whole or in part. The decision of the Board of Directors shall be final. The statement of findings of fact and the Board's decision shall be made in writing within 5 days after the date of the hearing and mailed to the school superintendent, principal or designated representative of the school sponsoring the appeal by Certified Mail, Return Receipt Requested.

## APPENDIX 1

### Procedure to be Used During Hearings before the Board of Directors

1. The Chairperson of the Board of Directors shall preside at all hearings.

2. Authorized faculty member(s) of the school making the appeal must represent the appealing party. The individual, parent, legal counsel, or any combination thereof may also represent the appealing party.

3. Appealing schools will be asked to provide the Executive Director, in advance of the hearing, all pertinent information including the student's transcripts, class schedule, specific hardship information, and any other Information that will allow the Board of Directors to make an informed decision.

4. If any new information is supplied after the Executive Director has made his ruling, the Executive Director has the prerogative to reconsider the matter. If the Executive Director's ruling does not change, the matter will be forwarded to a hearing before the Board of Directors.

5. No new information will be permitted at the hearing level. The Board of Directors will only consider information at the hearing that was submitted to the Executive Director for his consideration.

6. Hearings before the Board of Directors shall be open hearings unless the appealing party requests a closed hearing.

7. Once the Chairperson of the Board of Directors opens the hearing, the Executive Director shall introduce each member of the Board of Directors and each member of the Association staff. Following these introductions, the Executive Director will introduce the authorized school representative who will, in turn,

Petitioner's Exhibit B
Page 15 of 76

introduce individuals in attendance who are representing the school and the appealing party.

8.  The Executive Director or designate shall provide information about the nature of the hearing, present Evidence, and indicate the ruling that has been rendered.

9.  Following the Executive Director's presentation, the appealing party or parties, or their representative, shall then present and explain their evidence; again, the Board of Directors will not hear evidence no previously provided to the Executive Director.

10.  The Board of Directors will then have time for questioning the appealing party or parties and/or Executive Director or designate.

11.  Following the presentation of evidence and questioning, the Chairperson of the Board of Directors shall close the hearing.

12.  The Board of Directors may elect to vote or go into executive session to further discuss the testimony and evidence.

13.  The Board of Directors may affirm the previous decision, or may modify it, or may reject it in whole or in part.   The decision of the Board of Directors shall be final.

1.10.4   The District Court of Lancaster County, Nebraska, shall have exclusive original jurisdiction of all legal proceedings related to the administration, enforcement, or fulfillment of the responsibilities, duties, or functions of the Nebraska School Activities Association.   An aggrieved member or third party seeking review of an order or decision of the Nebraska School Activities Association, its Executive Director, Board of Directors, Representative Assembly, or officers or employees, shall file any appeal with the District Court of Lancaster County, Nebraska within thirty days after the date of such order or decision.

## APPENDIX 2
## NEBRASKA SCHOOL ACTIVITIES ASSOCIATION
## OPEN MEETING / INSPECTION OF RECORDS POLICY

The Nebraska School Activities Association (NSAA) shall comply with the requirements of Neb. Rev. Stat. §§84-712 through 84-712.08, relating to the inspection of public records, and the Nebraska Open Meetings Act, Neb. Rev. Stat. §§ 84-1407 through 84-1414, as amended by the Nebraska Unicameral, relating to open and public meetings, to the extent that such records and meetings relate to the association's activities with respect to member schools, and subject to the provisions and limitations set forth below required in the exercise of judicial and administrative authority and the legislative procedure and authority of the different NSAA governing bodies set forth in the Constitution and By-Laws of the NSAA.   Such voluntary compliance by the NSAA shall not be deemed to subject the NSAA to such laws except to the extent such laws are applicable to the NSAA.

**I.   INSPECTION OF RECORDS POLICY:**   Information requests from member schools or members of the public for copies of meeting minutes, historical data, or other non-confidential NSAA or member school information or documents can be provided upon approval of the Executive Director.

1.   The NSAA will withhold from release to member schools and the public those records that are confidential. Records that are confidential are those that, if the NSAA were a public school district, or if the records were in the possession of a public school, could be withheld from the public under provisions of Neb. Rev. Stat. §84-712.05 or other law.

2.   This policy shall not be construed to require the NSAA to produce or generate any record in a new or different form or format modified from that of the original record.

3.   With regard to all requests for information, the following provisions shall apply:

A.   There will not be a charge to the requesting Party for the first one-half hour of staff time necessary to fulfill the information request; however, the cost of photocopies for any information requested shall be as set forth below.

B.   Staff time will be charged in quarter-hour increments for all duties associated with the information request including employee time for making, certifying, compiling, and transmitting data.

Petitioner's Exhibit B
Page 16 of 76

C.      Any additional staff time necessary to fulfill the initial information request in excess of one-half hour or the time it takes to fulfill subsequent information requests from the same individual or group within a one-year period will be charged at the actual hourly wage rate of the person(s) performing the work.

D.      The first ten (10) pages of photocopies for member school, from the initial request, will be at no charge. After the initial ten (10) pages, or for subsequent requests within one year, the cost of copies will be at a rate of 25¢ per page.

E.      The Minutes of the Board of Directors meetings are posted on the Association's web page, www.nsaahome.org, and only if the requesting person does not have access to the web site will copies of the Minutes be printed.

F.      Payment for the staff time expended and/or the cost of copies is due upon receipt of the information. Fifty percent of the estimated cost of the requested information must be prepaid if the total cost of the requested information exceeds $50.00.

## II.   OPEN MEETING PROVISIONS:

1.      Judicial and Administrative Authority:

A.      Board of Directors:  The NSAA Board of Directors is the judicial and administrative body of the association. Meetings of the Board of Directors of the NSAA shall be subject to the inspection of public record statutes and the Nebraska Open Meetings Act, subject to the proviso that the Board of Directors shall not be required to comply with such statutes or to conduct open and public meetings or provide inspection of records when acting in a quasi-judicial capacity where the sole subject of such meeting or record, or portion thereof, pertains to the personnel information in records regarding a student, prospective student, or former student of any member school, including but not limited to birth records, medical records, academic records, performance or eligibility information and determination of the student to participate or to continue to participate in sponsored events, contests or activities; provided, however, where a meeting or record of such association is devoted in part to matters excepted in the preceding proviso, any portion of the meeting or record not subject to such exception shall be open to the public.  Reasonable arrangements will be made to accommodate the public's right to hear the discussion and action taken at the meeting.  Public participation in the Board of Directors meetings shall be permitted only during a public comment agenda item at the beginning of such meeting. The designated method of providing public notice of the date, time, location and agenda of Board of Directors meetings shall be through posting on the NSAA website, nsaahome.org.  The minutes of each meeting of the Board of Directors shall be posted on the NSAA website.

2.      Legislative Procedure and Authority:

A.      District Meetings:  NSAA district meetings are legislative bodies of the association.  Meetings of each of the six NSAA districts as legislative bodies shall be subject to the inspection of public record statutes and the Nebraska Open Meetings Act.  Reasonable arrangements will be made to accommodate the public's right to hear the discussion and action taken at the meeting.  Public participation in the district meetings shall be permitted only during a public comment agenda item at the beginning of such meeting, and shall not be permitted during the legislative debate and action by the representatives of the member schools.  The designated method of providing public notice of the date, time, location and agenda of NSAA district meetings shall be through posting on the NSAA website, nsaahome.org.  The minutes of each meeting of a NSAA district shall be posted on the NSAA website.

B.      Legislative Commission:  NSAA Legislative Commission is a legislative body of the association required to consider and screen proposals for changes in the Constitution and By-Laws passed by the Districts to be submitted to the Representative Assembly. Meetings of the NSAA Legislative Commission as a legislative body shall be subject to the inspection of public record statutes and the Nebraska Open Meetings Act.  Before taking final action on a proposed change in the Constitution or By-Laws of the NSAA, the NSAA Legislative Commission shall hold a public hearing thereon and give at least seven (7) calendar days notice of the meeting at which such hearing will be held (reference, Nebraska Unicameral, Rule 3 – Committees, Section 14).  Reasonable arrangements will be made to accommodate the public's right to hear the discussion and action taken at the meeting.  Public participation in the NSAA Legislative Commission meetings shall be permitted during the public hearing with regard to the proposals for changes in the Constitution or By-Laws of the NSAA. The designated method of providing public notice of the date, time, location and agenda of NSAA Legislative Commission meetings shall be through posting on the NSAA website,

Petitioner's Exhibit B
Page 17 of 76

nsaahome.org. The minutes of each meeting of the NSAA Legislative Commission shall be posted on the NSAA website.

C. **Representative Assembly:** NSAA Representative Assembly is a legislative body of the association responsible for establishing policy for the effective regulation of school activities for which the NSAA has been created by its member schools, including taking action on proposed changes in the Constitution and By-Laws of the NSAA approved by the Legislative Commission for placement on the Agenda of the Representative Assembly. Meetings of the NSAA Representative Assembly as a legislative body shall be subject to the inspection of public record statutes and the Nebraska Open Meetings Act. Reasonable arrangements will be made to accommodate the public's right to hear the discussion and action taken at the meeting. No individual except members of the NSAA staff and Representative Assembly may address the Representative Assembly (reference, Nebraska Unicameral, Rule 2 – Rules of Procedure, Section 3, paragraph (i)). Members of the public will not be permitted to address the Representative Assembly. The designated method of providing public notice of the date, time, location and agenda of NSAA Representative Assembly meetings shall be through posting on the NSAA website, nsaahome.org. The minutes of each meeting of the NSAA Representative Assembly shall be posted on the NSAA website.

# Bylaws for All Activities—Article 2

## 2.1 GENERAL REQUIREMENTS

2.1.1 **Student Eligibility.** Only those students meeting the eligibility requirements as established in the Constitution, Bylaws, or Approved Rulings are permitted to represent their member school in interscholastic competition in those activities which are under the jurisdiction of the Nebraska School Activities Association

### *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 2.1.1*

*The administrative staff of each high school is responsible for determining the eligibility of each of its students participating in activities.*

*a. Schools must check the following for each high school transfer student:*
   *1) If the student attended school the previous semester.*
   *2) If the student has been or will be in school for the first eleven days of the present semester.*
   *3) If the student's age meets eligibility requirements.*
   *4) If the student passed and received at least twenty hours the previous semester.*
   *5) If the number of semesters of high school membership is less than eight semesters.*
   *6) If the legal domicile of both of the student's natural parents is within the school district.*
   *7) If the student has attended another high school within your school district.*

*b. Schools must check the following for each student who is enrolling in high school and attended junior high the immediate preceding semester:*
   *1) If the student's age meets eligibility requirements.*
   *2) If the student has exceeded eight semesters of school membership or four seasons of participation.*
   *3) If the student has participated in non-school competition during the season of the sport.*

2.1.2 **Administrative Responsibility.** The superintendent or his/her designate of each member school shall be responsible for the activities program of the school and accountable to the Association for the conduct of such programs. It shall be the duty of this person to administer and enforce all eligibility rules. Included in these responsibilities are the following:
   a. To administer and enforce all eligibility rules.
   b. Educate and guide the school's staff who are associated with activities and the students who participate in activities in the rules of eligibility which govern members of the Association.
   c. For the failure to discharge such responsibilities, member schools shall be subject to penalties as set out in Paragraph 2.11 of the NSAA Bylaws.

2.1.3 **Consent of Parent and Student.** A student shall become eligible for practice and competition in each activity that is under the jurisdiction of the Nebraska School Activities Association when a (once each year) certificate of consent, signed by the student and one of his/her parents or guardian, and is on file with the principal. The certificate

Petitioner's Exhibit B
Page 18 of 76

of consent shall contain an acknowledgement that the major rules and regulations governing the student's eligibility
to participate in interscholastic activities have been disclosed to the student and his/her parent or guardian.

2.1.3.1  Prior to permitting a student's participation in interscholastic competition, the superintendent or designate of
each school, (once each year), shall file a report with the NSAA office, verifying that each Certificate of Consent has
been properly signed and each student has been informed of NSAA rules.

2.1.4  **Certificate of Eligibility.** Prior to the first date permitted for interschool competition in each activity, each member school
shall submit an on-line list of all students participating and eligible to participate in each activity.

## APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 2.1.4

*1. A team may refuse to engage in the contest if the participation/eligibility entries have not been entered into
the NSAA on-line database.*

*2. A non-public school and public school, or two or more public schools or two or more non-public schools,
cannot combine their members to make up one team to play scheduled contests, unless they have followed
the rules of cooperative sponsorship.*

*3. The participation list is required for ALL participants in the activity.  Only those participants marked as
being eligible at their member school may participate in varsity contests.*

*4. All schools shall enter the student participation and eligibility lists on-line into the NSAA's secured database
prior to the first date permitted for interschool competition in each activity.*

2.1.4.1  In case an addition is made to the list during the season of that activity, the school shall notify the NSAA office
before using the added student in competition.

2.1.4.2  Schools shall certify that students who become ineligible for any contest because of failure to comply with
any Association eligibility rule will not be allowed to participate.

### 90-school Day Ineligibility Interpretation
**When counting ninety-school days, a school day is defined as a student contracted regular school day,
Monday-Friday, in which there is the opportunity for instruction.  After the ninety school day ineligibility
period has been completed, the student would be eligible.  When school is cancelled for reasons beyond
the control of the student, i.e. Inclement weather, facility malfunctions that prevent school from being held,
those day(s) would be counted toward the ninety school days.  Summer school is excluded in the count.**

## 2.2 PARTICIPATION REQUIREMENTS
2.2.1  **Participants.** Individuals who are bona fide students of a member high school and have not graduated from
any high school or its equivalent, and students of a middle level school that is a part of a member high school's
system who compete or practice with a member high school team may be permitted to participate in activities of
the Nebraska School Activities Association.  2.5.1 To be eligible, the student must be continuously enrolled in at
least twenty credit hours of instruction per semester at the school the student represents in interscholastic
competition

## APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 2.2.1

*1. To be a participant in any NSAA activity at either the varsity or non-varsity levels of competition, an individual
must be a bona fide student of a member high school.  Exempt-school or home-school students,
unless enrolled in a minimum of twenty credit hours of schoolwork in the member high school, are not
eligible to represent a member school in NSAA activities, regardless of the level of participation or
competition.*

*2. If a school's internal grade grouping, as reported to the State Department of Education, designates the ninth
grade as a part of the high school, the students enrolled in the ninth grade shall abide by the Constitution
and Bylaws of the Nebraska School Activities Association.*

*a. If a ninth grade student who is enrolled in a junior high school is promoted to participate on a senior
high school team or competes against a team composed of senior high school students, this student(s)
must abide by all NSAA regulations during the season of the sport, such as opening and closing dates
of the NSAA sports seasons, being restricted from competing with or against seventh or eighth grade
students, NSAA game/match and individual limitations, participation in non-school competition, and*

Petitioner's Exhibit B
Page 19 of 76

*the organized practice rule.*

b. *A ninth grade student, whether part of the high school or junior high school, may compete on or against any team composed of ninth graders only, regardless of the school's organization.*

c. *Once a junior high school student becomes a member of a high school team, the student has established his/her eligibility at that high school.*

3. *If a student reaches age 15 prior to August 1 and is in the seventh or eighth grade, the student may move to the next level of competition offered in his/her school and will be ineligible for seventh/eighth grade competition.*

4. *If a student is carrying over fifty percent of his/her work in the eighth grade, the student is not to be considered as being a high school student, provided the local authorities did not carry the student on their high school attendance records. If the student is carrying fifty percent or more of his or her work in the ninth grade, the student should be considered a ninth grade student.*

2.2.1.1 Once a student participates in an activity under the aforementioned arrangements, the student shall be governed by all rules of the NSAA.

2.2.2 Semester Limitation. A student shall become ineligible after eight semesters of school membership beginning with his/her initial enrollment in grade nine.

## *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 2.2.2*

*Students who have become ineligible because of excessive semesters of membership or because of excessive seasons of participation in a particular sport are ineligible for interscholastic contests including the non-varsity competition.*

*Membership by a student in a school not a member of the Association counts against the student when that school subsequently becomes a member or when the student transfers to a member school.*

2.2.2.1 Membership in any school or schools for thirty or more school days during a semester is considered a semester of school membership.

2.2.2.2 The records of the school or schools in which the student was a member shall be used to determine the total number of days of school membership.

2.2.2.3 Semesters are not charged consecutively. If a student is not enrolled in school, the student is not charged with a semester of membership. When he or she re-enrolls in school, however, it takes one semester, for which the student is charged, to regain eligibility.

2.2.3 Season Limitations. No student shall be permitted to participate in more than four seasons of any one activity at the high school level. After initial enrollment in grade ten, no student shall be permitted to participate in more than three seasons of any one activity. Competing in any part of an interscholastic contest shall count as a season of participation in that activity.

## *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 2.2.3*

*Participation by a student in a high school interschool contest shall count as a semester of membership as well as a season of participation.*

2.2.4 **High School Graduates.** A graduate from a four-year high school or its equivalent is no longer considered a student for interscholastic activity purposes even though the student enters another high school and is classed there as a fourth-year or even a third-year student and is a candidate for graduation.

a. **Mid-Year Graduates**. At the end of the first semester, a student who becomes ineligible to play through graduation but who is eligible to play until the end of the semester, shall be eligible up to and including Saturday night of the week the semester is completed.

b. **Graduation Prior to State Contest**. A student who is eligible to compete throughout the regular season in an activity, but who graduates or completes eight semesters of high school attendance before the state tournament in that activity shall be eligible to compete in such tournament or meet provided the tournament or meet is held before the next semester starts.

2.2.5 **Second Semester Eligibility**. A student who becomes eligible the second semester shall be eligible the first day of the second semester, provided his/her name has been included on an eligibility list sent to the NSAA office before the contests.

a. Students who will become eligible the second semester may be included on an eligibility list sent during the first semester, provided a note indicates the date on which they will become eligible.

## 2.3 AGE

2.3.1 **Age Limitation.** No student shall be eligible for interschool competition who has attained the age of nineteen years except as follows: A student who becomes nineteen years of age on or after August 1 shall be eligible on the basis of age until the end of the current school year.

Exception: if the student is a bona fide student with a disability as defined at 42 U.S.C. Section 12102 (ADA) and the regulations promulgated there under, and the student's specific disability has contributed significantly to the student's inability to meet the requirements of this Bylaw, that student may be declared eligible by the Executive Director if, in the sole discretion of the Executive Director through the hardship application process, on a case-by-case the Executive Director determines that:

a. The student does not pose a safety risk to himself/herself or others; and

b. The student does not enjoy any advantages in terms of physical maturity, mental maturity or activity maturity over the other participants; and

c. The student's participation does not affect the principles of competitive equity; and

d. There is no evidence of 'red-shirting" or other indicia of academic dishonesty.

Students granted this exception will be limited to 4 years (8 semesters) of participation at the varsity level.

Students granted this exception must adhere to all applicable NSAA Bylaws and Approved rulings.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.3.1*

*1. Students who have become ineligible because of age are ineligible for all interscholastic contests including non-varsity team competition.*

*2. The oldest age given on any annual report shall be accepted as the student's age unless a birth certificate certified by the Bureau of Vital Statistics, State Capitol, Lincoln, or the Bureau of Vital Statistics of any other state, can be produced to the contrary.*

*3. The Age Limitation Bylaw 2.3.1 is an objective standard; a student must meet the age limitation set forth in Bylaw 2.3.1 to be eligible for participation and competition. The only consideration for a waiver of the age eligibility rule shall be to determine if a discrepancy exists in the student's reported Date of Birth that, upon further examination and evidence, would result in the establishment of the correct Date of Birth. [See, Pottgen v. MSHSAA, 40 F. 3d. 926 (8th Cir. 1994).]*

2.3.2 A student in grade seven or eight who reaches age 15 prior to August 1 may participate on a senior high school team.

## 2.4 ATTENDANCE REQUIREMENT

2.4.1 A student must have enrolled in some high school on or before the eleventh school day of the semester in which the contest takes place to be eligible for varsity interscholastic competition.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.4.1*

*If a student enrolls in one school any time within the first two weeks after that school has opened and subsequently transfers to another school during that semester, the latter school may accept the student's original enrollment as meeting the enrollment requirements.*

2.4.2 After initial enrollment at a school, a student must be regular in attendance in accordance with the officially adopted attendance policy of that school.

2.4.3 The above requirements may be waived if a student is prevented from enrolling or being regular in attendance because of personal illness or quarantine and satisfactory cause of such late registration is presented to the Executive Director.

## 2.5 SCHOLASTIC REQUIREMENTS

2.5.1 **Current Semester.** To be eligible, the student must be continuously enrolled in at least twenty credit hours of instruction per semester at the school the student represents in interscholastic competition. Students enrolled in college classes at an accredited institution should be allowed to use those classes in meeting the 20-hour eligibility requirements. No student should be allowed to use more than two classes from an accredited institution in one semester. Proof of enrollment and payment of fees should be provided to the Athletic Director to verify they are registered and enrolled for the class(es).

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.5.1*

*Each individual school may determine its own current semester scholastic requirement for eligibility to compete in interschool activities. The requirements may be more stringent than the State Associations, but in no case shall the requirements be less restrictive.*

2.5.2 Preceding Semester. To be eligible, a student shall have credit on the school records for twenty credit hours of school work for the immediate preceding semester.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.5.2*

*The twenty credit hours shall be such as will ordinarily be considered as advancing the student towards graduation.*

2.5.2.1 The term "preceding semester" means the semester immediately preceding the semester in which the student wishes to participate in activities.

2.5.2.2 The preceding semester rule is not to apply to students who are entering high school for the first time and have not competed or practiced with a high school team.

2.5.3 **Opportunity to Fulfill Scholastic Deficiency**. A student who does not earn twenty credit hours during the spring semester may make up not to exceed ten credit hours during the summer in an accredited program. Such work must be completed and the grades recorded on the school records prior to September 1 or the opening day of school, whichever comes first, in order for that student to be eligible for varsity interscholastic participation the fall semester.

2.5.3.1 If incomplete grades are the determining factor in whether a student has the required number of credit hours the preceding semester, the student remains ineligible until the incomplete is replaced by passing grades and the incomplete grades are on the records of the school.

2.5.4 **Year Around School**. Eligibility requirements may be adjusted for a one-year period by the Board of Directors in order to permit students to participate in activities in schools that are experimenting with the twelve-month school year.

## 2.6 DOMICILE ELIGIBILITY

The procedure for requesting waivers on the basis of a hardship can be found under Due Process Procedure, Paragraph 1.10.3

2.6.1 **Domicile.** Domicile shall be defined as the place where the parents have established their home. This means that the family regularly eats and sleeps in a specific place of lodging. It is the place where the student and his/her parents are habitually present and to which, when departing, they intend to return.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.6.1*

*The eligibility of a student is based on the domicile of the legal parent. A student, if eligible in all other respects, shall be eligible in the district where the legal parent has his or her bona fide domicile.*

2.6.1.1 It shall not be considered a change of domicile if the parents have moved to a new home but do not intend to make it their permanent home, have not given up their former home, or have not sold their personal property or moved it to a new domicile, unless complete information is presented at a hearing before the Executive Director and a ruling has been given that a bona fide change of domicile has been made.

> *Q: A family will be moving to a home in a district other than the one they currently reside and do not plan to sell their legal domicile in the district from which they are transferring. Is the student eligible immediately?*
>
> *A: No, this would not be considered a legal domicile change and the student would be ineligible for 90 school days for varsity competition unless the a hearing before the Board of Directors determines a bona fide change of domicile has been made.*

2.6.1.2 **Boundaries of Non-Public Schools.** For the purposes of determining domicile, the boundaries of a non-public school shall be the same as those of the public school district in which the non-public school is located.

2.6.2 **Parents.** The term parents shall mean the student's natural parents or adoptive parents, or foster parents if student(s) is placed in a foster home after becoming a ward of the state, courts or welfare agency, or legal guardian if parental rights of custody of both parents have been terminated by death, incompetency or unsuitability.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.6.2*

Petitioner's Exhibit B
Page 22 of 76

*If divorced or legally separated parents share joint custody of a child, the parent with whom the child lives immediately following the divorce or legal separation shall be defined as the legal parent for eligibility purposes. If the parents live in two different school districts and the child transfers to live with the other parent, the student shall be ineligible for ninety school days in the new school. In such situations, each transfer back and forth to different schools shall constitute a new ninety-school-day ineligibility period.*

2.6.2.1 In order for a guardian to be recognized as a legal parent, there must be properly certified documentation from a court of competent jurisdiction indicating the date of appointment, powers conferred and whether the guardian was appointed due to death, incompetency, or unsuitability of the natural parents.

2.6.2.2 If the parents are divorced or legally separated, the parent who has been awarded custody of the child as documented by certified copy of an order by a court of competent jurisdiction, is the legal parent. If joint custody was awarded, the parent the child chooses to live with immediately following the divorce shall be defined as the legal parent.

2.6.2.3 If the parents are required to live apart because of circumstances beyond the control of the parents, but the marriage has not been dissolved and a separation decree has not been entered, the Board of Directors, upon application, may grant a hardship waiver and determine that the domicile of the student will be that of the parent with whom the student is living. Once a student makes a choice of the parent with whom he/she wishes to reside, the parent chosen shall be interpreted as the legal parent.

2.6.3 **Selection of School for Activity Eligibility**. When a student enters a high school for the first time after promotion from grade eight of a two-year junior high school, or a sixth, seventh, and eighth grade middle school, or from grade nine of a seventh, eighth, and ninth grade junior high school, he/she may enter the high school of his/her choice and be eligible immediately if eligible in all other respects. Any subsequent transfer to another high school, unless there has been a change in domicile by his/her legal parents, or the student returns to his/her home school district *and name appears on the May 1 Transfer List (2.7.8.1),* shall render the student ineligible for varsity competition for ninety school days.

2.6.3.1 The term "home school district" shall mean the school district in which the student's legal parent's domicile is located.

2.6.3.2 Once a student selects and attends a high school, that school is where the student's eligibility shall be established.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.6.3*

1. *After a student completes junior high school and there is more than one high school located in the school district where his/her parents have their domicile, the student is eligible for varsity competition at one of the high schools located within the school district. Once the student selects the high school, that school is where the student's eligibility shall be credited.*

2. *A student who is ineligible because of his/her parents' failing to meet the domicile requirement shall become eligible after attending the high school he/she wishes to represent in varsity competition after ninety school days.*

Q: When is a student officially considered a 9th grade student?
A: The student officially is considered a 9th grade student when he/she attends the high school as per Bylaw 2.6.3.2.

2.6.4 **Student Promoted to Play on High School Team.** If a student in grades seven, eight or nine participates in interschool competition on a high school team at any level of competition, he/she has established his/her eligibility at the high school he/she has represented in such competition. Any subsequent transfer to another high school, unless there has been a change in domicile by his/her legal parents, shall render the student ineligible for varsity competition for ninety school days.

2.6.4.1 A student in grade seven or eight who participates at a high school in music only is not considered to have established his/her eligibility for future participation at a high school.

2.6.5 **School Consolidating or Redistricting**. If a student's parent(s) have a domicile located in a school district that does not have a high school and the student has attended high school for one year or more when the school district in which the parent(s) live is consolidated with a high school district other than the one in which the student has been in attendance, such student shall select one of the two high schools and be immediately eligible for interscholastic competition.

2.6.6 **Dual Enrollment.** A student enrolled in two member high schools at the same time is eligible only at the high school located in the school district where his/her domicile is located.

Petitioner's Exhibit B
Page 23 of 76

2.6.6.1 If both member high schools are located in his/her home school district, the student is eligible at the member high school where he/she is continuously enrolled in twenty credit hours.

2.6.6.2 If continuously enrolled in twenty credit hours in each member high school and both member high schools are located in his/her home district, the student must select one of the high schools as his/her home school and confine participation in interscholastic activities to that school.

2.6.6.3 If a resident school district draws up either a letter of agreement or contracts with the Nebraska Center for the Education of Children who are Blind or Visually Impaired, this school may be considered the home school district for the purpose of interscholastic competition.

2.6.7 **Learning Centers.** The following applies to any student who is enrolled in a learning center and desires to participate in interschool activities:

2.6.7.1 The learning center must be located within the school district served and must be a part of the school district's system.

2.6.7.2 The member high school which the student previously attended, elected to attend, or was assigned to attend is the school the student must represent in interschool competition, for it shall be considered the student's designated home school.

2.6.7.3 Any change of a student's designated high school shall be governed by the domicile and transfer rule.

2.6.7.4 The student must meet all NSAA eligibility requirements.

2.6.7.5 The name of the student and the member high school he/she is to represent must be sent to the NSAA office.

2.6.8 **Students with Learning Disabilities-Contracted.** When a school is unable to offer classes for a student with learning disabilities and must contract with a neighboring school district or service unit for such educational programs, the student may be eligible for interscholastic competition in his/her home school or in the neighboring school district in which instruction is being received.

2.6.8.1 Once the student makes a choice of schools, he/she has established his/her eligibility at that school.

2.6.9 **Parents Change Domicile to Different School District.** Any student whose parents reside in a school district that has a high school, shall become ineligible to represent that high school for varsity interscholastic competition for ninety school days upon the change of domicile by the parent(s) from that school to another school district that has a high school except:

2.6.9.1 If this domicile is changed during the school year, the student is eligible for the remainder of that school year in the school district from which the parents moved.

2.6.9.2 If this domicile is changed during the summer months that immediately precede the school year and the student is in grade twelve and has attended the high school for two or more years, the student may be eligible for that school year in the school district from which the parents moved.

2.6.9.3 **If a student elects to remain at the high school where he/she initially enrolled after being promoted from grade eight of a middle or junior high school, or grade nine of a junior high school, he/she is eligible at that school, or is eligible at a high school located within the school district in which the parents established their domicile.**

*Q: A family with three students: a junior, a freshman, and an 8th grader moved from one Nebraska community to another Nebraska community during the summer but wants the children to attend public school in a third larger Nebraska community where the father works. They purchased a home in the community they moved to because housing was more affordable there than in the larger community.*

*A: The student who is a junior will be ineligible for 90 school days from varsity competition due to the family moving from their established home and wishing to attend school which is outside the district of the family's legal domicile. If the student had filed an Option Enrollment application from the first public school to the larger school which was signed and approved prior to May 1 of that year, he/she would have been eligible to participate in NSAA activities programs immediately. Bylaw 2.1.1, Approved Ruling 2.1.1, a.6); Bylaw 2.6.1 and Approved Rulings.*
*The student who is a freshman will eligible immediately due to this being the initial high school year and that will establish the student's place of eligibility. Bylaw 2.6.1, 2.6.3, 2.6.3.2 and Approved Rulings*
*The 8th grader will not establish their place of eligibility until the start of the ninth grade year.*

2.6.10 **Parents Change Domicile Within a School District.** If a student's parents change domiciles within a school district that has more than one high school, the student has the following choices:

Petitioner's Exhibit B
Page 24 of 76

2.6.10.1 The student may remain at the school being attended at the time of the parents' domicile change and remain eligible. If a student remains at the original school and attends this school at the start of the next school year, the student is considered to have tied his/her eligibility to the original school. Any subsequent transfer without the accompanying change of domicile by his/her parents would result in a loss of eligibility for varsity competition for a period of ninety school days.

2.6.10.2 The student may transfer to another school in the district and be eligible immediately from a domicile standpoint. This transfer may occur at any time between the date of the parents change of domicile in the school district until the start of the next school year. Once the student transfers to another school within the district, he/she is considered to have domicile eligibility for varsity competition.

2.6.10.3 A school system with more than one high school may have its own domicile requirements and attendance areas. These may be more stringent than the NSAA's, but in no case shall they be less restrictive.

2.6.11 **Change of Domicile Due to a Student Becoming a Ward of State, Courts or Welfare Agency.** A student who is required to change domicile because of placement by the state, courts or welfare agency in a home, special school or institution is eligible immediately if eligible in all other respects.

2.6.12 **MCKINNEY-VENTO HOMELESS ACT.** In order for any student who has been deemed homeless under the McKinney-Vento homeless act to meet the domicile eligibility requirement, a hardship waiver must be submitted to the NSAA Executive Director. In addition to submitting the hardship waiver, the NSAA member school must present documentation indicating the student meets the requirements of the McKinney-Vento Homeless Act.

## 2.7 TRANSFER ELIGIBILITY

The procedure for requesting waivers on the basis of a hardship can be found under Due Process Procedure, Paragraph 1.10.3

2.7.1 **Change of School for Academic Advantage.** A change of school for academic advantages does not create eligibility, even though the school may be non-accredited and the school to which the student transfers is accredited.

2.7.2 **Member School Closes and/or a New School is Formed.** The following applies:

2.7.2.1 Any student who transfers from a closing school prior to the completion of the school year without a change in his/her parents' domicile will lose eligibility at the school to which he/she transferred for a period of ninety school days.

2.7.2.2 Students who are enrolled at a closing school throughout the school year shall have immediate eligibility for interscholastic participation representing the new school. This applies to domicile requirements only and does not waive the scholastic requirement, eight-semester rule, or any Association eligibility requirement.

2.7.2.3 Students enrolled at a closing school throughout the school year who elect to attend a high school other than the new school at the commencement of the new school year may be eligible at any high school located within the school district where his/her parents' domicile is located.

2.7.2.4 The student's parents and the school he/she wishes to attend must submit a request to the NSAA Executive Director for a waiver of the domicile rule when a student who has been attending non-public school that is closing elects not to attend the new school and the school district where his/her parents have their domicile does not have a high school sponsored by the same faith and the student wishes to continue to attend a non-public high school that is located in another district.

2.7.2.5 A student who is enrolled in any high school other than the closing school during the school year and who transfers to the new school the next year shall, without a change of domicile by his/her parents, shall be ineligible for varsity interscholastic competition for ninety school days.

2.7.2.6 After a student makes his/her choice and attendance commences at the beginning of the school year, the student becomes ineligible for a period of ninety school days in any other school to which he/she may transfer.

2.7.3 **Transfer by Student to a Member High School in Another School District.** Any student who transfers to a high school located in a school district other than the district in which his/her parent's domicile is located shall be ineligible for varsity competition for ninety school days. An exception to this ineligibility would be if the student transferred from one school in a cooperative agreement to another school in that same cooperative agreement. The domicile eligibility would be waived for such a transfer student to participate in the designated

Petitioner's Exhibit B
Page 25 of 76

activity covered by that cooperative agreement.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.7.3*

*If a student who has attended private or parochial school for two or more consecutive years wishes to continue his or her education in a private or parochial high school and there is no private or parochial high school located in the school district where his or her parents have their domicile, the student may attend a private or parochial high school in another school district and be eligible for interscholastic competition. Once a student enrolls and attends the private or parochial school, that school shall be where his/her eligibility is established.*
*Any subsequent transfer to a high school other than to a high school located in the school district where the student's parents have their domicile shall render the student ineligible for ninety school days.*

2.7.4 **Transfer by Student to a Different High School in Multi-High School District.** If a student living within a school district in which two or more member high schools are located, transfers from one high school to another within the same district without an accompanying change of domicile by his/her parents, the student shall become ineligible for interscholastic varsity competition for a period of ninety school days.

2.7.4.1 If such student returns to his/her original high school before a ninety school day period of enrollment at the high school to which he/she transferred, the student shall be eligible at the original high school.

2.7.4.2 If the student remains in the school to which he/she transferred for a period of ninety school days or more, and returns to his/her original school, the student is ineligible for varsity competition for a period of ninety school days.

2.7.5 **International Transfer Student.** Any high school student who transfers to a member high school of the Nebraska School Activities Association from outside the United States is considered to be an International Transfer Student.

2.7.5.1 Schools with international transfer students who intend to participate and represent a member school in interscholastic competition must complete and submit the online NSAA International Transfer Student application prior to student participation at any level.

2.7.5.2 International Transfer Eligibility. International transfer students who are participants of a CSIET-listed J-1 or F-1 non-immigrant visa program and are determined to be eligible under NSAA regulations shall be eligible immediately for varsity participation for a maximum period of 180 consecutive school days regardless of a subsequent change in visa, residency, or guardianship. The 180 consecutive school day period begins with enrollment in any NSAA high school.

2.7.5.3 International transfer students not meeting the requirements of 2.7.5.2 will be ineligible for varsity participation for 180 consecutive school days.

2.7.5.4 International transfer students whose place of residence changes to a different school district during their varsity eligibility period must have the new school file a hardship waiver with the NSAA executive director to remain eligible for varsity participation through the end of the original 180 consecutive school day period.

2.7.6 **Home School Transfers.** The following shall apply in determining the eligibility for a student who has previously attended a home school and transfers to become a bona fide student at a member high school:

2.7.6.1 The home school, which the student previously attended, must have received acknowledgement from the Nebraska State Department of Education that the school conformed to the required statutes.

2.7.6.2 The student must be accepted by the member high school and placed in a grade level that will classify the individual as a high school student (grades nine, ten, eleven or twelve).

2.7.6.3 If a student has been promoted from the eighth grade at a home school and is attending a member high school for the first time as a ninth grade student, he/she may select his/her high school and be eligible.

2.7.6.4 If the student is transferring from a home school and is accepted at a member high school as a tenth, eleventh, or twelfth grade student, he/she is considered a transfer student and shall be ineligible for varsity competition for ninety school days unless the home school is located in the same school district as the high school to which the student is transferring.

2.7.6.5 If the student enters a member school as a tenth, eleventh, or twelfth grade student, he/she shall have received, or be granted, twenty credit hours for the immediate preceding semester. The twenty credit hours must be accepted and entered on the records of the student as partial fulfillment of the school's graduation requirements.

2.7.6.6 Students who enrolled in grades nine, ten, eleven, or twelve at a home school and who transfer to a member high school, shall be credited with the number of semesters of high school membership in which they were a member of the home school. These students shall not exceed eight semesters of school membership beginning with the

initial enrollment in grade nine or the equivalent of grade nine.

2.7.6.7 Students transferring from a home school to a member high school must meet the requirements of Section 2.2.

2.7.7 **Transfers**. An exception to NSAA Bylaws may be considered for transfer students who have transferred to a member Nebraska high school that is located in a school district other than the Nebraska district where the student's legal parents' domicile is located.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.7*

*If a student fails to meet any of the transfer requirements, he/she shall be eligible after attending the school he/she wishes to represent in varsity competition for ninety school days.*

2.7.8 **School to School Transfers**. Eligibility will be considered for Nebraska transfer students who have transferred from one Nebraska member high school to another Nebraska member high school when there is not a change of domicile by the legal parents. This would apply to Nebraska students who transfer: (1) from public school to private school; (2) from private school to public school; (3) from private school to private school; (4) from public school to public school; and (5) transfers from Nebraska school to Nebraska school within a multi-school district.

2.7.8.1 The NSAA member school into which the Nebraska student transfers MUST notify the NSAA of the transfer by entering the student's name in the NSAA online database no later than May 1. Once the NSAA has been notified, the Nebraska student could complete that year of eligibility in the Nebraska school the student was leaving. The Nebraska student would, however, become ineligible for ninety (90) school days the next fall if the Nebraska student were to change his/her mind and decided not to transfer. Only Nebraska students transferring from one NSAA member school to another NSAA member school are eligible to take advantage of the May 1 transfer and have their name submitted into the online database.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.7.8.1*

*Nebraska students who complete transfer requirements/enrollment paperwork on or before May 1 and whose names are submitted to the NSAA by May 1 as Nebraska transfer students shall be immediately eligible in the fall at the school to which they transfer. If the Nebraska student were to later change his/her mind and not transfer, that Nebraska student would be ineligible for 90 school days at the Nebraska school in which he/she attends. If such Nebraska student were to transfer to the new Nebraska school, but later decides to return to his/her former district before 90 school days have elapsed, such Nebraska student will be ineligible in the former district for 90 school days, with the ineligibility period commencing at the start of the fall semester. Or, in the case of the Nebraska student who transfers and attends the new Nebraska school before the start of the semester but whose name is submitted on the May 1 transfer list, such Nebraska student would be ineligible for 90 school days commencing at the same time the Nebraska student began attending the transfer school*

2.7.8.2 Those Nebraska students whose transfer has not been reported to the NSAA by May 1, shall be ineligible for 90 school days, with such transfers being subject to hardship waiver guidelines.

2.7.8.3 Such Nebraska transfer students may transfer under this rule one time during their high school years, unless there is a change of domicile by the legal parent. Such Nebraska students who transfer a subsequent time without a change of domicile by the legal parent shall be ineligible for varsity competition for 90 school days.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.7.8.3*

*Unless there is a bona fide change of domicile by the legal parent, a Nebraska student may transfer only one time to a different school under the May 1 transfer deadline. A Nebraska student's name may only be entered on one Nebraska school's May 1 transfer list. A Nebraska student who transfers under the May 1 transfer provisions and who later decides to return to his/her former district before 90 school days have elapsed shall continue to be ineligible in the former district for 90 school days, with the ineligibility period commencing at the start of the fall semester. The ineligibility shall continue, regardless of the parent's domicile change within the resident district.*

*If a Nebraska student has a legal domicile change to a different resident school district after May 1, and submits an Enrollment Option application and it is accepted by the Enrollment Option school district in accordance with Enrollment Option statutes (79-237 subsection 2), the Nebraska student would be eligible immediately at the Enrollment Option school provided he/she is eligible in all other respects. (Sept. 2013)*

#### Who should be on the list:

1. Any incoming Nebraska sophomore, junior, or senior, who has an intent to compete on the varsity level in the 2014-15 schc year without penalty.
2. All Nebraska learning community transfers.
3. A student who is attending a Nebraska school on or before May 1.

#### Who should not be on the list:

1. Incoming freshman
2. Nebraska students that have (option or school to school) transferred within their 9th-12th grades (This includes public and private students- AD's need to check previous school enrollments.)

3.  Students who have had a legal change of domicile
4.  International transfer students enrolled in recognized CSIET programs
5.  Students transferring for Athletic/Activity purposes

---

1.  Q:  What does it mean to be placed on the NSAA May 1 Transfer List?
    A:  Students who wish to transfer from one Nebraska school to another Nebraska school must have the school to which
        the student is transferring enter the student's name in the NSAA online database no later than May 1.
2.  Q:  Should incoming 9th grade students be placed on the May 1 Transfer List?
    A:  No, NSAA Bylaw 2.6.3 allows 9th grade students to enter the high school of their choice and be eligible immediately
        for varsity competition if eligible in all other respects.
3.  Q:  If a student's name is placed on the May 1 Transfer List can the student return to their home school district within
        the first 90-days and be eligible immediately?
    A:  No, NSAA Bylaw 2.7.8.1 does not allow the student a subsequent transfer without sitting out 90 school days unless
        there is a change of domicile.
4.  Q:  How many times can a student have their name on a May 1 Transfer List?
    A:  Per NSAA Bylaw 2.7.8.3, students are allowed to have their name one time on the May 1 Transfer List during their
        high school years.
5.  Q:  How does a school know whether or not an incoming 10th, 11th, or 12th grade student's name has been previously
        been entered on a May 1 Transfer List?
    A:  Ask the student and his/her legal parent(s), and then follow up with the school in which the student is transferring.
6.  Q:  Where can I locate a student's NDE number?
    A:  Contract the Nebraska Department of Education.

---

## 2.8 UNDUE INFLUENCE

2.8.1    The use of any of the following inducements may constitute undue influence, resulting in
         ineligibility of the student for all high school participation as stipulated in current NSAA Bylaw 2.7:
         A.  Participant living with a coach, principal, teacher, or school official without legal guardianship
         B.  Any inducement to get parents or students to change residence or schools for athletic/non-athletic
             purposes.
         C.  Offer or acceptance of money
         D.  Reduction or remission of regular tuition (other than need-based financial aid available to all applicants)
         E.  Offer or acceptance of board, room, or clothing
         F.  Offer or acceptance of money for work in excess of amount regularly paid
         G.  Transportation to school by any school official
         H.  Offer or acceptance of school privileges not normally granted to other students
         I.  Free or reduced rent for parents
         J.  Offer for payment of moving expenses for parents
         K.  Offer or acceptance of employment for the parents in order to entice the family to move to a certain community
             so as to gain the services of a child in the school's activity program.
         L.  Any attempt by a representative of a school or any individual or group outside the school to recruit a student(s)
             in order to gain his/her services in the school's activity program via personal, social media, electronic,
             US Mail, or 3rd party contact prior to a student's enrollment.

## 2.9 EXCEPTION TO ELIGIBILITY RULES

2.9.1    Refer to Paragraph 1.10.3 for procedure to follow when requesting a waiver of any eligibility rule.

## 2.10 CONDUCT

2.10.1   **Conduct During Interscholastic Competition.**  Students, participants, and staff members representing
         member schools in interscholastic competition are expected to conduct themselves in a sportsmanlike manner.

2.10.1.1 Unsportsmanlike conduct shall include physical or verbal assault upon any participant, game official, or spectator,
         or any acts that may endanger the personal safety of individuals involved, or acts that hinder the normal progress
         of a contest or lead to the restriction or discontinuance of a contest.

2.10.1.2 If a student, participant, and/or staff member representing a member school in interschool competition acts
         in a manner constituting unsportsmanlike behavior during such competition, the member school and/or
         individuals shall be subject to penalties as set out in Section 2.11.

2.10.1.3 If any participant or staff member while representing a member school in an Association-sponsored district
         tournament, playoff, or state contest acts in a manner constituting unsportsmanlike conduct, the individual is subject

Petitioner's Exhibit B
Page 28 of 76

to penalties as set out in Section 2.11.

## 2.11 PENALTIES

2.11.1    **School Violations.** For violation by a member school of any of the provisions of the Constitution, Bylaws, or rules adopted by the Representative Assembly or approved by the member schools or the Board of Directors, the Board of Directors or Executive Director may impose, but not be limited to, one or more of the following penalties:

2.11.1.2  Issue a private or public reprimand to the school.

2.11.1.3  Recommend that the responsible school official receive a private or public reprimand.

2.11.1.4  Enforce the forfeiture of one or more contests in team or individual sports.

2.11.1.5  Enforce the forfeiture of points scored by students in individual competition.

2.11.1.6  A student or staff member may be reprimanded, placed on probation, or suspended from participation for one or more contests.

2.11.1.7  Recommend that the school declare the guilty student ineligible for up to ninety school days or the remainder of the school year.

2.11.1.8  Place the school on probation for a period not to exceed one calendar year.

2.11.1.9  Suspend a school for part or all of the season of an activity.

2.11.1.10 Expel the school from Association membership for a period not to exceed one calendar year.

### *APPROVED RULINGS AND INTERPRETATIONS For 2.11*

*In addition to the above penalties, other penalties may be enforced which are listed in the Bylaws and/or Approved Rulings accompanying activities elsewhere in this Yearbook.*

| Penalty/Violation | Assessment |
|---|---|
| **Late submission of online eligibility lists per activity**, plus other penalties as the Board of Directors shall assess. | $50 per activity |
| **Late submission of registration forms and payments,** plus other penalties as the Board of Directors shall assess. | $50 |
| **Late submission of online contest schedules,** plus other penalties as the Board of Directors shall assess. | $50 |
| **Exceeding individual and team contest limitations,** plus other penalties as the Board of Directors shall assess. | $500 |
| **Registering for an activity and not opting out of post season participation.** | $200 |
| **Lack of administrative oversight** | $500 and written action plan |
| **Violation of the organized practice rule.** | $200 |
| **December Moratorium violations** | $200 |
| **Missing the May 1 deadline with option verification** (March 15) | $250 |
| **Student's name not appearing on the school's eligibility list** | $150 |
| **International student participating prior to approval** | $150 |
| **Coach having incomplete certification** | $100 |

*Probation.*

*1.  If an activity is placed on probation and the terms of the probation are not otherwise specified, and the affected Member is determined to have violated any NSAA bylaw during the term of the probation relating to the activity placed on probation, that activity will forfeit its right to participate in postseason competition at the District and State level.  If a violation is discovered after the season of the affected activity is completed, or if the violation of the rule is not adjudicated until after completion of the season relating to the affected activity, the NSAA may at its option:*

> *a.  Rule that the affected team is ineligible for participation in District and State Level Competition in a subsequent year (even if the penalty would take effect after the term of the probation referred to above has been completed); and/or*
>
> *b.  Rule that any trophy won by the affected team in District and/or State competition must be returned to the NSAA and that the records of the NSAA will be adjusted accordingly.*

*2.  The Executive Director may reduce the consequences for the violation of probation from those stated herein if he/she determines in his/her discretion that the violation of a bylaw is deminimis and if the violation is self-reported by the affected Member.*

*3.  This resolution shall apply to any probation imposed on, prior to, or after the date on which this resolution is adopted.*

2.11.2    **Student Violations**. If a student violates any of the provisions of the Constitution, Bylaws, or Approved Rulings

Petitioner's Exhibit B
Page 29 of 110

during the course of an Association-sponsored district contest, playoff, or state contest, the Board of Directors or Executive Director may suspend the student from further competition for any portion or all of the remainder of the subdistrict, district, playoff, or state contests.

2.11.3    **Participant Ejections from Athletic Contests**. Any participant ejected from a contest for unsportsmanlike conduct shall be ineligible for the next athletic contest at that level of competition and all other athletic contests at any level during the interim, in addition to the other penalties the NSAA or the school may assess.

## APPROVED RULINGS AND INTERPRETATIONS For 2.11.3

*Any participant ejected a second time during a season from a contest for unsportsmanlike conduct shall be ineligible for the next two contests at that level of competition and all other athletic contests at any level during the interim, in addition to other penalties the NSAA or school may assess. Any participant ejected a third time shall be ineligible for the next three contests at that level of competition and all other athletic contests at any level during the interim, in addition to other penalties the NSAA or school may assess.  When schools have students or coaches with multiple ejections, the school shall submit to the NSAA a written management plan on how they plan to remediate the problem.*

2.11.4    **Coach Ejections from Athletic Contests**. Any coach ejected from a contest for unsportsmanlike conduct shall be ineligible to coach the next athletic contest at that level of competition and all other athletic contests at any level during the interim, in addition to the other penalties the NSAA or the school may assess.

## APPROVED RULINGS AND INTERPRETATIONS For 2.11.4

*Coaches who are ejected will be required to successfully complete the NFHS Teaching and Modeling Behavior online course within 10 days of the ejection at the coaches' expense.  Failure by an ejected coach to successfully complete the NFHS Teaching and Modeling Behavior online course within 10 days of the ejection will result in the coach being suspended from coaching in any further competition in that activity for the remainder of the season, including all NSAA end-of-season play (subdistricts, districts, playoffs, and state competition.)*
*In those situations in which the ejection of the coach occurs near the end of the season or during the NSAA end-of-season play, the coach will be required to successfully complete the NFHS Teaching and Modeling Behavior online course before being able to coach the following season or year.  Coaches who are ejected a second time will be required to sit-out the next two contests at that level, plus all other contests at other levels during the interim and successfully complete the NFHS Fundamentals of Coaching online course within 10 days of the ejection at the coaches' expense. Failure to successfully complete the NFHS Fundamentals of Coaching online course within 10 days of the ejection will result in the coach being suspended from coaching in any further competition in that activity for the remainder of the season, including all NSAA end-of-season play (subdistricts, districts, playoffs, and state competition.)   In those situations in which the ejection of the coach occurs near the end of the season or during the NSAA end-of-season play, the coach will be required to successfully complete the NFHS Teaching and Modeling Behavior online course (or the NFHS Fundamentals of Coaching course if second ejection) before being able to coach the following season or year.*

2.11.5    **Investigation**. Prior to the assessment of any penalty, the Executive Director will gather data in order to establish intent, fault, and the effect an ineligible participant had on any interschool contest. These factors shall be weighed in determining the severity of the penalty assessed. The Executive Director's decision may be appealed to the Board of Directors.

2.11.6    **Institution Control**. If the said violation is brought to the attention of the Board of Directors as a result of self-policing by the offending school, the Board of Directors shall issue the highest of commendations to the administration of the school for its efforts in enforcing the Constitution.

## 2.12 COACHES AND SPONSORS

2.12.1    **School's Responsibility**. The entire management of a school's activity program must be under the control of school authorities, and any team competing in interschool competition must be under the direction of a member of the school's faculty.

2.12.1.1  When a team or individuals from a school compete in interschool competition, the team or individuals must be accompanied by the head coach, or assistant coach as defined by the rules, or a school administrator, or

Petitioner's Exhibit B
Page 30 of 76

certificated faculty member.

2.12.2    **Head Coach, Assistant Coach, or Sponsor.** In order to serve as a head or assistant coach or sponsor of any activity sponsored by the Nebraska School Activities Association, the individual must possess a valid Nebraska Teaching Certificate or Nebraska Administrative and Supervisory Certificate and have a written contract of employment as a coach or sponsor with the school in which he/she is to perform these duties.

2.12.2.1   Individuals who possess a Provisional Trades Certificate and/or Special Services Certificate endorsed in coaching may be employed by a school district as a head or assistant coach in NSAA sponsored activities.

2.12.2.2   The head coach/sponsor, assistant coach/sponsor, or certificated faculty member has the following responsibilities:
1. Supervise the individuals or team representing the school in the competition.
2. Serve as the school's spokesperson in all administrative matters, controversial situations, obtaining medical assistance, talking with representatives of the media and any discussion with contest officials or judges.
3. In basketball, the only individual who is permitted to use the coach's box or approach the scorer's table for a correctable error situation.
4. Be seated on the team bench or within the team area during basketball, volleyball, baseball, football, soccer, and softball contests.
5. Accept awards presented to the school and/or coach.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 2.12*

Concussion Education

All coaches and volunteers are required to complete the NFHS Concussion Training course annually.  This course should be taken prior to any pre-season or regular season physical workouts that the respective coach would be present for or involved in administering Any course taken after May 1 would be considered valid for the following school year.

Obtaining a Special Services Certificate for Coaching
1. Complete the NFHS Fundamentals of Coaching course that also will meet the Nebraska Human Relations requirement.
2. Complete a course in NFHS First Aid, Health and Safety for Coaches.
3. Complete finger print cards to meet the State Patrol requirement if the applicant has not resided continuously in Nebraska for the past five years.  A check for the cost of fingerprinting of $50 should be submitted with the application.   If they have been a resident for the past five years, a record of the addresses should be placed on the application.
4. Online application/fee should be completed at www.education.ne.gov/TCERT.
5. Submit original certificates indicating completion of the NHFS Fundaments of coaching, NFHS First Aid for Coaches, and/or the transcript from a college showing completion of the human relations requirement.
6. A Special Services certificate will be sent electronically to your email address included on the application.   The certificate will be valid for five years and can be renewed following standards found in NAC 92, Chapter 21.

*All head coaches are required to attend an NSAA Rules Meeting or complete an NSAA Rules Meeting online annually. Failure to do so will result in possible late fees and suspension penalties.*

*Online rules meetings are initially offered at no cost to coaches or officials, followed by a period with a $25 "Late" Fee, followed by a period with a $50 "Delinquent" Fee.  The following sanctions and fees are applicable to those coaches who fail to complete the rules meeting by the expiration of the "Delinquent" Fee period.*

*Absence from the required rules meeting OR FAILURE TO COMPLETE THE ONLINE RULES MEETING will result in the following sanctions:*

*First Offense in Three-Year Period*

*The head coach will be suspended from coaching in any competition in that activity until*

*(1) The head coach COMPLETES THE NSAA'S ONLINE RULES MEETING OFFERED AT THE LATE FEE of $100; and*

*(2) the head coach successfully completes the open book test for officials/judges of that activity (70% or higher); and the school's administration verifies that the coach has read all the supporting NSAA, National Federation, and safety information.*

*During this regular season suspension period, the head coach may continue to coach the team at practices. Second and Subsequent Offenses in Three-Year Period*

Petitioner's Exhibit B
Page 31 of 76

*The head coach will be suspended from coaching in all NSAA end-of-season play (subdistricts, districts, playoffs, and state competition).*

*(1) The head coach COMPLETES THE NSAA'S ONLINE RULES MEETING OFFERED AT THE LATE FEE of $200; and*

*(2) the head coach successfully completes the open book test for officials/judges of that activity (70% or higher); and the school's administration verifies that the coach has read all the supporting NSAA, National Federation, and safety information.*

*During this regular season suspension period, the head coach may continue to coach the team at practices.*

2.12.3 **Coaches' Aides.** Schools may contract non-certificated personnel to assist with their activities programs, but such personnel shall be coaches' aides.

2.12.3.1 The individuals must have a job description.

2.12.3.2 The individual shall not initiate nor change instruction given by the head coach and must carry out specific directions given by the head coach.

2.12.3.3 The individual may assist in starting, executing, and completing the specific plan of the learning experience as defined and directed by the head coach.

2.12.3.4 The aide should be specifically prepared for duties assigned, to include the handling of emergency situations that arise in the course of his/her work.

2.12.3.5 Coaches' aides are not to be given the sole responsibility of directing or supervising students during practice. The head coach should be in the immediate practice area.

2.12.3.6 When traveling to and from and participating in interschool competition, the team or individuals are to be accompanied by the head coach/sponsor, assistant coach/sponsor, or in case of an emergency, a certificated faculty member

## 2.13 CLASSIFICATION

2.13.1 **Authority.** The Board of Directors shall have the authority to divide the members into classes, determine the number of classes and place the member schools into these classes for competition in each activity sponsored by this Association.

2.13.1.1 The Board of Directors may adjust the classification of schools in unusual situations (such as consolidation, formation of a new school, gain or loss of a school district), provided such information is made known before the first allowable date for fall sports competition each year.

2.13.2 **Basis for Classification.** A school's classification shall be based on its total enrollment.

2.13.2.1 A school's total enrollment shall be the total boy and girl enrollment in grades nine, ten, and eleven according to the enrollment figures submitted to the State Department of Education on the last Friday in September of the preceding school year.

2.13.2.2 If, in a particular activity, the schools are classified for a two-year period, the total enrollment shall be the figures from the State Department of Education on the last Friday in September of the year which immediately precedes the two-year classification period.

### *APPROVED RULINGS AND INTERPRETATIONS For 2.13.2*

#### Tie-Breaker

*If schools are tied in enrollment for the last position or positions of a class, the following tie-breaker will be applied:*

*1. The first tie-breaker will be a three-year average of enrollment which includes the year on which the current year's classification is based and the two previous years.   The higher three-year average will be in the larger class.*

*2. If the tie still exists, then the school with the higher immediate previous year's enrollment will be placed in the larger class.*

*3. If a tie still exists, it will be decided by a coin flip in the NSAA office.*

*Opting Up a Classification.   A school which elects to opt up to a higher classification in any NSAA sponsored program must opt up to that same relative classification in every NSAA Activity which that school, in a non-cooperative sponsorship status, participates in during that school year with the exception of football and music.*

2.13.2.3 In schools which have grades ten, eleven and twelve only and have multi-junior high schools within the system,

Petitioner's Exhibit B
Page 32 of 76

the ninth grade enrollment shall be determined by taking the average of the grades ten and eleven enrollment. This average is then added to the grades ten and eleven enrollment to give the total enrollment in grades nine, ten and eleven.

2.13.2.4 The total enrollment figures shall be doubled for unisex schools for those activities which are athletic. Numbers will not be doubled in those non-athletic activities where competition is co-ed, i.e., mixed. This would include such activities as debate, speech, play production, journalism, and music.

2.13.3 **Classification Period.** In all activities except football, the classification period shall not exceed one year. In football, the classification period shall not exceed two years.

2.13.4 **Cooperative Sponsorship**. With the approval of the Board of Directors, students from member high schools may be combined for interscholastic activity competition and field a common participating group.

2.13.4.1 When forming a cooperative sponsorship, no more than four member schools shall be permitted to combine and compete.

2.13.4.2 The classification for competition shall be based on the combined enrollment of grades nine, ten, and eleven of the schools involved.

2.13.4.3 If the enrollment, when combined, places the cooperative program in a classification higher than that of any of the combined schools, the cooperative program will be placed in the higher class, but the classification of other schools will remain the same.

2.13.4.4 The guidelines, as published in the Approved Rulings of this Section, shall be used by the Board of Directors in determining if a request for a Cooperative Sponsorship will be approved.

2.13.4.5 Applications for new Cooperative Sponsorship must be made jointly by the Boards of Education of the involved schools.

2.13.4.6 Requests for the renewal of programs which have been approved previously may be submitted by the Superintendent or his/her designate.

2.13.4.7 The requests for new programs or renewals shall be submitted by the following dates:
1.  June 1 for Cooperative Programs which will be implemented during the following Fall Sports Season.
2.  September 1 for Cooperative Programs which will be implemented during the following Winter Sports Season.
3.  January 1 for Cooperative Programs which will be implemented during the following Spring Sports Season.
4.  November 1 for odd number years of football cooperative programs.

2.7.3 *Transfer by Student to a Member High School in Another School District. Any student who transfers to a high school located in a school district other than the district in which his/her parent's domicile is located shall be ineligible for varsity competition for ninety school days. An exception to this ineligibility would be if the student transferred from one school in a cooperative agreement to another school in that same cooperative agreement. The domicile eligibility would be waived for such a transfer student to participate in the designated activity covered by that cooperative agreement.*

## *APPROVED RULINGS AND INTERPRETATIONS For 2.13.4*

*Purpose: The philosophy of the Nebraska School Activities Association is to provide an opportunity for high school students to participate in a variety of activities. Through cooperative sponsorship, the opportunity for student participation will be maintained, or increased, by permitting students who do not have a program available in their school to go to another school for activity participation. The problem of declining enrollment, the inherent financial ramifications of supporting the cost of the program, the lack of facilities and equipment, and the problem of providing a quality coaching staff when the number of teaching positions are reduced, make cooperative sponsorship desirable.*

*Schools will not be permitted to use cooperative sponsorship to gain an advantage over other member schools. Guidelines:*

*1.  No more than four member schools shall be permitted to combine and compete.*
*2.  The schools must be in the same geographical area, and the school districts must be contiguous or located in the same school district.*
*3.  If a school contacts all contiguous school districts and has been turned down by all, the school can then contact the schools which border the contiguous school districts who have turned down the school searching for*

Petitioner's Exhibit B
Page 33 of 76

*an agreement to co-op. This process shall continue until a school is able to obtain a school that will enter into a cooperative agreement.*

4. *The cooperative sponsorship agreement must be for a minimum of two years. The cooperative agreement may be voided at any time by mutual agreement of both schools and approval by the Board of Directors. No other cooperative agreement in the same activity may be made with another school until the original two-year period elapses.*

5. *The cooperative agreement will be for each activity. A school may have a cooperative agreement with one school in a particular activity and with another school in another activity.*

6. *Where there is an absence of an effective program in one school, a cooperative program may be established, provided a need is shown to the Board of Directors. Examples which may constitute need are: (a) insufficient numbers; (b) lack of staff; and (c) lack of facilities.*

7. *In multi-school districts, the central administration must designate the schools which may request permission to cooperatively sponsor activities in a particular activity.*

8. *If a school in one district wishes to join with a school in a multi-school district in a cooperatively sponsored activity, the school must join with the nearest high school in the multi-school district which offers the activity.*

9. *If a school previously has offered a program in an activity and there has been no significant decrease in high school enrollment, the school would not be permitted to participate in a cooperative program.*

10. *If a school has previously played eleven-man football and has sufficient interest and enrollment for eight-man football, the school would not be permitted to cooperatively sponsor football with another school. If schools previously playing six-man football agree to cooperatively sponsor football, the cooperative team may play six-man football if the combined enrollment does not exceed forty. If the combined enrollment exceeds 83, the cooperative team must play eleven-man football.*

11. *Each school is required to pay a registration fee for each activity in which the school participates. The amount of such fees will be set by the Board of Directors.*

## 2.14 EQUAL OPPORTUNITIES FOR PARTICIPATION

2.14.1 In accordance with Federal and State Laws and the interpretation of these laws, the Association through its membership shall support equal opportunities for all students regardless of race, gender, national origin, or disability.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 2.14.1*

#### **Emerging/Adding A Sanctioned Activity**

*Emerging sport means there is statewide interest for the activity to become sanctioned under the NSAA. The membership shall consider the following criteria when recommending a new or emerging activity for NSAA Sanction:*

(1) *Results from a formal survey submitted by the requesting parties that provides data regarding number of schools participating, student participation numbers, coaches availability (salary cost estimate), funding (equipment, uniforms, etc), site availability, season of sport preferred, etc.*

(2) *Data regarding the positive/negative impact of the addition to the proportionality ranges and sport offerings to the membership and the NSAA.*

(3) *Adequate number of schools in geographical area to complete a schedule (Statewide programs or Metro centered).*

(4) *Travel.*

(5) *Practice and Competition site availability.*

(6) *Cost estimates per school for start and maintenance for the activity.*

(7) *Officials' availability, training/certification, fees.*

(8) *Cost estimates for NSAA Championships (awards, officials, site rental, administration, etc).*

(9) *Safety and liability issues with the new activity.*

*The NSAA Board of Directors may approve emerging sport status for up to three years as a non-sanctioned school sponsored activity.*

## 2.15 AWARDS TO STUDENTS AND SCHOOLS

2.15.1 **School's Responsibility.** The school shall have the control and supervision of the giving and receiving of awards

to students.

2.15.2 **Awards to Students.**

2.15.2.1 For each activity season sponsored by the NSAA in which a student participates, he/she may accept a symbolic or merchandise award which does not exceed the full retail value as set by the Board of Directors.

2.15.2.2 Awards to individuals for activity participation in the form of cash, merchandise certificates, or any negotiable instrument are not allowed.

2.15.3 **Awards to Schools.** No school shall accept a cash or merchandise award for participation in any interscholastic contest in activities sponsored by the NSAA except that organizations sponsoring such contest may underwrite the cost of the participants not to exceed their total expenses, and provided that all contesting schools are subsidized on an equal basis.

## *APPROVED RULINGS AND INTERPRETATIONS For 2.15.1-2.15.3*

*2.15.2.1 The current full retail value of the symbolic or merchandise awards as set by the Board of Directors is $50.*

*2.15.2 Individual sports are activities in which one person may participate and have the possibility of winning the contest.*

*2.15.2.2 Designation of a school's letter winner as a recipient of a discount in the price of athletic equipment shall not be allowed.*

*2.15.2.2 Students may participate for remuneration in the non-athletic activities.*

*2.15.2.2 Combination sports are activities in which there is a recognized individual champion and a recognized team champion made up of a specified number of people. The combination sports are boys and girls golf, and boys and girls cross country.*

*2.15.3 Team sports are activities in which there is no provision for an individual championship, and it is mandatory that a certain number of people be associated together before they are allowed to participate for the purpose of winning the contest.*

*Q: Does the awards to schools and students apply to summer activities?*

*A: No*

# Athletic Bylaws—Article 3

## 3.1 SPORTS SEASONS

3.1.1 Interschool sports sponsored by the Association shall be divided into three seasons: Fall, Winter, and Spring.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.1.1*

*A season begins on the first day of allowable practices for that sport, as designated in 3.1.1.2 below. The season officially ends with the conclusion of the State Championship in that sport. Students may not participate in outside group instruction or competition once the season officially begins, and outside group instruction or competition may not commence until the school team has been completely eliminated from further participation in the sport.*

3.1.1.1 A season begins the day of opening practice as permitted by the NSAA rules rather than the first day of interscholastic competition.

3.1.1.2 The division of sports seasons shall be as follows: No school shall register more than one varsity team per sport and no student shall participate simultaneously in more than one sport per season.

Note: Week designations are for the standardized calendar. The standardized calendar usually begins with the first full week in July.

### Season Begins

| Sport | Date of 1st Practice | Date of 1st Contest | Close of Season |
|-------|---------------------|---------------------|-----------------|
| **FALL** | | | |
| Girls Golf | Monday, Week 6 | Thursday, Week 7 | State Championship |

Petitioner's Exhibit B
Page 35 of 76

| Girls Softball | Monday, Week 6 | Thursday, Week 7 | State Championship |
| Boys Tennis | Monday, Week 6 | Thursday, Week 8 | State Championship |
| Football | Monday, Week 6 | Thursday, Week 8 | State Finals |
| Boys/Girls Cross Country | Monday, Week 7 | Thursday, Week 9 | State Championship |
| Girls Volleyball | Monday, Week 7 | Thursday, Week 9 | State Championship |
| **WINTER** | | | |
| Boys/Girls Basketball | Monday, Week 20 | Thursday, Week 22 | State Championship |
| Wrestling | Monday, Week 20 | Thursday, Week 22 | State Championship |
| Boys/Girls Swimming | Monday, Week 20 | Thursday, Week 22 | State Championship |
| **SPRING** | | | |
| Boys Golf | Monday, Week 35 | Thursday, Week 37 | State Championship |
| Boys/Girls Track | Monday, Week 35 | Thursday, Week 37 | State Championship |
| Girls Tennis | Monday, Week 35 | Thursday, Week 37 | State Championship |
| Baseball | Monday, Week 35 | Thursday, Week 37 | State Championship |
| Boys/Girls Soccer | Monday, Week 35 | Thursday, Week 37 | State Championship |

## *APPROVED RULINGS AND INTERPRETATIONS For 3.1.1.2*

1. *If a student is participating in one sport during a sports season and decides to quit that sport and participate in another sport during the same season, the student shall be restricted from practice and competing for seven school days. No student who has practiced or competed in one sport will be allowed to switch to another sport if the district or state meet in the student's former sport is in progress or has been completed or a season has ended.*

2. *If a student participates in two sports simultaneously during a sports season, that student shall become ineligible to participate in the district and/or state contest during that sports season.*

*Refer to the Nebraska School Activities Association calendar or the Manual for the specific sport for the date of the beginning of the season, first date of permitted competition, and date of state contest for the current year.*

*Q: Can a student who initially went out for cross country or tennis change his mind and come out for football after the first day of permitted football practice?*

*A: Yes. The student shall be restricted from practice and competing for seven school days and will also be required follow heat acclimatization requirements.*

3.1.2 **December Moratorium.** For five consecutive days in December, there shall be no practice and no interschool competition by individuals or teams in any athletic activity sponsored by the Nebraska School Activities Association. The specific dates for each five-day period will be set by the Board of Directors three years in advance. (Refer to calendar for these dates.) [The moratorium is to include December 24 and 25 and the 5-days must be consecutive for all activities.]

## *APPROVED RULINGS AND INTERPRETATIONS For 3.1.2*

*The intent of the December Moratorium is to provide coaches, athletes, and other school personnel a five-day break from the activity season. This rule is to be interpreted as a five-day dead period without organized practices, structured conditioning sessions, or meetings of any type. It is the member school's responsibility to monitor and enforce this rule.*

*School-owned facilities shall be closed to all grades 9-12 workout activities during the moratorium (team*

Petitioner's Exhibit B
Page 36 of 76

*or athletic meetings, practice, competition, weight-training, conditioning, open gym, or other physical activities). The term "no practice and no interschool competition by individuals or teams" shall be interpreted to mean that a grades 9-12 student who is a participant in an NSAA activity shall not be permitted:*

*(1) To practice or compete in that activity in-season during the moratorium in a school-owned facility that is used by the school for such activity, whether or not a coach, sponsor, or other adult associated with the program is present.*

*(2) To participate in practice, team meeting, or activity for the sport in season, directly or indirectly organized by the coach; the school coach, sponsor, or other adult associated with the school activity program may not supervise, direct, plan, or encourage any workout, practice, or competition during the moratorium by students participating in activities; and*

*(3) To participate in a student-organized practice, team meeting, or activity for the sport in season. Students May: (1) Continue to work out/condition on their own in facilities not owned by the school, including workouts or activities with family members;*

*(2) Receive individualized instruction from an individual who is not the school coach, sponsor, or other adult associated with the school activity program; and*

*(3) Receive physical therapy or rehabilitation services at facilities not owned by the school.*

---

*Q: My school is participating in a tournament contest the day before the December Moratorium and plans to stay overnight before returning home the following day. Is this permissible during the December Moratorium?*

*A: No. Travel time is not allowed during the five-day period of the December Moratorium.*

---

## 3.2 Out-of-season programs

3.2 A member school shall not provide support, hold an organized practice or enter students in any non-high school competition in NSAA sponsored sports outside of the defined NSAA season.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2*

*Faculty vs. student, alumni vs. student, or parent vs. student contests are not permissible during the season of the sport involved. If such contests are held out-of-season, the organized practice rule must be followed.*

3.2.1 **"School-Year, Out-of-Season" Definition.** "School-year, out-of-season" is defined as that period of time during the school year in which no organized practice can be conducted. The "school-year, out-of-season" period begins on the first day of fall practice and runs until the first allowable date of practice in that sport, and the period after a team or individual has been eliminated from further competition during the championship series of district and state tournaments/meets through Memorial Day or the end of the school year, whichever is later. For non-varsity competition, "school year, out-of-season" begins the day following the last date of interscholastic competition or the last date of the varsity season, whichever is later.

3.2.2 **"School-Year, Out-of-Season" Participation.** Except during the season of the sport involved, a student may be a member of a non-high school team and compete unattached in non-high school competition. Students are prohibited from wearing high school uniforms during non-high school sponsored competition.

3.2.3 **Organized Practice.** No organized practice in any sport shall be held during the "school-year, out-of-season" period. An organized practice shall be defined as follows:

a. **Football and Soccer.** An organized practice in 11-man football and soccer shall mean more than seven students under direct supervision of a sponsor. An organized practice in 8-man football shall mean more than five students under the direct supervision of a sponsor. If more than one group is practicing at the same time, it shall be called an organized practice. The only pieces of general equipment shall be footballs, shoes, helmets, kicking tees, and hand held dummies and there shall be no contact with mechanical training devices or blocking sleds or with another player.

b. **Basketball, Baseball, Softball, Volleyball, Tennis and Wrestling.** An organized practice shall mean more than four students under the direct supervision of a sponsor. If more than one group is practicing at the same time, it shall be called an organized practice. In baseball and softball, beginning four weeks prior to the official start of softball and baseball practice, sponsors may work with up to eight (8) players using only balls, gloves and protective catcher's equipment. No other equipment; including bats may be used by players or

coaches.  An organized practice shall mean more than eight (8) students under the direct supervision of a sponsor.  If more than one group is practicing at the same time, it shall be called an organized practice. During the four weeks prior to the official start of practice, sponsors will have the option of working with four (4) student athletes or eight (8) student athletes using the prescribe allowable equipment.

c.  **Track & Field, Swimming & Diving, Golf and Cross Country.** An organized practice shall mean more than three students under direct supervision of a sponsor. If more than one such group is practicing at the same time, it shall be called an organized practice.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2.3*

*Any individual who served as a school's head coach, assistant coach, coach's aide, or volunteer coach shall not coach athletes from that member school in non-high school competition if the number of athletes from the school which the individual served exceeds the number permitted for an organized practice in the sport involved.*

3.2.4     **Conditioning Program.** A member school may organize and supervise a "school year, out-of-season" conditioning program to include weight lifting, running, and exercising for its members in accordance with the following provision:

a.  Such a conditioning program shall be general in nature and may include only exercises designed to promote physical fitness.

b.  Sport specific drills are not allowed, and sport specific equipment may not be used.

c.  The conditioning session shall be no longer than 60 minutes in length, and no student shall participate in more than one such session per day.

d.  Conditioning programs shall be voluntary. No coach or school representative may directly or by implication direct a student to attend conditioning sessions as a prerequisite for membership or restrict the level of team participation within the high school program.

## *APPROVED RULINGS AND INTERPRETATIONS For 3.2.4*

*Conditioning sessions organized and run by members of the school's coaching staff are subject the 60-minute limitation. Students, for example, who work out on their own at the school facility in weight lifting, general calisthenics, running, or agility-type exercises shall not be considered to be involved in an organized conditioning program.*

3.2.5     **Open Gym.** It is permissible for students to be involved in NSAA activities of a school's open gymnasium program during the "school year, out-of-season" period under the following conditions:

a.  The gym is open for all individuals and all activities.

b.  Schools may not designate sport specific times.

c.  Coaching or instruction is not provided.

d.  School employees who are present shall restrict their duties to supervision of the facility.

e.  Open gym shall be voluntary. No coach or school representative may directly or by implication direct a student to attend open gym as a condition for membership or restrict the level of team participation within the high school program.

### 3.2.6  **CAMPS AND CLINICS DEFINITIONS**

**Camp Definition**: Camps include planned physical participation that is of a competitive nature where actual Games are played or simulated by camp attendees. Participation shall mean physically taking part in the sport activity in which instruction is offered in the camp or school.

**Clinic Definition**: A clinic includes planned activities of instruction or demonstration directly related to the Teaching of individual skills. There shall be no competition between athletes who are in attendance.

3.2.6.1     **"School-Year, Out-of-Season".**     Athletes and coaches may attend professional or commercial sports camps/clinics sponsored by non-member high schools.   During the "school-year, out-of-season" period, the organized practice rule for the sport in which instruction is being given shall apply.   No more than the limit permitted for organized practice may attend and receive instruction. Attendance to "school-year, out-of-season" clinics shall be voluntary. No coach or school representative may directly or by implication direct a student to attend a clinic as a condition for membership on the high school team or restrict the level of team participation within the high school program.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2.6 and 3.2.6.1*

Petitioner's Exhibit B
Page 38 of 76

*The purpose of specialized sports camps/clinics is to give individual athletes an opportunity to improve his/her skills in a particular activity. The athlete and/or his/her parents shall pay the fees and expenses for attendance to such camps or schools. The school, booster clubs, individuals and/or other organizations shall not provide expenses, or support for individuals participating in clinics. Team fundraisers may be used to finance summer league and camp/clinic activities. The AD/coach can hold money collected from fundraising in a school account until the money is needed to pay for summer league or camp/clinic activities. Any athlete receiving money for summer league, camps/clinics must participate in the fundraising activity. The school may provide transportation for individuals participating in camps/clinics with prior approval from the district's Board of Education.*

Q: *Can a coach (head, assistant or volunteer) attend a school year out-of-season camp or clinic?*
A: *Only if the organized practice rule for that particular sport is followed. If the number of athletes from the team exceeds the organized practice limit, the coach cannot be in attendance. Organized Practice numbers are defined in Bylaw 3.2.3*

3.2.7 **Summer Activities.** From the Tuesday following Memorial Day to July 31, a member school may not sponsor a team or individual, provide uniforms, individual player equipment (except football, baseball, and softball protective equipment for commercial camps), or otherwise be responsible for a student in summer competition. Attendance at summer activities shall be voluntary. No coach or school representative may directly or by implication direct a student to attend summer activities as a condition for membership on a high school team or restrict the level of team participation within the high school program.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2.7*

*Applicable to Coaches During The Summer.*

*The school year out-of-season period begins on the date of the official start of fall practices. Summer activities are regulated between the Tuesday following Memorial Day and July 31. Between the end of the summer activities period and the start of the school year, out-of-season period (August 1 through the official start of fall practices), the following shall apply: (1) The organized practice rule shall be in effect; (2) Conditioning programs may be held; (3) Attendance at commercial camps and clinics is permissible, but the organized practice rules shall be in effect for such camps and clinics; and (4) No school-sponsored clinics or camps may be held.*

*NSAA Catastrophic Insurance does not cover coaches/students/schools during the summer activities period (Tuesday following Memorial Day through July 31).*

1. *Q: Can schools provide school vans for coaches to drive to a summer camp?*

   *A: Yes, NSAA Bylaw 3.2.8(d) allows school transportation for individuals participating in team sports camps/clinics with prior approval from the district's Board of Education. However, the NSAA Catastrophic insurance would not cover this transportation.*

2. *Q: Can a student voluntarily attend the school-sponsored, 60-minute conditioning program, and then return to that school that evening to lift weights?*

   *A: Yes, NSAA Approved Ruling 3.2.7.3 states that students may work-out on their own at the school facility and it shall not be considered to be involved in an organized practice.*

3. *Q: Could a coach conduct voluntary practices during the summer activity period?*

   *A: Yes, NSAA Bylaw 3.2.7.6 allows a coach to have unlimited contact with students during the summer activities period, provided no support is received from the school/district. The organized practice rule is not in effect during the summer activities period.*

4. *Q: Can schools allow student participating in summer activities to wear school-issued uniforms (practice, game, warm-up, or scrimmage vest)?*

   *A: No, NSAA Bylaw 3.2.7.9 does not allow for the use of school equipment which includes school uniforms.*

5. *Q: Can a high school coach conduct a commercial camp/clinic at their high school?*

   *A: Yes, NSAA Bylaw 3.2.7.8 (b) allows high school coaches to rent school facilities for use by individuals. Camps conducted by high school coaches shall be publicized as open to all area individuals wishing to attend and not limited to students from the coach's high school.*

6. *Q: As a reward, can a coach excuse a student from the first day of high school practice because of the student's participation in summer activities?*

   *A: No, NSAA Bylaw 3.2.7 states that attendance at summer activities shall be voluntary.*

7. *Q: What does school support mean?*

   *A: It can include but may not be limited to the school funding or sponsoring individuals/teams or allowing the use of school issued School support also includes booster club funds. Coaches compensation and renting outside facilities would also be school support. If the school/school district provides any financial support or provisions to assist/conduct the activity, then it will be considered school support.*

3.2.7.1 **Allowable Summer Activities.** During the summer a member school may organize the following:

3.2.7.2 **Summertime School-Sponsored Camps/Clinics:** A school may organize a camp or clinic in any sport from the Tuesday following Memorial Day through July 31. The camp shall be limited to no more than ten days over a period of 21 consecutive calendar days starting with the first date of the camp/clinic.

  a. Summertime school-sponsored camps/clinics include planned physical activities that are instructional and competitive in nature where actual games can be played or simulated by camp attendees.
  b. Summertime school-sponsored camps/clinics shall be voluntary and open to all interested students from grades 9-12.
  c. The use of school facilities and equipment is permitted in accordance with local school board policy.
  d. If a summertime school-sponsored camp/clinic is held in football, contact shall be allowed with the use of hand held dummies only. The no-contact rule shall prohibit contact with mechanical or training devices, as well as with other players. The use of blocking sleds and other mechanical devices is prohibited. The no-contact rule does not preclude incidental or inadvertent contact, or the touching of a ball carrier with the hand(s). The only pieces of general football equipment shall be footballs, shoes, helmets, kicking tees and hand held blocking dummies.

3.2.7.3 **Summertime Conditioning Program.** A member school may organize and supervise a summer conditioning program to include weight lifting, running, and exercising for its members in accordance with the following provision:

  a. Such a conditioning program shall be general in nature and may include only exercises designed to promote physical fitness.
  b. Sport specific drills are not allowed, and sport specific equipment may not be used.
  c. Conditioning sessions shall be no longer than 60 minutes in length, and no member shall participate in more

Petitioner's Exhibit B
Page 40 of 76

than one such session per day.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2.7.3*

*Conditioning sessions organized and run by members of the school's coaching staff are subject the 60-minute limitation. Students, for example, who work out on their own at the school facility in weight lifting, general calisthenics, running, or agility-type exercises shall not be considered to be involved in an organized conditioning program.*

3.2.7.4 **Summertime Open Gym.** It is permissible for students to be involved in NSAA activities of a school's open gymnasium program during the summer under the following conditions:
   a. The gym is open for all individuals and all activities.
   b. Schools may not designate sport specific times.
   c. Coaching or instruction is not provided.
   d. School employees who are present restrict their duties to supervision of the facility.
   e. Permitting the participation by non-high school students (graduates, adults or individuals not a member of the school) shall be determined by local school board policy.

3.2.7.5 **Summertime School Recreation Programs.** Schools may sponsor summer recreation programs provided all individuals who wish to participate are permitted to attend and the competition is intra-school. Individual player equipment, except football helmets and pads, may be provided.

3.2.7.6 **Summertime Regulations for Athletes and Coaches.** From the Tuesday following Memorial Day or final day of school (whichever is later) until July 31, there shall be no restrictions on the contact between students and high school coaches, providing no support is received from the school district.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.2.7.6*

*The organized practice rule shall be in effect during the school year until Memorial Day, except in the case of organized teams (e.g., Legion baseball, ASA softball, etc.). If a high school coach or other adult associated with the school program is also the coach of an organized non-school team, practice and competition involving the coach and athletes of that non-school team may begin at the conclusion of the state tournament of that activity or during Week 46 of the standardized calendar, whichever date is later.*

3.2.7.7 **Summer Leagues.** High school coaches are permitted to coach students from their school in summer league competition and games, provided there is no direct support from the school.
   a. There must be evidence that the organization or individual conducting the league has rented or leased the school facility to prove the school is not involved with sponsorship or funding.
   b. All league fees and costs are to be paid by the athlete and/or his/her parents. The school, booster clubs, individuals and/or other organizations shall not provide expenses or support for individuals participating in such leagues.
   c. Team fundraisers may be used to finance summer league and camp activities. The AD/coach can hold money collected from fundraising in a school account until the money is needed to pay for summer league or camp activities. Any athlete receiving money for summer league/camps must participate in the fundraising activity.
   d. The use of school names and uniforms (practice, game, warm-up or scrimmage vests) shall be considered school support and are prohibited.

3.2.7.8 **Summertime Use of School Facilities.** Member schools may permit the use of their facilities in accordance with the school board rental policy. Examples of acceptable use of school facilities for activities are:
   a. **Summer Leagues.** There must be evidence that the organization or individual conducting the league has rented or leased the facility to prove the school is not involved in its sponsorship or funding.
   b. **Commercial Sport Camps/Clinics.** A school may rent its facility for use by individuals, including its own school coaches or other organizations for commercial camps/clinics or schools. Camps conducted by high school coaches shall be publicized as open to all area individuals wishing to attend and not limited to students from the coach's high school.
   c. All-Star competition that involves graduated seniors.
   d. Competitive meets and contests sponsored by non-school groups.
   e. Facilities approved under the above stipulations include: gymnasiums, tracks, swimming pools, tennis courts, athletic playing fields, and baseball and softball diamonds.

3.2.7.9 **Summertime Use of School Equipment.** Member schools may permit the use of school equipment, other

than individual player equipment and uniforms, as long as the school is in no way responsible or involved. Acceptable equipment shall be: shot puts; discus; vaulting poles; landing pits; hurdles; balls; tennis racquets; golf clubs; nets; vaulting, high jump, and volleyball standards; swimming kick boards; weight machines; football helmets and pads for students attending commercial camps; and batting helmets and catcher's equipment for students attending commercial camps.

3.2.8 **Summertime College/Professional/Commercial Team Sport Camps/Clinics.** High school coaches are permitted to accompany students from their school to college, professional, or commercial sports specialized team camps/clinics during the summer.

    a. The purpose of a specialized sports camp/clinic/school is to give team members an opportunity to improve their skills in a particular activity.

    b. The athlete and/or his/her parents shall pay the fees and expenses for attendance to such camps or schools. The school, booster clubs, individuals and/or other organizations shall not provide expenses or support for individuals participating in camps, schools, and non-school competition.

    c. Team fundraisers may be used to finance team commercial camp/clinic activities. The AD/coach can hold money collected from fundraising in a school account until the money is needed to pay for camp activities. Any athlete receiving money for summer team camps/clinics must participate in the fundraising activity.

    d. The school shall not provide uniforms (practice, game, warm-up or scrimmage vests) but may provide transportation for individuals participating in such camps/clinics, or schools with prior approval from the district's Board of Education.

3.2.9 **Summertime Individual Commercial Camps/Clinics.** During the summer, students may attend any individual skill/technique camps or clinics.

    a. The purpose of an individual camp/clinic/school is to give a student an opportunity to improve his/her skills in a particular activity.

    b. The athlete and/or his/her parents shall pay the fees and expenses for attendance to such camps or schools. The school, booster clubs, individuals and/or other organizations shall not provide expenses or support for individuals participating in camps.

    c. Team fundraisers may be used to finance individual commercial camp/clinic activities. The AD/coach can hold money collected from fundraising in a school account until the money is needed to pay for summer individual camp/clinic activities. Any athlete receiving money for camps/clinics must participate in the fundraising activity.

    d. The school shall not provide uniforms (practice, game, warm-up or scrimmage vests).

## 3.3 GENERAL REGULATIONS GOVERNING COMPETITION

3.3.1 **Scheduled Contests.** In determining whether or not a contest is a regularly scheduled contest where participation in same shall count as competition between member high schools, one or all of the following shall be shown as evidence:

    a. Contracts signed by representatives from all schools involved.

    b. Advertising of contest.

    c. Admission charge.

    d. Officials contracted.

    e. Score is kept.

3.3.1.1 In sports where the Nebraska School Activities Association, or a committee representing the Association, or individuals appointed by the Association schedules games, the school involved shall honor the scheduled games and write contracts for such games.

3.3.1.2 If a school fails to honor the assigned games, that school shall be excluded from participation in the state qualifying contest and/or the state contest for that particular sport.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.3.1.2*

*(1) At the discretion of the Board of Directors, more stringent penalties may be assessed if a school fails to honor the assigned contests. The Board of Directors may impose, but not be limited to, one or more of the penalties outlined in Bylaws 2.11.1 through 2.11.1.10. (2) When a school's varsity team is unable to complete*

Petitioner's Exhibit B
Page 42 of 76

*the season, those remaining teams on that school's regular season schedule shall receive forfeit wins for those scheduled contests and shall be awarded wild card points for those forfeit wins. Wild card points will be determined by the forfeiting team's record at the time of seeding for postseason competition.*

*Q: If a school is unable to field a team because of injury or illness for the remainder of the regular season, can the remaining opponent's remove the game from their wildcard schedule?*

*A:   No.   Scheduled contests will not be removed from a team's schedule after the start of the season. Remaining opponents on that school's regular season schedule shall receive forfeit wins for scheduled contests (including tournament contests) and shall be awarded wild card points for those forfeit wins.   Wild card points will be determined by the forfeiting team's record at the time of seeding for postseason competition.*

3.3.2    **Scrimmage.**  The characteristics of a scrimmage are as follows:
   a.  No charge for admission.
   b.  No spectators other than those who regularly attend practice.
   c.  No paid officials.
   d.  No advertising.
   e.  No publicity regarding the scrimmage.
   f.  No scoreboard, no official score.
   g.  No time shall be kept.
   h.  Coaches are permitted to stop the scrimmage to instruct players and may terminate the scrimmage at any time.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.3.2*

*Intra-squad scrimmages are permissible during the season of the sport involved and are not restricted by the scrimmage characteristics listed in Bylaw 3.3.2.*

3.3.3    **Contracts**. Contracts should be written for all interscholastic contests and should stipulate the following:
   a.  Date, site, and starting time of contest.
   b.  Financial arrangements, if any.
   c.  Level of competition, varsity, junior varsity, etc.
   d.  Any other agreements pertaining to contest.

3.3.3.1    Contracts shall not be cancelled except by mutual consent.

3.3.4    **Playing Rules.** Any athletic contest supervised by the Nebraska School Activities Association shall be governed by rules published by the National Federation or rules approved by the Board of Directors. Playing time may be changed only by the use of the procedures established by these rules.

3.3.5    **Disputes.** In case of a dispute between schools which cannot be settled by a conference between the administrative officials of the school, the proper method of procedure is to set forth clearly all facts to the Board of Directors by communicating these facts to the Executive Director.

3.3.6    **District Assignments.** There shall be a written explanation by class of the method used to make district assignments in each sport. The explanation will be printed in each sport's manual.

3.3.7    **State Contests.** The Board of Directors shall have charge of all state interscholastic contests in activities sponsored by the Association. The Executive Director shall be the director of all such contests. He/she may delegate the details to someone else and have such other help as he/she deems necessary.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.3.7*

*Eligibility for District/State Competition*

*1.  In all athletic activities, teams wishing to enter a subdistrict, district, or state contest shall have participated in a minimum of five interschool varsity contests prior to the subdistrict, district, or state contest.*
   *a.  Exceptions to the requirements for a team that has not participated in at least five interschool varsity contests would be considered if the team was unable to participate if weather conditions forced a cancellation of scheduled contests. Other extenuating circumstances would be considered by the Executive Director on a case-by-case basis.*

*2.  In order to participate in a district or state tournament, a student is required to have been a member of the school's team for at least twenty school days prior to the first day of the subdistrict, district, or state tournament.*
   *a.  Exceptions to the requirements for a student who is not a member of the school team for twenty school*

Petitioner's Exhibit B
Page 43 of 76

*days would be considered if an individual was unable to participate because of illness, injury, or transfer from another high school. School, team, or game suspensions, regardless of the underlying cause, shall not be considered as exceptions to this participation rule.*

3. *In all athletic activities, students wishing to enter a subdistrict, district, or state contest shall have been available to participate in at least 30% of the school's varsity interschool contests prior to the subdistrict, district, or state contest.*

   a. *Exceptions to the requirements for a student who has not been available to participate in at least 30% of the school's varsity interschool contests would be considered if an individual was unable to participate because of illness, injury, transfer from another high school, or if weather conditions forced a cancellation of scheduled contests. School, team, or game suspensions, regardless of the underlying cause, shall not be considered as exceptions to this participation rule.*

   b. *When determining whether a student has been available for 30% of the school's varsity interschool contest: would divide the number of varsity interschool contests for which the student was available by the school's total number of varsity interschool contests; all decimals .1 or above would be rounded up to the next higher whole number.*

   c. *The term "available to participate" means that the student was a bona fide member of the team, eligible to participate for the school at some level of competition in the sport, not suspended from participation in activities for violation of school, team, or NSAA rules, and not involved in outside participation activities (exception: Olympic Development Program or national team activities as approved by NSAA.)*

4. *For situations pertaining to eligibility to participate in district or state contests that are not specifically addressed by these guidelines, the Executive Director shall have the authority to waive membership and participation requirements on a case-by-case basis.*

5. *If a school takes its team off the playing field prior to the completion of a contest or prior to the suspension or termination of a game by the game officials, and the contest is forfeited because of the refusal of the school's team to continue play, the school shall be subject to a penalty set by the Board of Directors. The penalty may be the exclusion from participation in subdistrict, district, playoffs, or state contests.*

6. *Broadcasting, recording, photographing, videotaping or televising of NSAA sponsored events (district, state, playoff, etc.) shall not be permitted for commercial purposes or for other than personal use except with the expressed permission of the Nebraska School Activities Association.*

7. *If an individual or team qualifies for state competition through competing in a district meet, that individual or team is expected to compete in the state contest in which he/she or the team qualifies. Unless excused by the Executive Director for just cause, failure to compete in a state contest shall result in the school being penalized*

8. *During subdistrict, district, or state competition in activities sponsored by the Nebraska School Activities Association, the use of smokeless tobacco by any participant is prohibited. If a participant or substitute is detected using smokeless tobacco during competition, that individual shall be disqualified from participation in further competition in that contest.*

9. **Cheerleading.** *Due to potential liability in case of injury, mounts and pyramids by cheerleaders and drill teams during the subdistrict, district, and state tournaments are prohibited. A mount is defined as any stunt where one individual is supported above the level of the floor by another individual or individuals. The height of the mount or pyramid, or the number of people involved, has no bearing on the type of stunt performed.*

3.3.7.1   The Board of Directors shall be empowered, whenever the receipts justify, to pay the transportation and such other expenses of the team as it deems necessary, wholly or in part, to and from the place where the contest is held. The team or teams of the city in which the meet is held shall not receive any share of its expenses.   All expense money shall be paid only to the superintendent, principal or the authorized faculty representative.

3.3.7.2   The Executive Director is granted the authority to require schools to alter travel plans to arrive the day prior to the scheduled state contest if weather conditions so warrant.   If a school chooses not to travel to the contest site the day prior to the scheduled contest, the school shall understand that the games will go on as scheduled and if they are unable to arrive prior to the scheduled game time, a forfeit will be issued.

### 3.3.8   **Out-of-State Contests**

3.3.8.1   a.   Students participating in interscholastic contests, whether held in or out of the state, must qualify for

Petitioner's Exhibit B
Page 44 of 76

participation under the rules and regulations of his/her respective state association.

b. Members of the NSAA may compete with schools outside the state, provided the out-of-state school is a member in good standing in its own state association.

c. Refer to Section 1.8.5 for procedure to follow when competing in interstate competition.

3.3.9 **Sunday Contest.** No high school that is a member of the NSAA shall be permitted to engage in any interschool contest on Sunday. When weather conditions and facilities cause a change in a state tournament schedule, Sundays may be used for competition after 12:00 noon local time as determined by the Executive Director.

*Q: My school has a conference tournament starting on Monday. Can we schedule an organized practice(s) on Sunday?*
*A: Scheduling practices on Sundays is a local school district decision. NSAA Bylaw 3.3.3 covers Sunday contests.*

3.3.10 **Supervision.** The superintendent, principal, or an authorized representative of the faculty shall accompany and supervise the team or individuals to all contests.

3.3.10.1 Neither a team nor individual shall be permitted to compete in a subdistrict or district tournament, playoff contest or state contest unless the team or individual(s) is accompanied by the head coach, school administrator, or certificated faculty member.

3.3.11 **Conduct and Sportsmanship.** Member schools shall maintain proper crowd control and enforce the principles of good sportsmanship and ethics during all interscholastic contests. Failure to fulfill this obligation shall subject the school to penalties as provided in Article 2, Section 2.11, NSAA Bylaws Governing All Activities.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.3.11*

*In the realm of good sportsmanship, it is the expectation that all student spectators wear shirts for all subdistrict, district, and state events. Each individual school shall be responsible for assuring that student spectators are appropriately attired.*

3.3.11.1 **Conduct of Coaches and Athletes.** Coaches and athletes shall conduct themselves in accordance with the playing rules of the sport contest and refrain from unsportsmanlike conduct during interscholastic competition. Failure to fulfill this obligation will subject the individual(s) to the penalties as provided in Article 2, Section 2.11, NSAA Bylaws Governing All Activities.

3.3.11.2 **Definition of Unsportsmanlike Conduct.** Unsportsmanlike conduct shall include the following: fighting, verbal abuse or dissent directed toward an official or opponent, racial or ethnic slurs, inappropriate comments or actions that may be construed as sexual harassment, profanity, obscene gestures, flagrant and violent fouls, taunting, trash talk, baiting, cheating, throwing or abusing equipment, inappropriate posters, physical intimidation or abuse of an official or opponent, and unauthorized leaving of a team bench area.

3.3.12 **Non-Varsity Competition.** If there is only one team representing a school in any sport, the school must declare if the team will play a varsity or non-varsity schedule. A school playing a non-varsity schedule shall not be eligible for any subdistrict, district, playoff, or state tournament.

3.3.12.1 In all interschool non-varsity contests, the twenty-hours-preceding-semester rule, the eleven-day enrollment requirement for the current semester, and the resident and transfer rule shall be waived. All other rules governing eligibility to participate in varsity interscholastic athletics shall apply to non-varsity interscholastic athletic competition.

3.3.13 **Seventh and Eighth Grade Competition.** A senior high school team shall not compete against any team which is composed of seventh and/or eighth grade students or allow seventh and/or eighth grade students to participate on a senior high school team (Exception: If a student in grade seven or eight reaches age 15 prior to August 1, that student may participate on a senior high school team.)

3.3.13.1 If a student in grade seven or eight reaches age 15 prior to August 1, the student shall not be eligible for interschool competition in grades seven or eight. The student may participate on a high school team.

3.3.14 **Prohibited Activities.** The following activities are prohibited.

a. Interscholastic boxing.

b. The javelin throw.

## 3.4 PHYSICAL EXAMINATION

3.4.1 Each student who expects to participate in athletic contests shall present to the superintendent or principal once each year, before actual participation in any interschool sport, a physician's certificate on a form

recommended by the NSAA that he/she is physically fit for athletic participation.

3.4.1.1 The individual giving a physical examination for the purpose of certifying a student is physically fit to participate in athletic activities should be licensed to diagnose, treat, or recommend treatment in the areas covered by the recommended physical examination form. The individual giving a medical opinion must do so within the scope of his/her training and within the limits defined by state statutes as to services which can be legally performed by the field of practice to which the individual belongs.

3.4.1.2 The requirement that a student must have a physical examination once each year has been interpreted to mean the examination must be given within the United States during the school year in which the student participates or during the summer vacation period which precedes the school year in which the individual participates. A physical taken in the summer vacation period or anytime during the school year is good only to the end of the school year. Any physical taken May 1 or after will be considered a part of summer vacation.

3.4.1.3 The completed physical examination forms must be kept on file at the local high school.

## 3.5 PARTICIPATION ON NON-HIGH SCHOOL TEAMS AND IN NON-HIGH SCHOOL COMPETITION

3.5.1 Any student who participates in any athletic contest other than as a representative of his/her high school during the season of the sport involved becomes ineligible to represent his/her school in that sport for one or more contests or the remainder of the season.

3.5.1.1 **Swimming and Diving Outside Participation.** During the school sport season of swimming and diving, a student may, after fulfilling all requirements, practices and competitions of the school swimming and diving team, practice and/or compete as a member of a non-school team or as an individual participant in an organized non-school swimming and diving practice or competition under the conditions listed below:

    a. Priority shall be given to all school team practices and competition. Should a non-school practice/competition be in direct conflict with the school scheduled practice/competition, the school practice/competition shall take priority. Prior approval by the school administrator may grant an exception to a student to participate in the non-school swimming and diving program if in direct conflict with the school program.

    b. No school time shall be missed to compete, practice or travel to the site of such non-school swimming and diving competition unless the absence is approved in advance by the school administrator.

    c. A school shall not replace its swimming or diving program with any non-school swimming or diving program.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.5.1*

*Refer to Article 3.1 for information on the beginning of each sport season.*

*Eligibility for District/State Competition.   To be eligible to participate in a district and/or state contest, a student shall have been a member of the school's team and shall have been available to participate in at least eighty percent (80%) of the school's scheduled interschool contests and not have missed more than twenty percent (20%) of the school's scheduled contests because of participating in non-high school competition*

*a.   The term "available to participate" means that the student was a bona fide member of the team, eligible to participate for the school at some level of competition in the sport, and not involved in outside participation activities (exception: Olympic Development Program or national team activities as approved by the NSAA.)*

*b.   The term, "school's scheduled interschool contests," is defined as those contests which appear on the school's varsity schedule at the beginning of the season.   An exception to this requirement will be considered if a student was unable to participate because of injury, illness, or had transferred from another high school.*

*During the season of a particular sport, athletes participating in that sport for a high school may attend, but may not physically take part, either as an individual or as a member of a team, in the sport activity in which instruction is being offered in the clinic, camp, or school.*

*At no time during the high school sport season can a student who is a member of the school squad in that sport compete in non-school organized competition in any skill of the sport. A person maybe considered to be a participant without being an official entry in the competition.*

*The phrase "compete in non-school organized competition in any skill of the sport" is interpreted to mean to take*

*part in any skill of the sport of season. For example, a student out for cross country or track would become ineligible to represent the high school if he/she participates in a road race or a marathon. A student on the high school basketball team would become ineligible if he/she participates in a free throw contest, 1 on 1, 2 on 2, 3 on 3, 4 on 4 basketball contest, or other similar contest. A student out for high school football will become ineligible if he competes in a punt, pass and kick contest. A wrestler shall not participate in a non-school takedown tournament during the wrestling season.*

*An exception to this rule may be granted by the Executive Director for special circumstances. Schools must contact the Executive Director in advance of the event to determine whether an activity would qualify under this exception.*

*If prizes or awards are provided for such participation, such awards need to be in compliance with NSAA guidelines. Awards to individuals for activity participation in the form of cash, merchandise certificates, or any negotiable instrument are not allowed.*

*A student may participate as an individual, without loss of interscholastic eligibility under the following conditions:*

*(a) As a member of a national team (and the actual direct tryouts) which is defined as one selected by the National Governing Body of the sport on a national qualification basis, either through a defined selective process or actual tryout for the purpose of international competition which requires entries to officially represent their respective nations.*

*(b) In an Olympic Developmental Program, which is defined as a training program or competition.*
   *(1) Conducted or sponsored by the United States Olympic Committee (USOC), or*
   *(2) Directly funded and conducted by the USOC member national governing body on a national level (e.g. NGB national championship and direct qualification therefore); or*
   *(3) Specifically authorized by a national governing body involving only athletes previously identified by some qualifying procedure by the national governing body as having potential for future participation in regional, national, or international competition in the sport involved.*
   *(4) Coaches from schools involved with an Olympic Development Program must adhere to the organized practice rule.*

*(c) While representing the National Federation as a member of its United States national entry in an International School Sport Federation event.*

*(d) In an athletic contest sponsored by a non-high school organization, provided the individual has qualified prior to the sports season through actual competition in a meet or series of meets which were designated in advance by the sponsoring organization as qualifying meets. Times, distances, placement, or performance in high school competition shall not be considered as qualifying criteria.*

*(e) Provided in a, b, c, and d, such participation has been approved by the high school principal and the Nebraska School Activities Association.*

*The high school principal and the coach of the sport involved must approve the request for a waiver of Section 3.5. The school then may request a waiver from the Nebraska School Activities Association. If the student(s) has not qualified for the competition through actual competition in a meet or series of meets which were designated in advance by the sponsoring organization as qualifying meets, or the competition is not a part of the United States Olympic Development Program, a waiver may be granted provided the student(s) does not represent his/her school in varsity competition of the sport involved for the same number of days in which he/she participated in the non-school competition.*

*Requests for the certification of distances or times attained in state meet competition shall be submitted by the individual along with information on how these marks are to be used. In order to be considered, the use of such marks must meet established minimum qualifying standards and competition must be open to any athlete meeting such standards. Certification of times or distances will not be given if qualification is based upon placement in a contest sponsored by the membership of the Nebraska School Activities Association.*

---

*Q: My daughter wants to run in a fun run in support of the Susan G. Komen Race for the Cure while she is out for Cross County, can she do this?*

*A: Not without the approval of the Executive Director.*

3.5.2   **Individual Instruction.** During a season of a sport, a student is permitted to take individual instruction from a person other than the high school coach at times other than scheduled high school practice sessions, but such instructions shall not interfere with, nor be substituted for the high school coaching, practice sessions, or contest.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.5.2*

*During a season of a sport, a student is permitted to take individual instruction from a person other than the high school coach. Group instruction, practices with outside teams, and tryouts for outside teams other than as part of a college or university recruiting visit, however, are not permitted.*

## 3.6 ALL-STAR COMPETITION

3.6.1   No member school shall permit its students to compete in any all-star contest nor be a member of any all-star team. No athletic team from any member school shall compete against any all-star team. A student violating this rule shall be declared ineligible for all interscholastic competition for a period of one year from the date of last offense.

3.6.2   A member school, a conference of member schools, or a league of member schools shall not conduct or promote all-star contests during the school year. A member school may petition the Executive Director for a waiver of the all-star rule for individuals provided the school season for the sport has been completed and the student has completed his/her eligibility in that sport.

3.6.3   A member school, a conference of member schools, or a league of member schools may sponsor all-star competition which involves graduated seniors.   Member schools may permit the use of their facilities, equipment, and provide uniforms for such competition.

3.6.4   The term "all-star" is defined as a player or players chosen on the basis of their individual accomplishments or reputation gained while competing in interschool competition. YMCA, YWCA, AAU, USVBA, etc., teams which are organized between sports seasons by individuals or clubs, or individuals selected through a designated try-out session shall not be considered as all-star competition.

## 3.7 AMATEUR RULE

3.7.1   A student shall be an amateur in all sports sponsored by the Nebraska School Activities Association. A student may be declared ineligible if he/she:

    a.   Accepts merchandise, compensation, or illegal awards for competing in Association-sponsored activities.

    b.   Enters into an agreement or contract to compete in professional sports.

    c.   Permits, with or without actual endorsement, the use of name, picture, and/or personal appearance as an athlete in the promotion of a commercial or profit-making event, item, plan, or service (this does not prevent a student's picture or name from being included in programs).

    d.   Received remuneration for coaching any NSAA approved sport during the season of the sport in his/her school.

3.7.2   When a student participates in other than NSAA competition at any time during the calendar year, the student is governed by the rules of the amateur governing body of that sport.

3.7.2.1   If the student violates the amateur standing rule of the amateur governing body for that NSAA approved sport, the student is ineligible for NSAA competition.

3.7.3   Should a student lose his/her amateur standing, he/she may be reinstated by the Board of Directors after the lapse of one complete year, provided he/she has not persisted in breaking the amateur rule.

## 3.8 COLLEGIATE PARTICIPATION

3.8.1   A student who has been a member of a college team or participated in intercollegiate competition shall be ineligible for interscholastic competition.

## *APPROVED RULINGS AND INTERPRETATIONs FOR 3.8.1*

*As part of a college or university recruiting visit, a student may participate in a try-out if such try-outs are permitted by the body which governs the college's or university's athletic program.*

## 3.9 ASSUMED NAME

3.9.1   No person shall enter or participate in interscholastic competition under an assumed name.

3.9.1.1   The penalty for a student participating under an assumed name shall be ineligibility to represent his/her school in interscholastic competition for a period of time, not to exceed one calendar year, as set by the Board of Directors.

## 3.10 ANNUAL PARTICIPATION REPORT

Petitioner's Exhibit B
Page 48 of 76

3.10.1 It shall be the duty of the superintendent or principal of every school belonging to the Nebraska School Activities Association to submit the seasonal online eligibility reports complete for each student who participates in an NSAA activity, regardless of the level of competition. From these online eligibility lists, the NSAA Executive Director or the Board of Directors shall by June 1 of each year, compile an annual participation report complete with the name, date of birth and number of semesters of attendance, beginning with the ninth grade, of each individual who has engaged in interscholastic athletics.

3.10.1.1 The oldest age given on the annual report shall be accepted as the student's age, unless a birth certificate certified by the Bureau of Vital Statistics, State Capitol, Lincoln, or the Bureau of Vital Statistics of any other state can be produced to the contrary.

# 3.11 SPORTS SPONSORED BY THE ASSOCIATION

## 3.11.1 **BOYS AND GIRLS BASKETBALL**

3.11.1.1 Basketball shall be conducted during the winter sports season. The season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state tournament.

3.11.1.2 Member schools may participate in any approved basketball tournament during the regular basketball season set by the NSAA.

3.11.1.3 No team representing a member school may participate in more than eighteen basketball games and two tournaments in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the State Basketball Tournament.

Note: If a team participates in an additional tournament other than the two allowed tournaments, each game played shall count towards the eighteen game limit. Schools may also play nineteen games plus one tournament or twenty games and no tournaments.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.11.1.3*

*All games in a four-team basketball tournament must be played within a seven-consecutive-day period of time with no other games played within the interim, except weather postponements. The only exception to the seven-consecutive-day period shall be when weather forces postponement of one or more contests in that four-team tournament.*

3.11.1.4 No varsity team representing a member school may participate in more than one basketball game per day in either tournament or regularly scheduled play. A non-varsity team may play two games per day provided:
   1) the length of quarters is six minutes or less;
   2) there is at least one hour rest between games.

3.11.1.4.1 If the weather conditions require a change in state basketball tournament format, the schedule may be changed to permit a school to play multiple state tournament games per day.

3.11.1.5 No student shall participate in more than two basketball games per day.
   1) If a student participates in varsity and non-varsity basketball games, the student shall be limited to six quarters of participation per day.
   2) If a student participates in two non-varsity basketball games, the student shall be limited to eight quarters of participation provided the length of a quarter in any game does not exceed six minutes and there is at least one hour of rest between games.
   3) Any participation during a quarter shall count as a quarter of participation under this rule. Participation in any overtime period or periods is considered as participation during the fourth quarter of the game.
   4) Penalty for exceeding the limitations in the above rule shall be a technical foul and the player shall be removed from the game.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.11.1.5*

*If a student participates in two non-varsity games on the same day, and if the length of the quarters of at least one of those non-varsity games exceeds six minutes, the students shall be limited to six quarters of participation per day.*

3.11.1.6 No contest shall be held with any team not belonging to the NSAA or to its own State High School Association. No game or scrimmage may be held with any team prior to the first date permitted for winter sports contests.

### *APPROVED RULINGS AND INTERPRETATIONS FOR 3.11.1.6*

*Prior to the first contest date for the winter sports season, only intra-squad games or intra-squad scrimmages are permitted. However, each school is permitted to participate in one scheduled "Jamboree game" to be held the beginning of Week 21 to Tuesday of Week 22 of the NSAA calendar. Proceeds from the Jamboree game are designated toward the Nebraska High School Sports Hall of Fame, with the guidelines and financial report to be determined by the NSAA Executive Staff, as directed by the Board of Directors.*

3.11.1.6.1 Each interschool scrimmage played on or after the first date permitted for winter sports contests after the opening game of the season shall count as a game played (one of the eighteen games allowed).

3.11.1.6.2 The penalty for participation in an illegal scrimmage or game may be suspension from the NSAA for one season in that sport.

3.11.1.7 During the basketball season, a school shall not permit a student who is not a member of the high school team, an adult, a college student, or alumni to participate in any practice session, drill, scrimmage, game, or contest in which a school team or an individual who is a member of a school team is involved.

### 3.11.2 **BASEBALL**

3.11.2.1 Baseball shall be conducted during the spring sports season. The season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state championship.

3.11.2.2 No team representing a member school may participate in more than twenty-four dates in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the State Baseball Tournament. Participation in any baseball tournament shall count as one date of the twenty-four dates permitted in which the team participates. A team may not participate in more than four tournaments, which includes the conference tournament.

### 3.11.3 **CROSS COUNTRY**

3.11.3.1 Cross Country shall be conducted during the fall sports season. The season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state championship.

3.11.3.2 Participation in interschool cross country competition by any student shall be limited to two meets per calendar week (Monday through Saturday).

3.11.3.3 All districts in which three or more full teams are entered will qualify three teams to state competition. If fewer than three full teams are entered, the full teams entered will automatically qualify.

### 3.11.4 **FOOTBALL**

3.11.4.1 Football shall be conducted during the fall sports season. The season for football shall begin with the first day of practice as permitted by NSAA rules and shall end with the state playoff finals.

3.11.4.2 No team representing a member school may participate in more than eight (Classes D1 & D2) or nine (Classes A, B, C1 & C2) regularly scheduled football games in addition to the State-sponsored series of playoff games from the date of the first permitted contests to the last contest date.

3.11.4.3 An individual player may take part in no more than eight quarters of football per calendar week, except during the state playoff competition. (This limitation does not apply to a contest which has been postponed.)

3.11.4.4 No football "bowl" games shall be played.

3.11.4.5 No member school shall establish or attend an early season football camp.

3.11.4.6 At the beginning of football practice each year, every member school shall be required to have two days of no-contact rules. A school shall not permit an individual athlete to participate in a drill involving contact unless the athlete has had at least two days of practice with no-contact rules. The no-contact rule shall include contact with a mechanical or training device, blocking sleds, as well as with another player without hand held dummies.

3.11.4.6.1 The only pieces of player equipment to be worn by the individuals during the period of no-contact drills are shoes and helmets.

3.11.4.6.2 The only pieces of general football equipment to be used during the first two days of football practice are footballs, kicking tees, and blocking dummies.

3.11.4.7 No game or scrimmage may be held in football with any team not belonging to the NSAA or to its own State High School Association.

3.11.4.7.1 No game or scrimmage in football may be held with any team other than an intra-squad scrimmage or game before the opening game of the season.

3.11.4.7.2 An alumni scrimmage is illegal in football.

3.11.4.7.3 The penalty for participating in an illegal scrimmage or game may be suspension from the NSAA for one season in that sport.

3.11.4.8  A state football playoff shall be held with regulations established by the Board of Directors.

3.11.5    **GOLF**

3.11.5.1  Girls golf shall be conducted during the fall sports season.

3.11.5.2  Boys golf shall be conducted during the spring sports season.

3.11.5.3  The season for golf shall begin with the first day of practice as permitted by the NSAA rules and shall end with the state championship.

3.11.5.4  Participation in interschool golf competition by any school student shall be limited to 12 meets. No more than 9 of the 12 meets allowed can involve more than four teams. This would not include district or state competition.

3.11.6    **SOCCER**

3.11.6.1  Boys and girls soccer shall be conducted during the spring sports season.

3.11.6.2  The soccer season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state tournament.

## *APPROVED RULINGS AND INTERPRETATIONS FOR 3.11.6.2*

*No team representing a member school may participate in more than thirteen soccer games, excluding the district and state championships, during the season.  Note:  If a school is involved in a conference tournament, the conference tournament is to be counted as one of the thirteen game limit.  Participation in any soccer tournament shall count as one of the thirteen permitted games.*

3.11.7    **SOFTBALL**

3.11.7.1  Girls softball shall be conducted during the fall sports season.

3.11.7.2  The softball season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state tournament.

3.11.7.3  In Class A no member team representing a member school may participate in more than eighteen dates in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the State Softball Tournament.  In Classes B and C, no team representing a member school may participate in more than seventeen dates in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the State Softball Tournament.  Participation in any softball tournament shall count as one date of the seventeen dates permitted in which the team participates. A team may not participate in more than five tournaments, which includes the conference tournament.

## *APPROVED RULINGS AND INTERPRETATIONS For 3.11.7.3*

*A tournament is defined as a contest involving four or more teams in which the winner continues to advance and compete until a single winner is determined. The NSAA shall permit a triangular softball engagement and shall count it as only one date.   This can include three or four schools playing two contests or two of the other schools in one session.*

3.11.8    **SWIMMING**

3.11.8.1  Boys and girls swimming shall be conducted during the winter sports season.

3.11.8.2  The swimming season shall begin the first day of practice as permitted by NSAA rules and shall end with the state championship.

3.11.9    **TENNIS**

3.11.9.1  Boys tennis shall be conducted during the fall sports season.

3.11.9.2  Girls tennis shall be conducted during the spring sports season.

3.11.9.3  The tennis season shall begin the first day of practice as permitted by NSAA rules and shall end with the state championship.

3.11.10   **TRACK**

3.11.10.1 Boys and girls track shall be conducted during the spring sports season.

3.11.10.2 The track season shall begin the first day of practice as permitted by NSAA rules and shall end with the state championship.

3.11.10.3 National Federation track and field rules shall govern the track and field athletics of this Association except that

Petitioner's Exhibit B
Page 51 of 76

the order and number of events shall be determined by the Executive Director.

3.11.10.4 Participation in interschool track and field competition by any school student shall be limited to nine meets involving four or more teams. This would not include district or state championships.

### 3.11.11 **VOLLEYBALL**

3.11.11.1 Volleyball shall be conducted during the fall sports season.

3.11.11.2 The volleyball season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state tournament.

3.11.11.3 No team representing a member school may participate in more than sixteen matches, in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the state tournament. A team may not participate in more than five tournaments that have a competition point value of 3 or more, which includes the conference tournament. Participation in any volleyball tournament shall count as one match of the sixteen matches permitted.

No team may exceed thirty competition points prior to the district and state tournaments. Competition points are assigned according to the following chart.

(1) Dual match – 1 point

(2) Triangular match – 2 points

(3) Four-team one-day tournament, 2 set maximum – 2 points

(4) Four-team round robin tournaments – 3 points

(5) One-day tournaments of more than four teams – 3 points

(6) Two or three-day tournaments – 4 points

The following school and student limitations apply:

(1) In other than tournament competition, three schools playing two contests or playing two other schools in one session (night), counts as only one match.

(2) No student shall take part in more than four volleyball matches per day in tournament competition. When a Nebraska team plays in an out-of-state tournament, the Nebraska school may play five matches in one day if that is the rule of the governing body of that state.

    a. In other than tournament competition, no student may participate in more than two matches per day.

    b. No student shall take part in more than six volleyball matches per week, except in tournament competition. The matches-per-week limitation does not apply to postponed contests.

    c. Any participation during a set on any match counts as participation in that match.

(3) A school that violates the team match limitation may be disqualified from district and state tournament competition. When a Nebraska team plays in an out-of-state tournament, the Nebraska school may play five matches per day if that is the rule that governs play in that state.

(4) A school that violates the player limitations shall be assessed a point or loss of rally and the player shall be removed from the match. The match shall then continue.

## *APPROVED RULINGS AND INTERPRETATIONS For 3.11.11.3*

*The NSAA shall permit a double-triangular in which there are 4-teams present and each team would play two of the other three teams present in a triangular format. The double-triangular must take place in one evening/session. schedule shall be pre-determined as to which of the four teams will comprise each triangular. The double-triangular format in which each of the schools participates in two pre-determined matches shall count as one match.*

*When a Nebraska team plays in an out-of-state tournament, the Nebraska team will be allowed to play a third Set to 15 points and receive wild card points.*

### 3.11.12 *WRESTLING*

3.11.12.1 Wrestling shall be conducted during the winter sports season.

3.11.12.2 The wrestling season shall begin with the first day of practice as permitted by NSAA rules and shall end with the state tournament. However, the eight teams in each class that qualify for the State Dual Tournament will have their season extended by one week to the end of the State Dual Tournament.

3.11.12.3     Team Match Limitation.

Petitioner's Exhibit B
Page 52 of 76

a. No team representing a member school may participate in more than ten tournament date4s and eight duals in addition to the district and state tournaments.

Definition of Events:

(1) Dual meets-1 Dual

(2) Triangular meets -2 Duals

(3) Quadrangular meets (three duals each team -3 Duals

(4) Dual events that include 5 or more teams are considered dual tournaments and count towards the tournament dates.

(5) One-day tournaments -1 tournament date

(6) Two-tournaments-2 tournament dates

(7) Three-day tournaments – 3 tournament dates.

3.11.12.4    Student Match Limitation.

a. No individual wrestler may participate in more than ten tournament dates and eight duals in addition to the district and state tournaments.

b. Competition evebts are charged against an individual wrestler in varsity and non-varsity competition.

3.11.12.5    Schools are required to file their varsity wrestling schedule with the NSAA each November, indicating the type and point value for each meet, and the total points for their schedule.

3.11.12.6    A tournament shall be defined as a contest involving four or more teams in which an individual wrestler in each weight class or an individual team continues to advance or through round robin competition and compete until a single winner is chosen.

## APPROVED RULINGS AND INTERPRETATIONS FOR 3.11.1-3.11.12

*During a sports season, a school shall not permit a student who is not a member of the high school's team, an adult, a college student, or alumni to participate in any practice session, drill, scrimmage, or game in which a school team is involved (e.g., boys' soccer team member cannot participate with girls' soccer team members, etc.). This does not prevent a coach from being involved for the primary purpose of teaching or demonstrating a skill, method, or technique.*

### 3.11.13 **UNIFIED SPORTS**.

Special Olympics unified sports® is an inclusive activities program that combines an approximately equal number of special Olympics individuals with intellectual disabilities and individuals without intellectual disabilities on teams for competition and inclusive activities fostering an environment of social inclusion.

3.11.13.1 Students must be a bona fide member of an NSAA member school.

3.11.13.2 Students must have a recognized disability defined within 42 U.S.C. Section 12102 (ADA).

3.11.13.3 Students must have the appropriate adapted pre-participation forms completed and on file at the member school of which they are to participate.

3.11.13.4 Students will follow the guidelines as set forth in their individual education plans and/or local school eligibility requirements.

3.11.13.5 Classification of unified programs will be placed in one class.

3.11.13.6 Schools from member high schools may be combined for unified programs to field a common participating group with an agreement made jointly by the boards of education of the involved member schools.

## 3.12 OFFICIALS

3.12.1    **Approved Athletic Officials.**   The Executive Director shall prepare a list of registered officials who shall be available for officiating games between the member high schools of the Association.

3.12.1.1    The registered officials are to be issued identification cards which may be revoked for cause.

3.12.2    **Officials for Varsity Contests.** Only those officials who are registered with the Association may be used by member high schools to officiate varsity competition in football, baseball, basketball, wrestling, soccer, softball and volleyball competition, and start track & field meets.

## APPROVED RULINGS AND INTERPRETATIONS FOR 3.12.2

*Schools are expected to utilize track starters that are registered with the Association for all varsity level meets.*

Petitioner's Exhibit B
Page 53 of 76

3.12.3 **Competing Schools' Approval of Officials.** Officials for competitive contests shall not be chosen from cities and towns whose schools are represented without mutual consent. A list of officials agreed by consenting teams should be furnished to the visiting team(s) at least five days in advance of the scheduled contests.

3.12.3.1 Before the host school contracts officials for varsity contests, the visiting school must be given the opportunity to approve or disapprove the officials. If the visiting team disapproves the officials, they should not be contracted.

3.12.3.2 No penalty will be assessed against a school if it refuses to play a contest because it did not have the opportunity to approve the officials.

3.12.3.3 If the officials have been approved and accepted the contract, the contract cannot be voided unless there is an emergency or there is a mutual agreement between the officials and the contracting school.

3.12.4 Protests.

3.12.4.1 Protests based upon the eligibility of players will be considered by the Executive Director and Board of Directors.

3.12.4.2 Protests based upon play situations and situations which involve judgment on the part of game officials will not be considered.

# Debate Bylaws—Article 4

## 4.1 PURPOSE
4.1.1 The objective of this activity shall be the promotion of the science of argumentation and the art of debate among the students of the secondary schools of Nebraska.

## 4.2 DEFINITION
4.2.1 Debate activities shall be defined to include all interscholastic competition.

## 4.3 ELIGIBILITY
4.3.1 **Student Eligibility.** In order for students to participate in varsity competition, they must meet the eligibility requirements established for all activities. (Article 2)

4.3.1.1 Certificate of Eligibility. Prior to the first date permitted for interschool competition in each activity, each member school shall submit an on-line list of all students participating and eligible to participate in each activity.

4.3.1.2 In order to participate in a subdistrict, district or state contest in a particular activity, a student is required to have been a member of a school's team or group in that particular activity for at least twenty school days prior to the first day of the subdistrict, district or state competition. An exception to this requirement would be if a student was unable to be a member of a school's team or group due to injury, illness or transfers from another school.

4.3.2 Participation Limited to School Team. During the debate season, a student shall not participate in any debate competition other than as a representative of his/her school. An exception is made for students participating in the National Speech Tournament and in competition sponsored by governmental agencies or organizations such as civic and service clubs.

4.3.2.1 To determine if a school is in violation of permitting students to participate in unauthorized debate competition, the following factors will be considered:
   a. Did the coach or sponsor of the debate team or organization enter the individuals in the competition?
   b. Were school funds used to pay entry fees or any expenses for the individual students?
   c. Were school-purchased equipment or materials used by the student?
   d. Were the individual students under the supervision of the school while traveling to and from the site of such competition and/or during the competition?
   e. Did the individual student actually debate, speak or in any way perform in the debate competition?
   f. Was the school name or a name which might be interpreted as a school name used?

4.3.2.2 A school in violation shall be subject to a penalty as set forth in Article 2.11 NSAA Bylaws.

4.3.3 Supervision. The sponsor, coach, or an authorized faculty member must accompany the team or individual(s) in all interschool competition.

## 4.4 SANCTIONING OF DEBATE COMPETITION
4.4.1 **Intrastate Competition.** Debate tournaments involving only Nebraska high schools do not require a sanction.

Petitioner's Exhibit B
Page 54 of 76

4.4.2 **Interstate Competition.** Members of the NSAA may participate in debate tournaments at an out-of-state school provided the host school has complied with the rules and regulations of its own State Association and the accreditation regulations of the North Central Association.  Sanctions must be granted by the Activities Association of the host state or the National Association of Secondary School Principals. (Refer to Article 1.8, NSAA Constitution for sanctioning procedure.)

## 4.5 SEASON AND PARTICIPATION LIMITATIONS
4.5.1 **Length of Season.** The debate season is defined as the period of time from Friday immediately preceding the first Saturday in November until the last day of March.

4.5.2 **First Date of Competition.** No school may participate in any interscholastic debate tournament held prior to the Friday immediately preceding the first Saturday in November.

4.5.3 **End of Season.** The debate season shall end no later than the last week in March.

4.5.4 **One Contest Per Week.** Participation in interscholastic debate competition by any high school student shall be limited to one meet per calendar week (Monday through Saturday), with a maximum of twelve (12) meets from the date of the first permitted contest to the last day in March.

4.5.5 **Days Competition Permitted.** Schools shall compete in debate tournaments on Friday and Saturday only. There shall be no interscholastic debate competition on Sunday.

4.5.6 **December Moratorium.** Each school year there will be five consecutive days in December where there shall be no practice or interschool competition by individuals or teams in any debate activity.  The specific dates of each five-day period will be set by the Board of Directors three years in advance. (Refer to NSAA Calendar for these dates.) [The moratorium is to include December 24 and 25 and the 5-days must be consecutive for all activities.]

# Play Production Bylaws—Article 5

## 5.1 PURPOSE
5.1.1 The purpose of this activity is to create an understanding and appreciation by the students of good dramatic literature and production and to instruct students in acting and play production.

## 5.2 ELIGIBILITY
5.2.1 **Student Eligibility.** In order for students to participate in varsity competition, they must meet the eligibility requirements established for all activities. (Article 2)  Exception: Participation for remuneration in non-school competition does not cause ineligibility.

5.2.1.1 The term "participates" means that a student's performance, through his/her physical talents, plays an integral role in the production. This would include cast members and live accompanist. Technical crew personnel, which would include individuals responsible for sound effects, lighting, costumes and makeup, are exempt from this ruling.

5.2.1.2 **Certificate of Eligibility.** Prior to the first date permitted for interschool competition in each activity, each member school shall submit an on-line list of all students participating and eligible to participate in each activity.

5.2.1.3 In order to participate in a subdistrict, district or state contest in a particular activity, a student is required to have been a member of a school's team or group in that particular activity for at least twenty school days prior to the first day of the subdistrict, district or state competition.  An exception to this requirement would be if a student was unable to be a member of a school's team or group due to injury, illness or transfers from another school.

5.2.2 **Participation Limited to School Group.** During play production season, a student shall not participate in any play production competition other than as a representative of his/her school.
**Exception.** A school and its students may participate in the National Speech Tournament as permitted by the NSAA Bylaws or individual students may participate in play production competition sponsored by governmental agencies or organizations such as civic or service clubs.

5.2.2.1 In determining if a school is in violation of permitting students to participate in unauthorized play production competition, the following factors will be considered:

a. Did the coach or sponsor of the play production team or organization enter the individuals in the competition?

Petitioner's Exhibit B
Page 55 of 76

b. Were school funds used to pay entry fees or any expenses for the individual students?
c. Were school-purchased equipment or materials used by the student?
d. Were the individual students under the supervision of the school while traveling to and from the site of such competition and/or during the competition?
e. Did the individual student actually perform in the play production contest?
f. If a school is not involved, the school name cannot be used nor a name which might be interpreted as a school.
g. A school in violation of the approved ruling shall be subject to a penalty as set forth in Article 2.11 NSAA Bylaws.

5.2.3 **Supervision.** The sponsor, coach, or an authorized faculty member must accompany the group and be present during interschool competition.

## 5.3 SANCTIONING OF PLAY PRODUCTION COMPETITION

5.3.1 **Intrastate Competition.** Play production competition involving only Nebraska high schools does not require a sanction.

5.3.2 **Interstate Competition.** Members of the NSAA may participate in play production contests at an out-of-state school provided the host school has complied with the rules and regulations of its own State Association and the accreditation regulations of the North Central Association.   Sanctions must be granted by the Activities Association of the host state or the National Association of Secondary School Principals. (Refer to Article 1.8, NSAA Constitution, for sanctioning procedures.)

## 5.4 SEASON AND PARTICIPATION LIMITATIONS

5.4.1 **Length of Season.** The play production season is defined as the period of time from Thursday of Week 9 of the Standardized Calendar to and including Saturday of Week 23 of the Standardized Calendar.

5.4.2 **First Date of Competition.** No school may participate in any interscholastic play production competition held prior to Thursday of Week 9 of the Standardized Calendar.

5.4.3 **Contests Per Week.** Participation in interscholastic play production by any high school student is limited to two contests per calendar week (Monday through Saturday).   There shall be no interscholastic play production competition on Sunday.

## 5.5 RULES OF COMPETITION

5.5.1 **Play Selection.** Schools may select any one-act play or cuttings from full-length plays of theatrical value, provided that it contains no fewer than three characters.

### *APPROVED RULINGs AND INTERPRETATIONs FOR SECTION 5.5.1*

*Each coach is reminded to select literature that will not offend the moral standards of the community or be in bad taste. It is advisable to eliminate all cursing, profane references to the Deity, and immorally suggestive statements.*

5.5.2 **Time Limit.** The play shall be performed within a fifteen (15) to thirty (30) minute time period.

5.5.3 **Royalty.** Any required royalty shall be paid by the school presenting the play.

5.5.4 **Stage Setting.** Only drapes and ordinary stage lighting shall be supplied by the host school. If a set, extra lighting or unusual stage properties are desired, they shall be furnished by the school presenting the play.   The responsibility for the properties, sound effects, costume and make-up shall also be that of the school presenting the play.

5.5.4.1 In advance, the host school shall send each participating school the dimensions of the stage, a description of drapes and the lighting equipment available for use in the performance area.

5.5.4.2 The participating schools shall send the host school a diagram of the stage setting, a lighting plot, and program copy including the title of the play, the playwright, and a list of the cast and crew.

5.5.4.3 At the time of the contest, the host school shall provide rooms for dressing and make-up for each cast. The host school shall provide a stage crew to assist the director and cast in preparing the setting and stage for the production.

5.5.5 **Judging Standards.** Plays shall be judged on the merits of the acting, script, staging, and total effect of the production including such points as the following:
a. The script shall be judged on the theatrical value of the play and its suitability to the cast.
b. The acting of the individual actors shall be judged for such elements as characterization, stage movement and

business. The acting of the group shall be judged for grouping, interaction of characters, tempo and climaxes.

c. The staging shall be judged for such items as blocking, stage movement, set, lights, sound effects, properties, costuming and make-up, with primary consideration being given to those items which are within the ability of the participating school to control.

d. The total effect shall be judged in terms of dramatic unity resulting from the combination of the acting, the script, and the staging as an integrated performance.

e. The judge shall also designate those individuals whose performances are deserving of a superior rating. No other ratings for individual cast members shall be announced.

f. The primary focus will be acting, and will be reflected on the Play Production Ballot.

## 5.6 DISTRICT AND STATE CONTEST

5.6.1 The district and state contests shall be under the direction of the Board of Directors and Executive Director.

5.6.2 **Classification for Competition.** The schools registering for play production shall be divided into six classes for competition. The number of schools in each class will be determined by the Board of Directors.

5.6.2.1 The schools in each class will be assigned to districts for competition to qualify for the state contest. The play judged to be the top play in each district will qualify for the State Contest.

5.6.2.2 **District Assignments.** District assignments, sites for competition, and rules and instructions for district competition will be published in the Play Production Manual. Sites for district play production contests will be determined first by request of the schools in the district. If more than one school requests to host, the determination will be based on a minimum standard of quality of the facility. Schools will need to submit dimension of the stage and a description of their facility. (Lighting, PA/sound system, capacity, dressing rooms, etc.) If no school within the district submits a request for hosting the event, the NSAA shall decide who hosts the district regardless of facility.

5.6.3 **District Entries.** A school may enter one group in district competition.

5.6.3.1 The entries to the district contests are to be submitted no later than a fixed date to be determined annually by the NSAA and indicated on the NSAA calendar.

5.6.4 **State Contest.** District directors will notify the NSAA Office of the state qualifiers. No further registration by the schools is required.

5.6.4.1 Schools which qualify for the state contest are expected to participate in the state contest. Unless excused by the Executive Director, failure to compete shall result in the school being penalized.

5.6.5 **Ratings.** All plays in the district and state contests will be rated according to the following scale:

a. Superior
b. Excellent
c. Good

# Speech Bylaws—Article 6

## 6.1 ELIGIBILITY

6.1.1 Participation by students in any speech contest shall be governed by the eligibility rules as set forth in Article 2, Bylaws Governing All Activities. Exception: Participation for remuneration in non-school competition does not make a student ineligible.

6.1.1.2 **Certificate of Eligibility.** Prior to the first date permitted for interschool competition in each activity, each member school shall submit an on-line list of all students participating and eligible to participate in each activity.

6.1.1.3 In order to participate in a subdistrict, district or state contest in a particular activity, a student is required to have been a member of a school's team or group in that particular activity for at least twenty school days prior to the first day of the subdistrict, district or state competition. An exception to this requirement would be if a student was unable to be a member of a school's team or group due to injury, illness or transfers from another school.

6.1.2 **Participation Limited to School Group:** During speech season, a student shall not participate in any speech competition other than as a representative of his/her school. Exception: A school or its students may participate in the National Speech Tournament as permitted by the NSAA Bylaws or individual students may participate in speech

Petitioner's Exhibit B
Page 57 of 76

competition sponsored by governmental agencies or civic or service clubs.

6.1.2.1 In determining if a school is in violation of permitting students to participate in unauthorized speech competition, the following factors will be considered:

    a. Did the coach or sponsor of the speech team or organization enter the individuals in the competition?

    b. Were school funds used to pay entry fees or any expenses for the individual students?

    c. Were school-purchased equipment or materials used by the student?

    d. Were the individual students under the supervision of the school while traveling to and from the site of such competition and/or during the competition?

    e. Did the individual student actually speak or in any way perform in the speech competition?

    f. Was the school name used or a name which might be interpreted as a school name?

6.1.2.2 A school in violation shall be subject to a penalty as set forth in Article 2.11 NSAA Bylaws.

6.1.3 Supervision. The sponsor, coach, or an authorized faculty member must accompany the group in all interschool competition.

## 6.2 SANCTIONING OF SPEECH COMPETITION

6.2.1 **Intrastate Competition.** Speech competition involving only Nebraska high schools does not require a sanction.

6.2.2 **Interstate Competition.** Members of the NSAA may participate in speech contests at an out-of-state school provided the host school has complied with the rules and regulations of its own State Association and the accreditation regulations of the North Central Association. Sanctions must be granted by the Activities Association of the host state or the National Association of Secondary School Principals. (Refer to Article 1.8, NSAA Constitution, for sanctioning procedures.)

## 6.3 SEASON

6.3.1 **Start of Season.** No school may participate in any interscholastic speech tournament held prior to the Friday immediately preceding the first Saturday in November.

6.3.2 **End of Season.** The state speech season shall end two weeks following the State Speech Tournament. No high school may participate in speech tournaments after this time, with the exception of the national speech tournament.

6.3.3 **December Moratorium.** There will be five consecutive days in December where there shall be no practice or interschool competition by individuals or teams in any speech activity. The specific dates of each five-day period shall be set by the Board of Directors three years in advance. [The moratorium is to include December 24 and 25 and the 5-days must be consecutive for all activities.]

## 6.4 STUDENT LIMITATIONS

6.4.1 **Contest Limitation.** Participation in interschool speech competition by any high school student shall be limited to two meets per calendar week (Monday through Saturday), with a maximum of twelve (12) meets, in addition to the state sponsored series of tournaments from the date of the first permitted contest to the close of the state speech tournament. There shall be no competition on Sunday.

## 6.5 SCOPE OF COMPETITION

6.5.1 **Individuals Events.** Competition under this section shall include:

    a. Interpretation of Humorous Prose Literature

    b. Interpretation of Serious Prose Literature

    c. Interpretation of Poetry

    d. Persuasive Speaking

    e. Entertainment Speaking

    f. Extemporaneous Speaking

    g. Informative Public Speaking.

6.5.2 **Group Events.** Competition under this section shall include:

    a. Interpretation of Drama

    b. Duet Acting

## 6.6 STATE AND DISTRICT CONTESTS

6.6.1 **Directors.** The district and state contests shall be under the direction of the Board of Directors and

Petitioner's Exhibit B
Page 58 of 76

Executive Director. The Executive Director may appoint directors for each site.

6.6.2  **Classification for Competition.** The schools registered for speech shall be divided into six classes for competition. Classification shall be based on student enrollment in grades 9-11 as reported on the School Membership Report submitted to the State Department of Education on the last Friday in September of the previous year.

6.6.2.1  **District Assignments.** The schools in each class shall be divided into districts for district competition. The dates, sites and judges for district contests shall be set by the NSAA Office.

6.6.3  **District Entries.** A school may have a total of eighteen (18) entries in a district speech contest, with the breakdown as follows:

6.6.3.1  **Individual Events.** Each school may have a maximum of fourteen (14) entries in individual events but may not enter more than two students in the same event.

6.6.3.2  **Group Events.**
Two entries per school – Duet Acting
Two entries per school – Oral Interpretation of Drama

6.6.3.3  **Student Limitations.** A student may enter and participate in two events.

6.6.3.4  **District Entries Deadline.** The entries to the district contests are to be submitted no later than a fixed date to be determined annually by the NSAA and indicated on the NSAA calendar.

6.6.4  **District Finals & Qualification for State Contest.** In all classes, six entries will advance to the final round of competition at districts.   In Class A, the top four performers in each event from each district will qualify for the State Contest. In Classes B, C1, C2, D1 and D2, the top three performers in each event from each district will qualify for the State Contest.

6.6.4.1  If an individual or team qualifies for state competition through competing in a district meet, that individual or team is expected to compete in the state contest in which he/she or the team qualifies. Unless excused by the Executive Director, the school shall be penalized.

6.6.4.2  Substitutions shall not be permitted for a student who qualifies for the state speech contest in an individual event. Personnel of group events may be changed.

## 6.7 JUDGES AND RATINGS

6.7.1  **Selection of Judges.** It is recommended the judges used in interscholastic speech and play production competition be registered with the NSAA.

6.7.2  Judges' Responsibilities. In addition to the assignment of quality ratings, critic judges shall be required to give written and/or oral criticisms of a constructive nature to all participants.

6.7.2.1  In arranging the schedule, district directors should provide time between events during which the judge may meet with contestants and their directors for the purpose of giving such criticism.

6.7.3  **District Contest Ratings.** All contestants in District Contests shall be rated according to the following scale: Superior; Excellent; Good; Fair.

6.7.3.1  For failure to abide by the prescribed time limits by more than 30 seconds, judges shall lower the contestant one assigned rank.

6.7.4  **State Contest Judging.** All preliminary performances at the state speech contest will be presented twice, each time before one judge.

6.7.4.1  **Team Scoring.** Sweepstakes points for the state contest will be based on final round scoring only: First place-20 points, Second-18, Third-16, Fourth-14, Fifth-12, Sixth-10.

6.7.5  **Protests.** Protests regarding the decision of the judges will not be heard. Errors in computation, which prevent a qualifier from being placed in the finals, must be brought to the attention of the contest director prior to the beginning of the final round of competition. When the finals have been completed, team points calculated, winners announced and awards issued, the results are final and no changes can be made in individual placement, unless a correctable error is discovered. Clerical errors in team scoring may be corrected by the contest director or NSAA Executive Staff when discovered.

## *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 6.7.5*

*A correctable error shall be defined as those that involve:*

   a. *Mathematical computation errors in individual points affecting placement of the speakers involved.*
   b. *Mathematical computation errors in team points affecting team placement.*
   c. *Mistakes made in calculation of judge's preference in the final round affecting the placement of the speaker involved.*

# 6.8 RULES AND STANDARDS
## *APPROVED RULINGS AND INTERPRETATIONS FOR SECTION 6.8*

*Each coach is reminded to select literature that will not offend the moral standards of the community or be in bad taste. It is advisable to eliminate all cursing, profane references to the Deity, and immorally suggestive statements.*

6.8.1 **Interpretation of Prose Literature-Humorous and Serious.**

6.8.1.1 **Purpose.** The purpose of these two separate events is to train students to convey the thought, feelings and mood of a selection of prose literature to an audience.

6.8.1.2 **Rules.** The selection shall be an original cutting or arrangement of prose literature from published books, short stories or plays. Commercially produced cuttings are not to be used. The contestant shall make introductory remarks concerning the author, selection and cutting designed to heighten attention, understanding and appreciation of the selection by the audience. Maximum time limit including introductory remarks shall be ten (10) minutes. The selection may be delivered from manuscript, with or without a lectern.

6.8.1.3 **Judging Standards.** The art of interpretation is to be regarded as essentially one of suggesting the meaning, feeling and mood of a story so vividly as to recreate the author's work in the minds of the audience. In assigning quality ratings to a performer, the judge should take into consideration the literary merit of the selection, appropriateness, use of the body and use of the voice in interpreting. This is a contest in oral interpretation, not acting. The performer should try to distinguish all the characters by suggesting distinctive visual and auditory clues, depending upon the audience to fill in the picture.
Familiarity with the script is essential so the contestant may maintain eye contact the majority of the time. The selection may be memorized. The performer may use a lectern.
The final test of good Oral Interpretation of Prose Literature is the ability to use all these factors so successfully that audience members forget that they are listening to a contest.

6.8.2 **Interpretation of Poetry.**

6.8.2.1 **Purpose.** The purpose of this event is to encourage students to obtain a wide knowledge and appreciation of poets and their poetry, and to increase their ability to share with others the full meaning intended by the poet by interpreting from the manuscript.

6.8.2.2 **Rules.** The participant shall select, cut and arrange one long poem or a group of poems or a poem unified by either a central theme or the writing of one author. The presentation shall include introductory and transitional remarks to heighten the understanding, the theme or the poet's works. If one long poem is used, transitions are optional. Time limit including such remarks shall not be fewer than six (6) nor more than eight (8) minutes. The arrangement shall be interpreted from manuscript with or without lectern.

6.8.2.3 **Judging Standards.** Poetry is written to be read aloud; therefore, poetry interpretation is regarded as recreating the thoughts and emotions of the poet in the minds of the audience.
On assigning quality ratings, the critic should take into consideration the appropriateness of the poem(s) chosen by the student, the effectiveness of the cutting and arrangement, and the adequacy of the introductory and transitional remarks which unify the presentation.
In interpreting poetry from a manuscript, the meaning should be conveyed primarily through the voice. Appropriate body action, eye contact and other mechanisms of delivery are encouraged. The contestant shall be observed for naturalness and emotional responsiveness. While effective use of rhythm can contribute to interpretation, it should not become "sing-song" or monotonous.
The final test of good Oral Interpretation of Poetry is the ability of the contestant to cause audience members to forget they are listening to a contest.

6.8.3 **Persuasive Speaking.**

6.8.3.1 **Purpose.** The purpose of this activity is to train speakers to choose and organize material supporting a central theme in a persuasive speech on a timely subject, and to present these ideas in a direct, communicative,

and effective speaking manner.

6.8.3.2 **Rules.** This contest shall consist of persuasive speeches actually written by the speaker delivering them. The speaker shall use any appropriate, worthwhile, relevant subject matter which can be developed in the time allotted. Maximum time limit will be ten (10) minutes. Not more than one hundred fifty (150) words of speech shall be direct quotations from any other speech or writing, and such quotations shall be indicated in the "manuscript." Extensive paraphrasing of any source is prohibited. The speech may be presented from manuscript in an extemporaneous style. The performer may or may not use the lectern. The judge may request a copy of the manuscript at the conclusion of the speech. Visual aids will not be allowed.

6.8.3.3 **Judging Standards.** Since these speeches have been written by the contestant delivering them, the judges shall consider thought, composition and delivery. The chosen topic shall be discussed intelligently and with some degree of originality. The speaker may be given wide latitude in the ideas expressed but held closely accountable for the manner in which they are expressed. Material shall be organized according to some logical plan to produce a unified and coherent speech. The composition shall be considered carefully for its persuasiveness, eloquence and diction. The composition shall reveal a discriminating choice of words and shall be especially adapted to oral presentation.

Delivery shall be judged for mastery of the usual mechanics of speech and communicativeness. In addition, the speech shall be observed for qualities of directness and sincerity.

The best delivery technique retains the directness and simplicity of good conversation employing the necessary energy to reach all listeners. The final test of Persuasive Speaking is the ability of the speaker to make the audience forget it is a contest.

6.8.4 **Entertainment Speaking.**

6.8.4.1 **Purpose.** The purpose of this event is to encourage the speakers to develop and demonstrate their creativity for employing imaginative language and thinking into their speech writing. The speakers should also demonstrate their ability to organize and present a speech to entertain without mimicking professional comics.

6.8.4.2 **Rules.** This speech shall be of an entertaining nature composed by the contestant. This shall be an original composition. The speech shall be based on a theme or central idea and shall be delivered in an extemporaneous manner with or without a lectern. One 4" x 6" or smaller note card is optional. Visual media may be employed, but costuming and makeup shall not be used. Costuming is wearing any article to enhance the presentation which is not normally worn at a speech contest. Maximum time limit shall be eight (8) minutes.

6.8.4.3 **Judging Standards.** An entertainment speech of an interesting nature shall combine the elements of basic organization, graphic word pictures, humor and lively animated delivery. The most effective speeches to entertain employ one or more of the following devices: exaggeration, understatement, plays on words, satire or irony. Generally, basic entertainment may be found by observing the aspects of everyday living.

The material presented shall be organized to produce a unified and coherent speech, rather than a loosely structured comic routine. Delivery shall be judged for the mastery of the usual mechanics of speech with emphasis on the speaker's use of bodily communication, poise, and timing. The final test of Entertainment Speaking is the ability of the speaker to make the audience forget that this is a contest.

6.8.5 **Extemporaneous Speaking.**

6.8.5.1 **Purpose.** The purpose of this event is to encourage students to read widely on current public affairs, to train them to apply principles of speech composition on a selected timely topic in a limited period of time, and to deliver the speech with fluency and effectiveness.

6.8.5.2 **Rules.** The general area from which the extemporaneous speaking topics are to be formulated shall be current public affairs. Specific topics shall be selected from subjects discussed in standard periodicals during the current school year. The NSAA office shall provide managers with a list of topics chosen for contest use.

An NSAA Certified Judge shall supervise the preparation room. The supervisor shall inspect the preparation material used by each contestant. Pre-prepared extemporaneous speeches, handbooks, briefs, and outlines shall be barred from the preparation room. Underlining or highlighting on material will be allowed if done in only one color on each article or copy. The use of electronic devices, e.g. computers and calculators can be used in the preparation room or during preparation time. During preparation time, students may consult published books,

magazines, newspapers, and journals or articles provided:
a.   They are originals or photocopies of originals.
b.   Original articles or copies must be intact and uncut.
c.   There is no written material on original or copies (source citation is allowed).
d.   Topical indexes without annotation are allowed.

Laptop/electronic file use: the use of laptop computers in extemporaneous speaking is permitted at the NSAA sanctioned events under the following computer use rules and guidelines:

a.   Extemporaneous speaking contestants may make use of electronic retrieval devices to store and to retrieve their subject files at all NSAA tournaments. Students can retrieve extemporaneous files to read, but cannot write speeches or organize their thoughts on the computers. This rule in no way prevents students from utilizing traditional paper copy files to enable the competitor to successfully compete in extemporaneous speaking. The NSAA takes no position on which form of file storage is preferable for use at NSAA tournaments.

b.   Electronic retrieval devices are defined as laptop computers, net books, ipads, or other portable electronic retrieval equipment. Secondary devices such as flash drives or external hard drives are allowed as well. Cell phones or smart phones are prohibited from being used while preparing or before speaking at NSAA tournaments. Student utilizing a cell phone or smart phone for researching purposes will be disqualified.

c.   Source materials: students may consult published books, periodical articles, newspaper articles, think tank articles, government reports or journal articles saved on their electronic retrieval device or present in hard copy form provided:
    i.    There are no notations made within or on the saved article other than citation information.
    ii.   Any highlighting or underlining of the articles is done in only one color within each article. Bolding, italicizing, or any other manipulation of the original text of sources (other than highlighting or underlining as previously stipulated) is prohibited.

d.   No other source materials will be allowed in the extemporaneous prep room other than stated above. Pre-written extemporaneous speeches, handbooks, briefs or outlines are prohibited from the prep room, whether stored electronically or present in hard copy form, and are grounds for disqualification.

e.   Power source: power plugs or outlets may not be used in the prep room at any time. All computers used in the prep room must be battery operated at all times. Competitors are responsible for making certain their electronic retrieval devices are fully charged at the start of each competition day and for proper power management ensuring that their device remains functional throughout the competition day. At NSAA district and state competitions, contestants may not use external power sources in the prep room, such as wall outlets and/or extension cords. Power availability at invitational tournaments will be up to individual schools/hosts.

f.   Internet: extemporaneous speaking contestants shall not access the internet or communicate electronically with any other individual while in the prep room at any NSAA tournament. All computers must comply with the following provisions:
    i.    Computers equipped with removable wireless cards must have the cards removed before the beginning of any round of competition. It is the responsibility of the contestant to disengage the equipment.
    ii.   Computers with built-in wireless capability may be used only if the wireless capability is disabled. It is the responsibility of the contestant to disable the equipment.
    iii.  Wired connections (Ethernet or phone) during rounds of competition are not permitted.
    iv.   Computers or other electronic devices may not be used to receive information from any source (coaches or assistants included) inside or outside of the room in which the competition occurs. Internet access, use of email, instant messaging, or other means of receiving information from sources inside or outside of the competition room are prohibited.
    v.    Penalty: contestants found to have violated provisions i through iv above will be disqualified. In case of a serious dispute or critical question, the designated NSAA official may be contacted for a ruling.

g.   Liability: extemporaneous speaking competitors accept full responsibility for the safety and security of their electronic retrieval devices throughout the entire course of any NSAA tournament. The NSAA does not assume any liability for the computers. Students are welcome to use Kensington locks or other such devices to secure their computers in the prep room. Students, parents, and coaches should be aware that the students are bringing and using the computers at their own risk. The NSAA is not responsible for lost, stolen, or broken computers.

h.   File monitoring: the NSAA and its representative bodies retains the right to view and search any electronic retrieval devices to ensure compliance with any and all rules at any NSAA tournament.

i.   Devices should be muted in the prep room. Contestants should not play games or engage in other distracting

activities on their electronic devices in the prep room. Tournament officials may ask a student to power-off the device if it becomes distracting. Failure to abide by said requests may result in a disqualification.

j.    Students from the same school may share computers during preparation. However, communication among contestants during preparation time is strictly prohibited.

No other material shall be allowed in the extemporaneous preparation room other than that given above and material deemed in violation of these guidelines shall be removed by the supervisor and taken to the student's coach or tournament director. Students violating these guidelines DURING preparation time will be disqualified.

For Class A, thirty minutes before the contest is to begin and all other classes one hour before the contestant is to speak, the contestant shall draw three (3) topics, select one without consulting anyone, and return the other two. After the topic has been selected and recorded, the contestant shall withdraw to a room assigned and prepare the speech without consulting anyone. Just before speaking, the speaker shall present the judge with the topic drawn and selected. The speech shall be delivered extemporaneously.   One (1) 4" x 6" or smaller note card may be used. Time limit shall be five (5) to seven (7) minutes.

Judges in extemporaneous speaking will provide time signals.

6.8.5.3   **Judging Standards.** The extemporaneous speech shall not be regarded as a memory test of the material contained in any one magazine article, but rather as an original synthesis by the speaker of the current fact and opinion on the designated topic as presented by various sources. Information presented shall be well chosen, pertinent and sufficient to support the central thought of the topic. The contestant, therefore, shall be held accountable for strict adherence to the precise statement of the topic drawn. He/she shall be downgraded for shifting to a phase of the topic which is not stated.

Delivery shall be judged for mastery of the usual mechanics of speech and communication.   The final test of Extemporaneous Speaking is the ability of the contestant to interest listeners in the thought to the extent that the speaker causes them to forget that this is a contest.

6.8.6     **Informative Public Speaking.**

6.8.6.1   **Purpose.** The purpose of this event is to teach the student to organize and present material of informative nature, to increase knowledge of speech composition, to develop proficiency in delivery, and to utilize visual media appropriately.

6.8.6.2   **Rules.** This contest shall consist of informative speeches written by the speakers delivering them.   The speakers shall gather and organize the material in composing an original speech. The primary purpose of this speech shall be to inform the audience. Any other purpose, such as to entertain, to impress or to convince shall be secondary. The speech shall be delivered extemporaneously. One (1) 4" x 6" or smaller note card is optional. The speaker may use a lectern. The student is encouraged to use visual media such as charts, maps, diagrams, or actual objects, always mindful that these media should be an integral part of the presentation and not an unnecessary frill or gimmick. Maximum time limit shall be eight (8) minutes.

6.8.6.3   **Judging Standards.** The primary aim of this speech shall be to present information clearly and interestingly. The judge shall consider clarity of organization and development by examples, illustration, analogies, statistics, use of effective wording and factors of interest.   Delivery shall be judged for the mastery of the usual mechanics of speech and effectiveness in the use of visual media. The speech shall be well composed and delivered, so that it is unmistakably clear, and understanding, explanation, and instruction occur. The final test of Informative Speaking is the ability of the speaker to make the audience forget this is a contest.

6.8.7     **Interpretation of Drama.**

6.8.7.1   **Purpose.** The purpose of this activity is to train students to create within the minds of the audience a clear impression of the author's central idea, story, character, situations, and mood of the play or of the scenes being read.

6.8.7.2   **Rules.** The presentation shall be an interpretation of drama and not play production. Each member of the group shall possess a copy of the manuscript. The manuscript shall be an ORGINAL CUT OF A PLAY. The number of

\     participants in each group shall be no fewer than three (3) or more than five (5). If the script calls for more than five characters, and it is impossible to omit additional characters, contestants may read more than one character. An introduction shall provide continuity for the cutting. Maximum time limit shall be fifteen (15) minutes.

**Interpretation of drama may be presented in a variety of ways.** It may be performed with the participants in any

arrangement that is effective. Movement is allowed, but shall remain in the realm of suggestion rather than that of realistic acting. Deliberate touching shall not be permitted. Either off-stage focus, on-stage focus or combination of both may be utilized by the contestants. Entrances and exits shall be suggested. Costumes, make-up, properties, special lighting, or sound effects shall not be permitted.

6.8.7.3 If the play chosen is subject to royalty payment, the participating school shall be responsible for obtaining permission from the publisher for its use and for paying such royalty charges as may be involved.

6.8.7.4 **Judging Standards.** The judge shall take into consideration the literary value of the play, the quality of the cutting and suitability for the group and event, as well as the effectiveness in the interpretation. The art of interpretation shall be regarded as essentially one of suggesting the meaning, the feeling, and the mood of the play so vividly as to recreate the drama in the minds of the audience. Readers shall show bodily responsiveness to the meaning and feeling of dialogue in order to reveal character and central theme of the play, within the scope of the rules. The director's discretion shall dictate the amount and kind of movement, gestures, and reaction.
The final test of good Oral Interpretation of Drama is the ability of the participants to bring the play to life, causing the audience to forget they are listening to a contest.

6.8.8 **Duet Acting.**

6.8.8.1 **Purpose.** The purpose of this activity is to encourage contestants to exercise creative imagination in their selection, adaptation, and presentation of material suitable for theatre. In this event contestants will reveal their ability to create characters, communicate the inter-relationship of characters, and interpret the meaning of the material used.

6.8.8.2 **Rules.** This event shall consist of a scene or sequence of theatrical material which requires two actors to perform. The presentation shall not exceed twelve (12) minutes. Narration may be used to provide necessary expository background. The narrators shall be one or both of the two actors. Costuming, make-up, scripts and lighting shall not be permitted in this activity. Stage props shall be limited to a table and two chairs. Hand props, sound effects, and musical accompaniment shall not be permitted.

6.8.8.3 **Judging Standards.** This event shall be judged on the following points. The acting of the two actors shall be judged with respect to the elements of modern dramatic techniques including characterization, stage movement, and the interaction between the characters.
The scene or sequence presented shall be evaluated as to its theatrical value. The comments during narration shall be judged for their value in enhancing the presentation.
The total effect shall be judged in terms of unity resulting from the combination of the duet acting and the material selection. No individual recognition shall be given. The final test of Duet Acting is the ability of the contestants to cause the audience to forget this is a contest.

## 6.9 AWARDS

6.9.1 Awards to students and schools shall be governed by Article 2.15, Bylaws Governing All Activities.

# Music Bylaws—Article 7

## 7.1 OBJECTIVE

7.1.1 Interscholastic music activities are intended to supplement and enrich the secondary music curriculum. These activities provide goals for the development of musical skill and understanding for both the individual and the participating group. These activities enhance citizenship, teach the individual responsibility, promote loyalty and develop a sense of school pride.

## 7.2 ELIGIBILITY

7.2.1 Participation by students in any music contest shall be governed by the eligibility rules that govern all activities, Article 2, NSAA Bylaws, except participation for remuneration does not constitute ineligibility.

7.2.2 **Certificate of Eligibility.** Prior to the first date permitted for interschool competition in each activity, each member school shall submit an on-line list of all students participating and eligible to participate in each activity.

## 7.3 CLASSIFICATION

7.3.1 **Method.** Schools shall be divided into five classes with classification based on the enrollment in grades nine, ten and eleven according to the enrollment figures submitted to the Department of Education on the last Friday of

September of the preceding school year.

7.3.2    Music Classes are as follows:

Class AA    Enrollment of 601 or greater
Class A     Enrollment of 301-600
Class B     Enrollment of 151-300
Class C     Enrollment of 75-150
Class D     Enrollment of 0-74

7.3.3    Schools are to compete by classes in all large ensemble events. A school may compete in a higher class, provided it competes in such higher class in all events in which it enters. However, a school may not compete in a class lower than the one indicated by its enrollment.

## 7.4 COMPETITION AND SANCTIONS

7.4.1    Schools may not enter any music contest or festival in which the renditions of soloists and/or organizations are rated, judged or in any way classified, unless such contest or festival is sponsored or approved by the Board of Directors.

7.4.1.1    The sanctioning of music contests is governed by Article 1.8, NSAA Constitution. Sanctioning of events held during the summer months is not required.

7.4.2    **Sunday Competition.** No school which is a member of the NSAA shall be permitted to engage in any interschool contest on Sunday.

7.4.3    **December Moratorium.** There shall be five consecutive days in December during the holiday season where there shall be no practice and no interschool competition by individuals or teams in any music activity. Music groups may perform if there is no practice in school facilities and the performance is local and on a volunteer basis. The specific dates of each five-day period will be set by the Board of Directors three years in advance.   [The moratorium is to include December 24 and 25 and the 5 days must be consecutive for all activities.]

## 7.5 DISTRICT COMMITTEE

7.5.1    **Organization.** Each NSAA district shall have a District Music Committee which consists of the District Managing Committee and two music directors who shall be appointed annually by the District Managing Committee.

7.5.2    **Duties.**

7.5.2.1    Select the date, site, and contest director for their district music contest.

7.5.2.2    The District Music Committee will elect a music coordinator from the Committee. The coordinator will arrange for the administration of the district music contest and represent the district on a state-wide advisory committee.

7.5.2.3    The State Music Coordinators Advisory Committee. The coordinator from each of the six NSAA legislative districts will meet once each year with the NSAA staff. This meeting will be held in the spring following the district music contest, with the purpose of evaluating the district contest.

## 7.6 DISTRICT CONTESTS

7.6.1    The Board of Directors may schedule and arrange for District Music Contests, but shall not schedule for a State Music Contest.

7.6.2    **District Entries.** Schools may enter the District Contest nearest them with approval from the director of the contest they wish to enter and from the music committee from each of the two districts involved. The deadline for approval shall be December 1 prior to the contest.

7.6.2.1    **Date Due.** The entries to the District Contest must be submitted on-line via the NSAA Website by midnight Central Time, March 20, prior to the contest. No late entries are permitted.

### *APPROVED RULINGS AND INTERPRETATIONS For 7.6.2.1*

*(1) Due to the transition to the electronic submittal of District Music Contest entries, no hard copy entry forms will be accepted.   All schools must complete and submit their District Music Contest entries electronically no later than midnight Central time, March 20, prior to their contests.*

*(2) Any school that does not submit the electronic entry by the deadline will be notified by the NSAA and given two school days to submit their electronic form.   A $500 late administrative fee will be paid to the NSAA in addition to regular District Contest fees for the late entry to be allowed within this two-day period.*

*(3) A school may substitute personnel for existing legal entries up until the scheduled performance of that entry, for example student B may replace student A in a trumpet solo entry or vocal duet entry or string quartet entry, which will not require making a change to the contest schedule.*

*(4) A school may make additions to their contest entries after the entry deadline with permission from their contest site director, providing they do not exceed the legal number of entries for their class. A $50 administrative fee will be paid by the requesting school to the contest site for each added entry.*

7.6.2.2  **Entry Fees.** The District Music Committee shall determine the entry fees for District Music Contests. All fees shall be submitted for the District Music Contest according to each district's requirements immediately after the March 20 entry deadline. An additional charge may be made for schools from outside the district.

## *APPROVED RULINGS AND INTERPRETATIONS For 7.6.2.2*

*Due to the transition to the electronic submittal of District Music Contest entries, payment for contest entry fees must be sent to the contest site address specified on the electronic entry submission acknowledgement immediately after the March 20 deadline unless payment is required at a different time by the host director or NSAA district involved. Schools will not be allowed to participate at the district music contest until the designated district host receives the required fees.*

7.6.2.3  **Contest Schedules.** The site director(s) for each District Music Contest location shall provide complete contest performance schedules to their participating schools no later than 14 days before the start of their District Music Contest.

## 7.7 DISTRICT CONTEST RULES

7.7.1  **Compliance with Rules.** Any entry failing to comply with the rules in this section is subject to a penalty by the District Contest Director and/or Music Committee.

7.7.2  **Music Selection.**
   a. All large ensemble events will choose their own selections with the recommendation that two contrasting selections be used.
   b. All solo and small ensemble events will choose their own selections with the recommendation that one selection be used.
   c. The 1976 copyright law is very clear on the use of copying music. Some provisions of the law state:
      Copying shall not substitute for the purchase of books, publishers, reprints, or periodicals.
   d. Copying is permissible for the following uses:
      (1) Emergency copying to replace purchased copies which for any reason are not available for an imminent performance provided purchased replacement copies shall be substituted in due course.
      (2) For academic purposes other than performance, multiple copies of excerpts of works may be made provided that the excerpts do not compromise a part of the whole which would constitute a performable unit such as a section, movement or aria but in no case more than 10% of the whole work.
   e. Copying is prohibited for the following uses:
      (1) Copying to create or replace or substitute for anthologies, compilations, or collective   works.
      (2) Copying for the purpose of performance except as in (d)(1) above.
      (3) Copying for the purpose of substituting for the purchase of music except as in (d)(1) and (d)(2) above.
   f. Exceptions to prohibited copying include:
      (1) If a piece of music is out of print, permission may be obtained from the publisher to make copies for performance use.
      (2) If music (or scores, etc.) has been ordered but not received, a copy of the order may be attached to a copy.
      (3) If a pianist has an awkward page turn, pages may be copied as long as the pianist has an original copy at the piano.

## *APPROVED RULINGS AND INTERPRETATIONS For 7.7.2.*

*Original sheet music which is obtained on-line as a downloaded and printed purchase or is in the public domain is authorized for NSAA contests and festival performances. This music must include information printed on the sheet music, receipt or accompanying document which confirms the identification of the seller, the number or copies purchased or the public domain status. Unauthorized photocopying of sheet music obtained on-line*

Petitioner's Exhibit B
Page 66 of 76

*is a violation of United States Federal copyright law.*

7.7.3    **Number of Entries.** A school may have a maximum number of entries as determined by class.

7.7.3.1    A school wishing to enter strings (violin, viola, cello, bass viola) will have additional entries determined by class, which must be only string entries as defined in the list of acceptable events.

7.7.3.2    Maximum entries by class:

| | |
|---|---|
| Class AA | 48 plus 20 strings, plus 2 piano solos |
| Class A | 36 plus 16 strings, plus 2 piano solos |
| Classes B and C | 30 plus 16 strings, plus 2 piano solos |
| Class D | 24 plus 16 strings, plus 2 piano solos |

7.7.4    All soloists must be in the ninth grade or above. Students in Class AA and A choral groups must be in the ninth grade or above. In choral events in Classes B, C, and D, and in instrumental ensemble events in all classes, students in the junior high school and below may be included.

7.7.5    **Large Ensembles.**

7.7.5.1    Large groups shall be bands, orchestras, mixed choruses*, madrigals/chamber choirs, jazz choirs, show choirs, and men's/women's choruses and jazz bands. Each NSAA District Music Coordinator will determine the number of Large Ensemble entries allowed in each District Music Contest.

\* The term Mixed Chorus in the Large Ensembles category shall not mean the requirement exists for both genders of students to be included for those schools comprised of a single gender only (non-coed schools).

7.7.6    **Small Ensemble Events.**

7.7.6.1    All small ensembles shall have a maximum of 24 in a group.

7.7.6.2    **Vocal Ensembles:**

| | | |
|---|---|---|
| Boys Duet | Girls Duet | Girls Double Octet |
| Boys Quartet | Girls Trio | Mixed Duet |
| Boys Octet | Girls Quartet | Mixed Quartet |
| Boys Double Octet | Girls Sextet | Mixed Octet |
| Barbershop Quartet | Girls Octet | Mixed Double Octet |
| Girls Triple Trio | Double Sextet | |

7.7.6.3    **Instrumental Ensembles:**

| | | |
|---|---|---|
| Woodwind Trio | Woodwind Quintet (flute, Oboe, Clarinet, Horn, Bassoon) | Clarinet Quartet (4B Flat Soprano |
| Flute Duet | Flute Trio | Saxophone Trio |
| Flute Quartet | Saxophone Quartet | Clarinet Duet |
| Saxophone Sextet | Horn Trio | Clarinet Trio |
| Trio Horn Quartet | Mixed Clarinet Quartet | Drum Quartet or Quintet |
| Trombone Trio | String Trio | Trombone Quartet |
| String Quintet | Mixed Brass Quartet | String Quartet |
| Brass Sextet | String Sextet | Cornet or Trumpet Duet |
| Violin Quartet | Cornet or Trumpet Trio | Cornet or Trumpet Quartet |
| Piano Trio (Violin, Cello, Piano) | Brass Quintet | Percussion Ensemble |

7.7.6.4    Any ensemble not listed above should be entered as a Miscellaneous ensemble. Each school may enter as many Miscellaneous ensembles as it wishes, as long as it does not exceed the maximum number of entries for that class.

7.7.6.5    Unlimited small ensemble entries, vocal and instrumental, are allowed, but exact duplication of personnel will result in disqualification from that event.

7.7.7    **Unqualified Events:**

Any entry that is non-musical in nature (for example, baton twirling) or is primarily comprised of instruments or voice parts not common in standard literature (for example, accordion, harmonica) that would require the opinion of additional judges should not be included in District Music Contests. However, final decision pertaining to such events rests with the District Music Committee or its designate.

7.7.8    **Solo Events.**

7.7.8.1    Vocal Solos:

a. Female voice

b. Male voice

7.7.8.2  Instrumental Solos:

Violin, viola, cello, string bass, piccolo, flute, oboe, English horn, bassoon, clarinet (including alto, bass, etc.), baritone/euphonium, saxophone (including alto, tenor, etc.), cornet or trumpet, trombone, French horn, piano, tuba, percussion.

7.7.9  **Time Limits.** All events shall be limited in time as follows. These time limits include time for preparation on stage, tuning, playing, and exit. Time between numbers is included in the time of performance. Any performance violating these time limits will receive a rating which has been lowered one division.

| Class AA | Class A | Class B, C, D |
|---|---|---|
| Band or Orchestras 25 | Band or Orchestras 25 | Band or Orchestras 22 |
| Mixed Chorus* 18 | Mixed Chorus* 18 | Mixed Chorus* 15 |
| Jazz Band 20 | Jazz Band 20 | Jazz Band 20 |
| Show Choir 20 | Show Choir 20 | Show Choir 20 |
| Men's/Women's Chorus 12 | Men's/Women's Chorus 12 | Men's/Women's Chorus 12 |
| Madrigal/Chamber Choir 12 | Madrigal/Chamber Choir 12 | Madrigal/Chamber Choir 12 |
| Jazz Choir **20** | Jazz Choir **20** | Jazz Choir **20** |
| Small Ensembles 6 | Small Ensembles 6 | Small Ensembles 6 |
| Solo Events 6 | Solo Events 6 | Solo Events 6 |

* The term Mixed Chorus in the Large Ensembles category shall not mean the requirement exists for both genders of students to be included for those schools comprised of a single gender only (non-coed schools).

7.7.10  **Scores.** It is strongly recommended that the measures be numbered for all scores provided to adjudicators. Performers or their accompanists using illegally copied music will not be allowed to perform.

a. **Solo and Small Ensemble Scores.** The performer shall provide the judge with an original score for each solo and small ensemble entry. Proof of a second original score must also be presented for the accompanist and for the performer (if the performance is not memorized).

b. **Large Ensemble Scores.** With the exception of show choirs and jazz bands only, the director shall furnish the judges of large ensembles with one original score for each selection for each judge, (three sets of scores for three judges). Show Choir and Jazz Band directors assume responsibility for the legality of the musical arrangements performed.

## *APPROVED RULINGS AND INTERPRETATIONS For 7.7.10*

*For all District Music contest performances, judges presented with or observing photocopied sheet music without required permissive documentation shall deem the music as illegally copied and shall not allow the performance to begin, continue, or be critiqued and rated.*

7.7.11  **Memorization.** Memorization is not mandatory for any solos, small or large ensembles.

7.7.12  Accompanying and Directing.

7.7.12.1  Any regular piano accompanist or one chosen by the Contest Director may act as official accompanist. An accompanist is required when an arrangement includes piano accompaniment.

7.7.12.2  Students or non-students, including directors, may serve as accompanists. The use of the same accompanist for two or more schools should be avoided to prevent scheduling conflicts.

7.7.12.3  Tape-recorded accompaniments are permissible.

7.7.12.4  Large ensembles and small ensembles with eight or more members may perform with or without a conductor.

7.7.12.5  Directors are not allowed to give vocal assistance to their group, or play with their band or orchestra.

7.7.13  Ratings.

7.7.13.1  Judges will rate contestants both in solo and ensemble as follows:

a. Division I

b. Division II

c. Division III

d. Division IV

e. Division V

f. Pluses or minuses will not be used with the ratings. (It will be the Contest Director's responsibility to

Petitioner's Exhibit B
Page 68 of 76

see that this is understood by the judges before the contest begins).

7.7.13.2  Contest directors shall facilitate the return of judges' rating sheets to directors immediately following the close of the contest, but in no case later than seven days following the close of the contest.

## 7.8 JUDGES

7.8.1  **Selection of Judges.** All judges shall be selected and contracted by the Music Committee or its designate from a list of approved adjudicators compiled by the NSAA. It is recommended that a judge who has given private instruction to an individual contestant during the current year not be allowed to rate or criticize that individual contestant in contest solo events.

7.8.2  **Number of Judges.** All solos and small ensembles shall be judged by one judge and all large ensembles shall be judged by three judges.

7.8.3  **Regulations and Instructions to Judges:**

a. All judges shall be expected to become acquainted with and to cooperate with the rules of the contest in rendering fair, accurate and constructive judgment.

b. All judges shall be expected to conduct themselves in a professional manner. Judges shall not fraternize with directors or discuss contest performances with unofficial persons. Judges shall not in any way communicate with other judges in large ensemble events during a contest performance.

c. If contest rules are violated, the judge shall rate the contestant without prejudice but shall make note of the alleged violation on the judges sheet. It shall be the duty of the District Contest Director to make final ruling on the alleged violation.

d. Adjudicators shall be guided by the following definitions of ratings:
   1. Division I shall represent an outstanding performance.
   2. Division II shall represent an excellent performance that is outstanding in some respects.
   3. Division III shall represent a good average performance but not outstanding in any respects.
   4. Division IV shall represent a below average performance in most respects.
   5. Division V shall represent a poor performance.

e. Official judging sheets as supplied by the Nebraska School Activities Association shall be used for all events. Adjudicators shall submit prepared and rated judging sheets at the finish of each event, or at the finish of each session.

f. The ratings of the three judges used for concert performance shall be averaged to determine the final rating as follows:

| I | | | II | | | III | | | IV | | | V | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 2 | 2 | 1 | 3 | 3 | 1 | 4 | 4 | 1 | 5 | 5 |
| 1 | 1 | 2 | 1 | 2 | 3 | 1 | 3 | 4 | 1 | 4 | 5 | 2 | 5 | 5 |
| 1 | 1 | 3 | 1 | 2 | 4 | 1 | 3 | 5 | 2 | 4 | 4 | 3 | 5 | 5 |
| 1 | 1 | 4 | 1 | 2 | 5 | 2 | 3 | 3 | 2 | 4 | 5 | 4 | 5 | 5 |
| 1 | 1 | 5 | 2 | 2 | 2 | 2 | 3 | 4 | 3 | 4 | 4 | 5 | 5 | 5 |
| | | | 2 | 2 | 3 | 2 | 3 | 5 | 3 | 4 | 5 | | | |
| | | | 2 | 2 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | | | |
| | | | 2 | 2 | 5 | 3 | 3 | 4 | 4 | 4 | 5 | | | |

7.8.4  **Points of Judging:**  Each of the adjudicator's scoring sheets provide for the rating of appropriate solo or ensemble performance elements using the following scoring definitions:

1 Point – Consistently outstanding
2 Points – Strong; Occasional inconsistencies
3 Points – Repeatedly inconsistent
4 Points – Consistently Weak
5 Points – Unacceptable

Adjudicator's scoring sheets comprised of 7-performance elements employ the following rating system to convert the ballot's total points into a final Division Rating:

| Total Points | | Final Rating |
|---|---|---|
| 7-10 | ———————————— | Division   I |
| 11-17 | ———————————— | Division  II |

Petitioner's Exhibit B
Page 69 of 76

| 18-24 | ------------------------ | Division III |
| 25-31 | ------------------------ | Division IV |
| 32+ | ------------------------ | Division  V |

Adjudicator's scoring sheets comprised of 9-performance elements employ the following rating system to convert the ballot's total points into a final Division Rating:

| Total Points | | Final Rating |
| --- | --- | --- |
| 9-13 | ------------------------ | Division   I |
| 14-22 | ------------------------ | Division  II |
| 23-31 | ------------------------ | Division III |
| 32-40 | ------------------------ | Division IV |
| 41+ | ------------------------ | Division  V |

Adjudicator's scoring sheets comprised of 11-performance elements employ the following rating system to convert the ballot's total points into a final Division Rating:

| Total Points | | Final Rating |
| --- | --- | --- |
| 11-16 | ------------------------ | Division   I |
| 17-27 | ------------------------ | Division  II |
| 28-38 | ------------------------ | Division III |
| 39-49 | ------------------------ | Division IV |
| 50+ | ------------------------ | Division  V |

Appropriate scoring sheet captions for District Music Contest Points of Judging are selected from the following performance elements:

7.8.4.1   **Tone.** Beauty of tone along with control, characteristic timbre, maturity, energy, blend and tuning or vibrato where appropriate, of the various instruments/voices and group as a whole.

7.8.4.2   **Intonation.**   The individual's/group's tonality awareness and pitch center in relation to scales, intervals, chords and unisons - where appropriate.

7.8.4.3   **Precision.**   The individual's/group's performance accuracy to the printed page:   rhythms - note/rest values; bowings; duration, beat - pulse/steadiness; correctness of meters; ensemble feel - where appropriate.

7.8.4.4   **Technique.** The individual's/group's performance related to percussion: stickings, rudiments, rolls – rudimental/orchestral, body/hand/instrument positions.

7.8.4.5   **Facility.** The individual's/group's ease of performing: fingerings/positions/bowings/shifts/printed notes; articulations; breathing/phrasing; posture; instrumental or vocal dexterity; and attacks/releases.

7.8.4.6   **Balance.**   The group's harmonious adjustment of volume and timbre between instruments or voices applied to: voices/sections/ensemble, and melodies/harmonies/accompaniments.

7.8.4.7   **Expression and Interpretation.** The individual's/group's:   phrase shape, style contrasts in tempo/dynamics/articulation, feel for the musical line and textual inflection - where appropriate.

7.8.4.8   **Diction.** The individual's/group's overall enunciation with clarity of consonants, purity/naturalness of vowels, diphthongs, syllabic inflection and stylizations.

7.8.4.9   **Other Factors.**   Additional aesthetic considerations pertinent to the type of solo or ensemble ranging from: choice of music, discipline, stage presence/appearance, poise, feeling of ensemble, arrangements, musical variety, sequencing, pacing, showmanship, energy, facial projection, time/rhythmic feel, fills, back-up, instrumentation, accompaniment, effects, grace, tuning, and memorization – if required.

7.8.4.10   **For Directors Only.**   Critiques (which should be noted on a page separate from the scoring sheet) shall be directed to the instructor.

## 7.9 AWARDS

7.9.1    Awards to students and groups shall be governed by Article 2.15, Awards to Students and Schools.

# Journalism Bylaws—Article 8

## 8.1 PURPOSE

Petitioner's Exhibit B
Page 70 of 76

8.1.1    The purpose of the activity of Journalism shall be to establish a closer relationship among high school publications in the state, to furnish an opportunity for the discussion of problems, and to establish standards for high school journalism.

## 8.2 FEES

8.2.1    A school shall indicate its intention to participate in Journalism by paying the annual activity registration fee.

## 8.3 ADVISORY COMMITTEE

8.3.1    An advisory committee composed of high school journalism instructors who are members of the Nebraska High School Press Association shall be appointed by the Board of Directors of the NSAA.

8.3.2    The advisory committee shall have power, with the approval of the Executive Director, to designate specific journalism advisors as directors of contests and clinics.

## 8.4 STUDENT ELIGIBILITY

8.4.1    Participation by students in any journalism contest shall be governed by the Article 2, Bylaws Governing All Activities, except writing for remuneration does not cause ineligibility.

8.4.1.1    **Certificate of Eligibility.** Prior to the first date permitted for interschool competition in each activity, each member school shall submit an on-line list of all students participating and eligible to participate in each activity.

## 8.5 CONTESTS AND CLINICS

8.5.1    The Board of Directors may divide the state into divisions for the purpose of district and subdistrict meetings and clinics.

8.5.2    The advisory committee shall be authorized to arrange for an Interscholastic Journalism Contest and a clinic to be held in connection with the annual convention of the Nebraska High School Press Association.

8.5.2.1    The regulations governing such contest and clinic shall be approved by the Executive Director of the NSAA.

8.5.3    All other interscholastic contests relating to Journalism shall be approved by the Executive Director of the NSAA.

## 8.6 CLASSIFICATION

8.6.1    Classification shall be based on the enrollment in grades nine, ten, and eleven according to the enrollment figures submitted to the Department of Education on the last Friday in September of the preceding school year.
2.13.1 The Board of Directors shall have the authority to divide the members into classes and place the member schools into these classes for competition in each activity sponsored by the Association.

## 8.7 AWARDS

8.7.1    Awards presented to students and schools shall be governed by award rules Article 2.15, Awards to Students and Schools.

# Middle Level Activities Bylaws—Article 9

## 9.1 PURPOSE

9.1.1    The primary goal of seventh and eighth grade activities programs is participation. The purpose should be to encourage and promote participation of all students in a variety of activities; every student who chooses to participate should be granted that opportunity.

## 9.2 MEMBERSHIP

9.2.1    Whenever a school system has a high school that becomes a member of the Nebraska School Activities Association, all interscholastic activities involving students enrolled in grades above the sixth shall be enrolled and governed by the rules of the NSAA. A membership fee shall be assessed for each high school and each school including grades seven and/or eight.

9.2.2    Any other school system operating any single grade or combination of grades seven and eight may apply for an associate membership under the condition that, if accepted, it shall comply with all regulations of the association including the payment of the annual membership fee.

9.2.3    Membership of schools involving grades seven and/or eight shall be termed associate memberships. Associate memberships may be acquired upon proper application, agreement to be governed by the rules, and payment of dues, with the understanding that associate members shall not acquire any voting rights or any vested interest in the assets of the association.

9.2.4    Each NSAA district shall appoint or elect one associate member to serve on a seventh and eighth grade

Petitioner's Exhibit B
Page 71 of 76

Advisory Committee. The seventh and eighth grade Advisory Committee shall meet at least once annually.

## *APPROVED RULINGS AND INTERPRETATIONS For 9.2.4*

*The term of office shall be three years and shall commence on August 1 succeeding the date of election. An alternate member of the Advisory Committee for Middle Level Activities shall be chosen in each district to succeed to membership on the Advisory Committee for Middle Level Activities in case of a vacancy in the district represented. The alternate member shall serve as the member of the Advisory Committee for Middle Level Activities of the district represented in all interschool controversies in which the member from that district has a special or personal interest.*

## 9.3 COACHING REGULATIONS

9.3.1 All coaches of programs involving students in grades seven and eight must be approved by the principal and superintendent.

## 9.4 CONSENT OF PARENT AND STUDENT

9.4.1 A student shall become eligible for practice and competition in each activity that is under the jurisdiction of the Nebraska School Activities Association when a certificate of consent, signed by the student and one of his/her parents or guardian, is on file with the principal. The certificate of consent shall contain an acknowledgement that the major rules and regulations governing the student's eligibility to participate in interscholastic activities have been disclosed to the student and his/her parent or guardian.

## 9.5 PHYSICAL EXAMINATION

9.5.1 Each student who expects to participate in athletic contests shall present to the superintendent or principal once each year, before actual participation in any interschool sport, a physician's certificate on a form recommended by the NSAA that he/she is physically fit for athletic participation.

9.5.2 The individual giving a physical examination for the purpose of certifying a student is physically fit to participate in athletic activities should be licensed to diagnose, treat, or recommend treatment in the areas covered by the recommended physical examination form. The individual giving a medical opinion must do so within the scope of his/her training and within the limits defined by state statutes as to services which can be legally performed by the field of practice to which the individual belongs.

9.5.3 The requirement that a student must have a physical examination once each year has been interpreted to mean the examination must be given during the school year in which the student participates or during the summer vacation period which precedes the school year in which the individual participates. A physical taken in the summer vacation period or anytime during the school year is good only to the end of the school year. Any physical taken May 1 or after will be considered a part of summer vacation.

9.5.4 The completed physical examination forms must be kept on file at the local school.

## 9.6 SUNDAY CONTESTS

9.6.1 No school that is a member of the NSAA shall be permitted to engage in any interschool contest on Sunday.

## *APPROVED RULINGS AND INTERPRETATIONS For 9.6.1*

*A middle school that has been participating in Sunday competition in the past and whose governing board permits Sunday competition may petition the NSAA for approval for that school to engage in Sunday competition.*

## 9.7 DECEMBER MORATORIUM

9.7.1 For five consecutive days in December, there shall be no practice and no interschool competition by individuals or teams in any athletic activity sponsored by the Nebraska School Activities Association. The specific dates for each five-day period will be set by the Board of Directors for three years in advance.

[The moratorium is to include December 24 and 25 and the 5-days must be consecutive for all activities.]

## 9.8 CONTEST LIMITS

Note: Contest limitations are defined by the Nebraska Department of Education in Rule 10 and Rule 14. Those limits are as follows:

9.8.1 No student in grades seven or eight participates in interscholastic athletic contests between schools within a school system or between school systems which exceed six games in football, fourteen matches in volleyball, twelve games in basketball, eight meets in wrestling, eight meets in track and field, and eight contests in all

Petitioner's Exhibit B
Page 72 of 76

other activities.  Contest limits shall be based on the total number of contests played.  Each game, match, or meet played in a tournament shall count as one of the contests permitted within these contest limits.

Q.  Are 7th and 8th graders permitted to participate in school sponsored sports and in non-school sponsored sports simultaneously?

A.  Yes, 7th and 8th graders are permitted to participate on non-school teams and in non-school competition while also participating on a school team.

## 9.9 ELIGIBILITY REQUIREMENTS

9.9.1    Each school shall adopt and enforce a scholastic eligibility rule for seventh and eighth grades. That local scholastic policy shall govern students for seventh and eighth grade interscholastic competition.

9.9.2    A student shall become eligible for four semesters of junior high/middle school activities participation beginning with his/her initial enrollment in grade seven.

9.9.3    No student who has attained the age of fifteen years shall be eligible for junior high/middle school interschool competition except as follows: a student who becomes fifteen years of age on or after August 1 shall be eligible on the basis of age until the end of the current school year.

**Note:  Questions relevant to 6th grade participation shall be directed to the Nebraska Department of Education.**

## 9.10 COOPERATIVE SPONSORSHIP

9.10.1   If a member junior high/middle school does not offer a particular activity program, it is permissible for that school to enter into a cooperative sharing agreement with another school that does offer the program.

## 9.11 SPORTSMANSHIP

9.11.1   Schools shall adopt a local policy to govern sportsmanship for junior high/middle school level.

Petitioner's Exhibit B
Page 73 of 76

# 2015-2016 NSAA SCHOOL MEMBERSHIP

Schools are listed in order by district.    The number with each school is that school's official enrollment figure for the 2015-2016 school year.    The number is used for classification in all NSAA athletic activities. (Note: Enrollment figures for single-sex schools are divided in half for non-athletic activities.)

## SUMMARY OF DISTRICTS - SCHOOL, TOTAL ENROLLMENT

District I - 51 Schools, 14,697 Enrollment

District II - 85 Schools, 39,330 Enrollment

District III - 57 Schools, 6,106 Enrollment

District IV - 59 Schools, 10,087 Enrollment

District V - 24 Schools, 2,104 Enrollment

District VI - 27 Schools, 3,437 Enrollment

**Total Schools 303, Total Enrollment 75,761**

### DISTRICT I

| | |
|---|---|
| Aurora | 277 |
| Beatrice | 506 |
| Bruning-Davenport | 40 |
| Centennial | 100 |
| College View Academy | 45 |
| Crete | 389 |
| Deshler | 66 |
| Diller-Odell | 66 |
| Dorchester | 38 |
| Exeter-Milligan | 49 |
| Fairbury | 189 |
| Fillmore Central | 113 |
| Freeman | 88 |
| Friend | 68 |
| Giltner | 53 |
| Hampton | 43 |
| Harvard | 72 |
| Heartland | 71 |
| Johnson County Central | 124 |
| Lawrence-Nelson | 58 |
| Lewiston | 40 |
| Lincoln Christian | 138 |
| Lincoln East | 1236 |
| Lincoln High | 1262 |
| Lincoln Lutheran | 126 |
| Lincoln North Star | 1514 |
| Lincoln Northeast | 1055 |
| Lincoln Pius X | 895 |
| Lincoln Southeast | 1568 |
| Lincoln Southwest | 1357 |
| Malcolm | 120 |
| McCool Junction | 57 |
| Meridian | 47 |
| Milford | 164 |
| Nebraska Lutheran | 73 |
| Norris | 481 |
| Parkview Christian | 34 |
| Pawnee City | 75 |
| Raymond Central | 142 |
| Sandy Creek | 105 |
| Seward | 375 |
| Shickley | 20 |
| Southern | 98 |
| Sterling | 52 |
| Superior | 100 |
| Sutton | 93 |
| Thayer Central | 86 |
| Tri County | 76 |
| Waverly | 429 |
| Wilber-Clatonia | 118 |

| | |
|---|---|
| York | 306 |
| **Total** | **14,697** |

### DISTRICT II

| | |
|---|---|
| Aquinas Catholic | 120 |
| Archbishop Bergan | 74 |
| Arlington | 146 |
| Ashland-Greenwood | 189 |
| Auburn | 174 |
| Bellevue East | 1121 |
| Bellevue West | 1248 |
| Bennington | 328 |
| Bishop Neumann | 140 |
| Blair | 554 |
| Boys Town | 207 |
| Cedar Bluffs | 59 |
| Clarkson | 45 |
| Columbus | 822 |
| Columbus Lakeview | 195 |
| Columbus Scotus | 199 |
| Conestoga | 146 |
| Cornerstone Christian | 29 |
| Creighton Preparatory School | 1554 |
| Cross County | 100 |
| David City | 162 |
| Douglas County West | 205 |
| East Butler | 80 |
| Elkhorn | 651 |
| Elkhorn South | 838 |
| Elmwood-Murdock | 105 |
| Falls City | 188 |
| Falls City Sacred Heart | 53 |
| Fort Calhoun | 159 |
| Fremont | 1020 |
| Fullerton | 70 |
| Gretna | 709 |
| High Plains Community | 63 |
| Howells-Dodge | 73 |
| Humboldt-Table Rock-Steinauer | 89 |
| Humphrey | 66 |
| Humphrey St. Francis | 50 |
| Johnson-Brock | 61 |
| Leigh | 32 |
| Lindsay Holy Family | 22 |
| Logan View | 121 |
| Louisville | 131 |
| Lourdes Central Catholic | 73 |
| Lyons-Decatur Northeast | 55 |
| Mead | 47 |
| Millard North | 1866 |
| Millard South | 1596 |
| Millard West | 1838 |

| | |
|---|---|
| Mount Michael Benedictine | 372 |
| Nebraska City | 311 |
| North Bend Central | 141 |
| Oakland-Craig | 98 |
| Omaha Benson | 864 |
| Omaha Brownell-Talbot | 113 |
| Omaha Bryan | 1286 |
| Omaha Burke | 1587 |
| Omaha Central | 1861 |
| Omaha Christian Academy | 59 |
| Omaha Concordia | 219 |
| Omaha Duchesne Academy | 486 |
| Omaha Gross Catholic | 298 |
| Omaha Marian | 1056 |
| Omaha Mercy | 628 |
| Omaha North | 1252 |
| Omaha Northwest | 1249 |
| Omaha Roncalli Catholic | 287 |
| Omaha Skutt Catholic | 532 |
| Omaha South | 1893 |
| Omaha Westside | 1447 |
| Osceola | 60 |
| Palmyra | 90 |
| Papillion-La Vista | 1296 |
| Papillion-La Vista South | 1265 |
| Platteview | 282 |
| Plattsmouth | 396 |
| Ralston | 733 |
| Schuyler | 351 |
| Scribner-Snyder | 52 |
| Shelby-Rising City | 91 |
| Syracuse | 170 |
| Tekamah-Herman | 132 |
| Twin River | 105 |
| Wahoo | 209 |
| Weeping Water | 77 |
| Yutan | 109 |
| **Total** | **39,330** |

### DISTRICT III

| | |
|---|---|
| Ainsworth | 115 |
| Allen | 57 |
| Bancroft-Rosalie | 55 |
| Battle Creek | 114 |
| Bloomfield | 51 |
| Boone Central | 138 |
| Chambers | 24 |
| Clearwater-Orchard | 77 |
| Creighton | 79 |
| Crofton | 91 |
| Elgin | 40 |

Petitioner's Exhibit B
Page 74 of 76

| | |
|---|---|
| Elkhorn Valley | 60 |
| Emerson-Hubbard | 57 |
| Ewing | 27 |
| Guardian Angels Central Catholic | 88 |
| Hartington-Newcastle | 85 |
| Hartington Cedar Catholic | 102 |
| Homer | 110 |
| Keya Paha County | 16 |
| Laurel-Concord-Coleridge | 84 |
| Lutheran High Northeast | 89 |
| Lynch | 19 |
| Madison | 136 |
| Neligh-Oakdale | 91 |
| Newman Grove | 43 |
| Niobrara | 41 |
| Norfolk | 914 |
| Norfolk Catholic | 147 |
| Omaha Nation | 77 |
| O'Neill | 168 |
| Osmond | 61 |
| Pender | 72 |
| Pierce | 154 |
| Plainview | 92 |
| Ponca | 105 |
| Pope John | 45 |
| Randolph | 57 |
| Riverside | 53 |
| Rock County | 50 |
| Santee | 34 |
| South Sioux City | 864 |
| St. Edward | 36 |
| St. Mary's | 42 |
| Stanton | 113 |
| Stuart | 40 |
| Verdigre | 36 |
| Wakefield | 95 |
| Walthill | 77 |
| Wausa | 50 |
| Wayne | 195 |
| West Boyd | 53 |
| West Holt | 87 |
| West Point-Beemer | 186 |
| Winnebago | 111 |
| Winside | 49 |
| Wisner-Pilger | 116 |
| Wynot | 38 |
| **Total** | **6,106** |

## DISTRICT IV

| | |
|---|---|
| Adams Central | 241 |
| Amherst | 82 |
| Anselmo-Merna | 48 |
| Ansley | 31 |
| Arcadia | 37 |
| Arnold | 24 |
| Arthur County | 24 |
| Brady | 55 |
| Broken Bow | 174 |
| Burwell | 78 |
| Callaway | 42 |
| Central City | 158 |
| Central Valley | 63 |
| Centura | 94 |
| Cozad | 208 |
| Doniphan-Trumbull | 108 |
| Elba | 27 |
| Elm Creek | 72 |
| Gibbon | 128 |
| Gothenburg | 226 |
| Grand Island | 1814 |
| Grand Island Central Catholic | 127 |
| Hastings | 778 |
| Hastings St. Cecilia | 107 |
| Heartland Lutheran | 55 |
| Hershey | 129 |
| Kearney | 1043 |
| Kearney Catholic | 149 |
| Kenesaw | 67 |
| Lexington | 615 |
| Litchfield | 24 |
| Loup City | 78 |
| Loup County | 18 |
| Maxwell | 59 |
| McPherson County | 20 |
| Nebraska Christian | 88 |
| North Platte | 884 |
| North Platte St. Patrick's | 80 |
| Northwest | 537 |
| Ogallala | 216 |
| Ord | 145 |
| Overton | 69 |
| Palmer | 50 |
| Paxton | 53 |
| Perkins County | 92 |
| Pleasanton | 52 |
| Ravenna | 104 |
| Sandhills | 27 |
| Sargent | 46 |
| Shelton | 72 |
| Silver Lake | 40 |
| Spalding Academy | 26 |
| St. Paul | 141 |
| Stapleton | 44 |
| Sumner-Eddyville-Miller | 50 |
| Sutherland | 81 |
| Wallace | 45 |
| Wheeler Central | 25 |
| Wood River | 117 |
| **Total** | **10,087** |

## DISTRICT V

| | |
|---|---|
| Alma | 56 |
| Arapahoe | 72 |
| Axtell | 64 |
| Bertrand | 66 |
| Blue Hill | 69 |
| Cambridge | 71 |
| Chase County | 139 |
| Dundy County Stratton | 75 |
| Elwood | 46 |
| Eustis-Farnam | 53 |
| Franklin | 72 |
| Hayes Center | 19 |
| Hitchcock County | 51 |
| Holdrege | 272 |
| Loomis | 46 |
| Maywood | 36 |
| McCook | 363 |
| Medicine Valley | 56 |
| Minden | 169 |
| Red Cloud | 45 |
| Southern Valley | 101 |
| Southwest | 73 |
| Wauneta-Palisade | 41 |
| Wilcox-Hildreth | 49 |
| **Total** | **2,104** |

## DISTRICT VI

| | |
|---|---|
| Alliance | 363 |
| Banner County | 33 |
| Bayard | 87 |
| Bridgeport | 109 |
| Chadron | 176 |
| Cody-Kilgore | 44 |
| Crawford | 52 |
| Creek Valley | 56 |
| Garden County | 51 |
| Gering | 460 |
| Gordon-Rushville | 148 |
| Hay Springs | 32 |
| Hemingford | 92 |
| Hyannis | 34 |
| Kimball | 122 |
| Leyton | 62 |
| Minatare | 46 |
| Mitchell | 144 |
| Morrill | 69 |
| Mullen | 52 |
| Potter-Dix | 40 |
| Scottsbluff | 663 |
| Sidney | 276 |
| Sioux County | 19 |
| South Platte | 41 |
| Thedford | 19 |
| Valentine | 147 |
| **Total** | **3,437** |

Petitioner's Exhibit B
Page 75 of 76

Petitioner's Exhibit B
Page 76 of 76

## NEBRASKA SCHOOL ACTIVITIES ASSOCIATION

500 Charleston St., Suite 1
Lincoln, Nebraska 68508
Phone: 402-489-0386
Fax: 402-489-0934
Website: www.nsaahome.org

## BACKGROUND AND AUTHORITY

This 2015-2016 NSAA OFFICIALS' MANUAL has been prepared to provide information for officials concerning registration and certification, plus general rules and regulations concerning officials and their responsibilities toward the Nebraska School Activities Association and its member schools.

The NSAA was formed to regulate competition between schools. Rules and regulations have therefore been developed in the area of officials and officiating. NSAA bylaws stipulate that only NSAA registered officials may be used by member schools for varsity competition in: baseball, basketball, football, soccer, softball, track & field, volleyball, and wrestling. The NSAA recommends the use of registered swimming & diving officials and requires two registered swimming & diving officials for its championship meets. The NSAA staff has the responsibility of registering officials by providing member schools with a current roster of eligible game officials. All addresses, phone numbers, and email addresses submitted will be provided in the form of an online directory to all member schools.

Officiating is a difficult avocation and is not suited for everyone. An effective official must possess certain characteristics such as confidence, calmness, consistency, good judgment, cooperation, knowledge of the rules, duties and mechanics, professional appearance, top conditioning, a thick skin, sense of humor and courage.

The rules of athletics are difficult to read, understand and interpret. To achieve officiating excellence, an official must combine knowledge of the rules and the game itself with proper officiating mechanics. It is the responsibility of the official to assure each participant in the contest a fair chance to succeed.

Officials performing their duties are expected to be fair and competent. The conduct of such officials shall be in accordance with the policies and procedures of the Nebraska School Activities Association.

## NSAA STAFF

**Dr. Jim Tenopir, Interim Executive Director -** Overall administration, coordination of staff and programs.
Email: jtenopir@nsaahome.org

**Jon Dolliver, Assistant Director -** Supervisor and Coordinator of Officials. Rules interpretations for basketball and cross country.
Email: jdolliver@nsaahome.org

**Dan Masters, Assistant Director -** Rules interpretations for softball and baseball.
Email: dmasters@nsaahome.org

**Jennifer Schwartz, Assistant Director -** Rules interpretations for volleyball and swimming & diving.
Email: jschwartz@nsaahome.org

**Nate Neuhaus, Assistant Director -** Rules interpretations for football and track & field.
Email: nneuhaus@nsaahome.org

**Ron Higdon, Assistant Director -** Rules interpretations for wrestling and soccer.
Email: rhigdon@nsaahome.org

**Ashton Honnor, Administrative Assistant -** Contact person for officials' registration, requirements, test scores, classifications and online entry.
Email: ahonnor@nsaahome.org

Petitioner's Exhibit C
Page 1 of 16

## NEBRASKA SCHOOL ACTIVITIES ASSOCIATION

**TABLE OF CONTENTS**

BACKGROUND AND AUTHORITY ........................................................................1
NSAA STAFF ....................................................................................................1
NSAA ATHLETIC BYLAWS 3.12 – OFFICIALS ..........................................2-3
CONTRACTS...................................................................................................3-4
NSAA REGULATIONS GOVERNING OFFICIALS.......................................4
REGISTRATION PROCEDU RES .....................................................................4
APPLICATION DATES AND DEADLINES.....................................................4
HOW TO BECOME REGISTERED...................................................................5
OFFICIATING RULES MATERIALS ...............................................................5
NSAA RULES MEETINGS ...............................................................................5
NSAA TESTS FOR OFFICIALS ......................................................................5
OPEN BOOK TESTS.........................................................................................6
SUPERVISED TESTS .......................................................................................6
CLASSIFICATIONS ..........................................................................................6
NSAA OFFICIAL'S CLASSIFICATION CHART ............................................7
PROBATION......................................................................................................8
NATIONAL FEDERATION (NFHS) AND NSAA RULES ..............................8
NSAA OFFICIALS' UNIFORM.........................................................................9
SPORTSMANSHIP BYLAWS & APPROVED RULINGS ...........................10-11
SELECTION OF OFFICIALS FOR DISTRICT AND STATE CONTESTS ..................12
CONFLICT OF INTEREST................................................................................12
AFFILIATE REGISTRATION IN OTHER STATES ......................................13
ADDRESSES OF RECIPROCATING ASSOCIATIONS.............................13-14
NSAA DUE PROCESS PROCEDURE ........................................................14-15
A CODE OF ETHICS FOR ATHLETIC OFFICIALS....................................16

### NSAA ATHLETIC BYLAWS - OFFICIALS

**3.12.1**    **Approved Athletic Officials.** The Executive Director shall prepare a list of registered officials who shall be available for officiating games between the member high schools of the Association.

**3.12.2**    **Officials for Varsity Contests.** Only those officials who are registered with the Association and are classified as registered, approved or certified may be used by member high schools to officiate varsity competition in football, baseball, basketball, wrestling, soccer, softball and volleyball competition and start track & field meets.

**3.12.3**    **Competing Schools' Approval of Officials.** Officials for competitive contests shall not be chosen from cities and towns whose schools are represented without mutual consent. A list of officials agreed by consenting teams should be furnished to the visiting team(s) at least five days in advance of the scheduled contests.

**3.12.3.1**    Before the host school contracts officials for varsity contests, the visiting school must be given the opportunity to approve or disapprove the officials. If the visiting team disapproves the officials, they should not be contracted.

**3.12.3.2**    No penalty will be assessed against a school if it refuses to play a contest because it did not have the opportunity to approve the officials.

2

**3.12.3.3**   If the officials have been approved and accepted the contract, the contract cannot be voided unless there is an emergency or there is a mutual agreement between the officials and the contracting school.

**3.12.4**   **Protests.**

**3.12.4.1**   Protests based upon the eligibility of players will be considered by the Executive Director and Board of Directors.

**3.12.4.2**   Protests based upon play situations and situations, which involve judgment on the part of game officials, will not be considered.

### CONTRACTS

Once registered, a game official serves as an independent contractor. He or she is not an employee of the NSAA or member school when serving as an official and has no other benefits consistent with NSAA employment, while arranging for contests at member schools. The following rules and regulations shall be understood and followed:

1.   All officials shall sign contracts.

2.   **Substitution shall not be made unless consent is received from competing schools.**

3.   Officials must honor contracts regardless of inconvenience or financial loss. Once an official has accepted a contract for a game, he or she should not ask to be released from that contract in order to accept a more lucrative assignment.

4.   If an official has been convicted of any crime involving moral turpitude or has committed any act, which subjects the NSAA or its member schools to public embarrassment or ridicule, the contract is null and void. Officials shall comply with the NSAA regulations and NFHS Code of Ethics as presented in the 2015-2016 NSAA Officials' Manual (on back page).

5.   Officials may join local associations that require membership fees and assign officials for contests. These dues/fees paid to associations and/or assigners are separate from the NSAA and are not a requirement to work NSAA contests.

6.   An official shall not provide unwarranted, derogatory news media releases or interviews regarding contests, schools, or other officials.

7.   If any official fails to complete registration and does not notify schools with which he or she has contracts, the official shall not be allowed to register the following year.

8.   In case of a broken contract, the amount of the fee, exclusive of mileage, shall be paid by the offending party to the offended party, except when a contract is broken because of reasons beyond the control of either party or by mutual consent.

9.   Before the host school contracts officials for a varsity contest, the visiting school must be given the opportunity to approve or disapprove the officials. If the visiting school disapproves of the officials, they cannot be contracted. No penalty will be assessed against a school if it refuses to play a contest because it did not have the opportunity to approve the officials. If the officials have been approved and have accepted the contract, the contract cannot be voided unless there is an emergency or there is a mutual agreement between the game officials and the contracting schools.

3

Petitioner's Exhibit C
Page 3 of 16

10.   A contract shall be null and void: (a) If either the school or the official becomes suspended from the NSAA; (b) If due to a merger, consolidation, school closing or cooperative sponsorship, the school ceases to have a program in the activity for which the contract was written; (c) If a high school cancels its entire schedule in the sport for which the contract was written prior to the date of first permitted contest.

An official accused by a member school of non-compliance with these regulations shall be granted a hearing as indicated under the NSAA Due Process Procedure of the Association's Constitution.

## NSAA REGULATIONS GOVERNING OFFICIALS

**Nebraska Residents:**  An official whose legal residence is in Nebraska must be registered with the NSAA in order to officiate high school varsity games in Nebraska.

In order to complete registration requirements, all officials must agree to abide by the following NSAA regulations:
1.   Submit proper application fee and complete NSAA officials' application form.
2.   View the 2015-2016 NSAA online rules meeting held in the sport the official desires to officiate.
3.   Submit open book test by proper date and receive a passing score of 80% or higher.
4.   Only NSAA registered officials shall officiate varsity high school contests.

## REGISTRATION PROCEDURES

In June of each year, the NSAA office emails each official registered in any sport the previous year the registration information for the upcoming year.  Registration materials are available to print from the NSAA website (nsaahome.org).  Registration by credit card is available on the NSAA website.

## APPLICATION DATES AND DEADLINES

Officials are urged to register online as early as possible to insure receiving the materials in sufficient time to complete the registration process.

| Sport | Registration Fee | Part 1 Test, Rules Books, and Other Info Mailed | Registration Deadline for New Officials | Registration Deadline for Officials Previously Registered | Late Registration for Previously Registered Officials (Add $10.00 Late Fee) | Part 1 Test Due |
|---|---|---|---|---|---|---|
| **Softball** | $45.00 | July/August | August 14 | July 31 | Aug. 1-14 | August 14 |
| **Football** | $45.00 | July/August | August 21 | July 31 | Aug. 1-21 | August 21 |
| **Volleyball** | $45.00 | July/August | August 28 | July 31 | Aug. 1-28 | August 28 |
| **Basketball** | $45.00 | Oct./Nov. | November 20 | October 31 | Nov. 1-20 | November 20 |
| **Wrestling** | $45.00 | Oct./Nov. | November 20 | October 31 | Nov. 1-20 | November 20 |
| **Swimming & Diving** | $45.00 | Oct./Nov. | November 20 | October 31 | Nov. 1-20 | November 20 |
| **Baseball** | $45.00 | Jan./Feb. | March 11 | February 29 | March 1-11 | March 11 |
| **Soccer** | $45.00 | Jan./Feb. | March 11 | February 29 | March 1-11 | March 11 |
| **Track & Field** | $45.00 | Jan./Feb. | March 11 | February 29 | March 1-11 | March 11 |

4

Petitioner's Exhibit C
Page 4 of 16

## HOW TO BECOME REGISTERED

An official must make application, pay the application fee, view the 2015-2016 NSAA online rules meeting, and score the required percentage on the Part 1 test **EACH YEAR** for each sport in which he or she wishes to officiate in order to officiate high school varsity football, volleyball, softball, basketball, wrestling, swimming & diving, baseball, soccer, or start a track & field meet in Nebraska.

The registration fee of $45 for each sport covers the cost of rules books, Part 1 test, Part 2 test, insurance coverage through the National Federation of High Schools Officials Association, NFHS online educational opportunities and other communications coming from the NSAA office. Once registration is completed, and the Part 1 test deadline has passed, an official will receive a classification of Registered, Approved, or Certified. Details of classification will be explained later in this manual.

## OFFICIATING RULES MATERIALS

Officiating rules materials will be mailed to individuals who complete application, including payment of the proper fee. Football, volleyball, and softball materials will be mailed in **July/August**; basketball, wrestling, and swimming & diving in **October/November**; soccer, baseball, and track & field materials will be mailed in **January/February**. These materials generally include the NFHS official rules publications and other information pertinent to the individual sport.

## NSAA ONLINE RULES MEETINGS

Viewing the online rules meeting is mandatory for an official registering in a sport. Any official who does not view the online pre-season rules meeting shall not be allowed to complete registration.

NSAA rules meetings are offered just prior to the start of the sports seasons for the following sports: football, volleyball, softball, basketball, wrestling, swimming & diving, baseball, soccer, and track & field. Any official who does not view the NSAA online rules meeting in the sport he or she wishes to officiate shall not be eligible to officiate varsity contests.

**The NSAA will offer free online rules meetings for a limited time period for 10 activities.** During the two week "no charge" period, head coaches, judges and officials will be able to login to the NSAA website by using a passcode to access the required rules meeting.

**Failure to complete the online rules meeting will prevent officials from completing the registration process and thus, officiating varsity contests.**

Head coaches in the above listed sports are also required to view the rules meeting.

## NSAA TESTS FOR OFFICIALS

The NSAA sponsors two National Federation tests in each sport – the Part 1 and Part 2 tests.  The exceptions to this are swimming & diving and track & field, which only have the Part 1 test. **All officials must complete the Part 1 test online.** After the NSAA has received payment for registration, each official will be issued a passcode that will be included with the officiating materials. This passcode will allow each official exclusive access to the officials section of the NSAA website. An official will be able to take the Part 1 test and the Part 2 test, enter their officiating schedule, read observations, apply for and accept contracts for sub-district, district, sub-state and state contests online.

Petitioner's Exhibit C
Page 5 of 16

## PART 1 TEST

All officials are required to take the Part 1 test each year. The test must be completed online by the due date.

| Sport | Due Date |
|---|---|
| Softball | August 14 |
| Football | August 21 |
| Volleyball | August 28 |
| Basketball | November 20 |
| Wrestling | November 20 |
| Swimming & Diving | November 20 |
| Baseball | March 11 |
| Soccer | March 11 |
| Track & Field | March 11 |

**The Part 1 test must be completed by midnight of the due date.** Upon receipt of the completed Part 1 test with a score of at least **80% for Registered officials, 85% for Approved officials, and 90% for Certified officials**, plus verification that the official has viewed the online rules meeting, the official will become eligible to work varsity contests. Registration is not complete and an official is not eligible to officiate until the Part 1 test is submitted at the proper time with a passing score.

## PART 2 TEST

Opportunities will be given to all officials to take the Part 2 test in football, volleyball, softball, basketball, wrestling, soccer, and baseball. Officials are encouraged to improve their knowledge of the rules by taking the test. Officials lacking sufficient number of years of experience to move up in classification at the present time may take the Part 2 test now, and grades received will remain on record to be used when higher classification is possible. The Part 2 test is offered online for 6 days and has a 60 minute time limit. Only one score will be recorded per year.

Officials in the **Registered** classification are required to take the Part 2 test at least once every **five years** and score **65%** or better. Officials who hold the classification of **Approved** are required to take the Part 2 test once every **five years** and score **75%** or better. **Certified** officials are required to take the Part 2 test at least once every **three years** and score **80%** or better.

The year in which an official is required to complete the Part 2 test is listed on the NSAA website.

## OFFICIATING SCHEDULES

All officials are required to enter their complete varsity schedules and keep them up to date. The number of varsity contests worked are calculated directly from the games each official enters.

## CLASSIFICATIONS

Officials registered in football, volleyball, softball, basketball, wrestling, soccer, and baseball will be placed in one of three classifications. Swimming & diving and track & field officials will be placed in the Registered classification.

1.  **Registered.** An official enrolling for the first time will be placed in this classification. Requirements for the registered classification include:
    a.  View the NSAA online rules meeting.
    b.  Submit the Part 1 test for the current year and score 80% or higher.
    c.  Submit the Part 2 test within five years and score 65% or higher.

6

2. **Approved.** The requirements for this class are:
   a.   Be an NSAA Registered official for two successive years.
   b.   View the NSAA online rules meeting.
   c.   Submit the Part 1 test for the current year and score 85% or higher.
   d.   Submit the Part 2 test within the previous five years and score 75% or higher.
   e.   During the previous year, work at least four contests in football or volleyball, six matches in soccer, or eight contests in basketball, wrestling, softball or baseball. A wrestling tournament shall count as three contests. Only varsity high school contests shall be counted.

3. **Certified.** Requirements for the certified class are:
   a.   Be an NSAA Approved official for two successive years.
   b.   View the NSAA online rules meeting.
   c.   Submit the Part 1 test for the current year and score 90% or higher.
   d.   Submit the Part 2 test within the previous three years and score 80% or higher.
   e.   During the previous year, work at least four contests in football or volleyball, six matches in soccer, or eight contests in basketball, wrestling, softball or baseball. A wrestling tournament shall count as three contests. Only varsity high school contests shall be counted.

### NSAA Officials' Classification Chart

| Minimum Years Officiating | Classification | Minimum Part 1 Test Score | |
|---|---|---|---|
| 1 | R | 80 | Take the Part 2 test in 1st or |
| 2 | R | 80 | 2nd year & receive 75% or better. |
| 3 | A | 85 | |
| 4 | A | 85 | Take the Part 2 test in 3rd or 4th |
| 5 | C | 90 | year & receive 80% or better. |

An official must be aware of the Part 2 test requirement. Each official must take the Part 2 test at least once every five years. To continue as an official, an individual must score 65% or better on the Part 2 test within five years. Without a 65% or better in this five-year period, an official cannot register for his or her sixth year. Such an official could take the Part 2 test, however, make the specified score, and register the following year.

An official may be lowered in classification because of failure to make the required grade on tests or failure to work a sufficient number of varsity contests the previous year.

1. The Registered classification (requirements: each year score at least 80% on the Part 1 test; 65% on the Part 2 test once every five years after initial registration) is the lowest classification, and, therefore, an official cannot be lowered from this classification. **Failure to meet the requirements of the Registered class will prevent an official from working varsity games.** An official could remain in this classification indefinitely, assuming all requirements are met.

2. An Approved official must always score 85% or better on the Part 1 test, score 75% or better on the Part 2 test once every five years after initial registration, and meet the contest limitations of the sport. An official could remain in this classification indefinitely, assuming all requirements are met.

   An Approved official who scores between 80-84% on the Part 1 test and/or scores between 65-74% on the Part 2 test within the five-year period, will be lowered to the Registered classification. Approved status can be reached again by meeting the specified standards the following year.

3. A Certified official must always score 90% or better on the Part 1 test and score 80% or better on the Part 2 test within a three-year period and meet the varsity contest limitations of the sport.

7

A Certified official who scores between 85-89% on the Part 1 test and/or without a score of 80% or better on the Part 2 test within the past three-year period, shall be lowered to the Approved classification. Certified classification can be achieved again by meeting the specified standards the following year.

## PROBATION

The Association's three basic classifications of officials are Registered, Approved and Certified. A Probation classification has been added for use by the NSAA Executive Director in cases where extenuating circumstances prevent an official from meeting the registration requirements for his or her classification. An official could be on probation for one year, and will be carried as such in the NSAA listing of officials, and then shall be restored to the original classification, providing all requirements are met. **Probation refers only to fulfilling registration requirements and is not to be used as a reflection of an official's game-situation competency.**

Probation status requests can apply only to situations beyond a person's control. An official must request probationary status by writing to the NSAA Supervisor of Officials and stating the circumstances causing the official to fail to meet the requirements.

## OFFICIALS' ROSTERS

The names, addresses, phone numbers, and classification of all officials registered in football, volleyball, and softball will be posted online in **August/September**; officials registered in wrestling, swimming & diving, and basketball in **November/December**; officials registered in soccer, baseball, and track & field in **March**. These rosters will provide schools an up-to-date list of all officials and their classifications. Access to online rosters is limited to member schools and registered officials. Registered officials can access the roster of officials by clicking on the links section of their login page.

### NSAA Sports Officials' Patches

Each new official who completes the registration process will be sent two patches. These patches will be mailed to each official following the Part 1 test due date. The patch is to be worn on the front left side, approximately where a pocket would be. This patch is to be worn by all registered officials and is not sport or classification specific. The patch may be used for **all sports** in which the official is registered.

Additional patches are available to order from the NSAA by filling out the form posted online for a fee of $5.00 each.

### NATIONAL FEDERATION (NFHS) AND NSAA RULES

Officials working high school contests shall follow the National Federation (NFHS) rules.

Protests based upon eligibility of players will be honored by the NSAA Board of Directors, but protests based upon play situations and those which involve judgment on the part of game officials will not be accepted. Schools should mutually agree in advance on the officials to be used, and, after the contest has begun, the decisions of the officials are final.

The Association office has many discussions with officials and school personnel over play situations.

NSAA schools have been informed they should put in writing the specific details of any problems, grievances, etc., they have with serious officiating situations. This works the other way, too. Officials with a serious complaint about a school or school conduct during a contest should write to the NSAA office.

8

## NSAA OFFICIALS' UNIFORM

Officials have an obligation to the profession to dress appropriately. The first impression of an official's uniform should be impeccable. The uniform for all sports shall be clean, free of wrinkles, not faded or torn, and fit properly.

**Baseball** - Umpires shall wear heather gray slacks and a navy blue or black pullover shirt. (Collar and sleeve trim shall be red, white, with navy). All umpires on a crew **should be dressed alike**. When needed, a navy blue or black jacket or coat shall be worn. The hat is to be navy blue and a sized hat is recommended. A red turtleneck may be substituted for a shirt when wearing a coat. The trouser belt should be black or navy blue leather. Socks should be navy blue or black. The plate umpire should wear shoes designed for safety that include hard toes. The base umpire should wear the conventional oxford type baseball shoe. Primarily black shoes designed for umpiring should be worn and shined before each game.

**Basketball** - A short-sleeved, black and white striped "V" neck knit shirt, black pants, solid black shoes, black laces, black socks, shall be worn. The shirt shall be striped with either 1-inch or 2-inch vertical stripes. All officials must look have on the same stripe. A black nylon jacket may be worn during warm-ups. **The black nylon jacket must be without stripes on cuffs and collar and no logos.**

**Football** - Black and white vertically striped, long or short-sleeved knit shirt shall be worn. The shirts shall have either 1-inch stripes or a state association adopted shirt with a maximum of 2 ¼ inch stripes, a black knit cuff and Byron collar. All officials, in a given game, are to wear the same type shirt. Standard, all-white knickers shall be worn with a short overlap below the knee (not more than 4 inches). One-piece stockings with a modified northwestern stripe 9 ½ inch white, ½ inch black, 1 inch white, ½ inch black, ½ inch white are required. The width of the black showing below the knickers should be the same as the wide black band below the striping pattern. All black football shoes with black laces are required. Black baseball-style cap with white piping is required. For the purpose of identification, the referee shall wear a solid, white baseball-style cap. A black leather belt 1¼ to 2 inches wide with a plain buckle shall be worn. A black and white vertically striped jacket may be worn by all crew members. Uniforms should fit properly and be clean and neat. Shoes should be shined before each game.

Another, acceptable option for an entire crew is the black football officiating pants which may be worn with solid black socks. These pants may be worn with a long-sleeved or short-sleeved shirt. However both items must be worn by all crew members, meaning all crew must wear black pants and have all the same length of sleeves. Note that the only black pants that may be worn are the style made specifically for FB officiating and must have a one inch white stripe similar to the stripe shirt going down the outside of the pants.

**Softball** - Powder blue shirt, pullover or button style (but all crew members shall wear the same style shirt), heather gray slacks, jackets or sweaters and cap of navy blue are to be worn. Solid black shoes with no white or colored markings shall be required and should be shined before each game.

**Soccer** - Officials shall be dressed alike in the uniforms primarily consisting of yellow shirts with black stripes. In the event of a color conflict between the officials and either team, the officials are required to change to the co-alternate shirt of a color distinct from both teams. The co-alternate shirts are black with white pin stripes, red with black pin stripes or blue shirts. It is mandated that all officials working the contest wear the same color shirt. Officials shall wear black shorts, predominantly black shoes and black stockings with white stripes, and a solid black cap if worn.

**Swimming & Diving** - Officials shall wear an all-white, collared polo shirt and khaki slacks or shorts.

**Volleyball** - Officials shall wear an all white, short sleeved, collared polo shirt. Officials will also wear black slacks, solid black athletic shoes, and black socks.

9

Petitioner's Exhibit C
Page 9 of 16

**Wrestling** - Wrestling officials shall wear gray, short sleeved shirts with black pinstripes, black full-length trousers, black socks, solid black shoes and a black belt (if worn). Officials should also have a two-colored disk, a black lanyard with black whistle, red and green arm bands. The red armband should be worn on the left wrist and the red armband on the right wrist. The official should also carry a kit to conduct the random draw for duals.

## SPORTSMANSHIP BYLAWS AND APPROVED RULINGS

2.11        Penalties

2.11.3      Participant Ejections from Athletic Contests. Any participant ejected from a contest for unsportsmanlike conduct shall be ineligible for the next athletic contest at that level of competition and all other athletic contests at any level during the interim, in addition to the other penalties the NSAA or the school may assess.

***Approved Ruling 2.11.3*** Any participant ejected a second time during a season from a contest for unsportsmanlike conduct shall be ineligible for the next two contests at that level of competition and all other athletic contests at any level during the interim, in addition to other penalties the NSAA or school may assess. Any participant ejected a third time shall be ineligible for the next three contests at that level of competition and all other athletic contests at any level during the interim, in addition to other penalties the NSAA or school may assess. When schools have students or coaches with multiple ejections, the school shall submit to the NSAA a written management plan on how they plan to remediate the problem.

2.11.4      Coach Ejections from Athletic Contests. Any coach ejected from a contest for unsportsmanlike conduct shall be ineligible to coach the next athletic contest at that level of competition and all other athletic contests at any level during the interim, in addition to the other penalties the NSAA or the school may assess.

***Approved Ruling 2.11.4*** Coaches who are ejected will be required to successfully complete the NFHS Sportsmanship online course within 10 days of the ejection at the coaches' expense. Failure by an ejected coach to successfully complete the NFHS Sportsmanship online course within 10 days of the ejection will result in the coach being suspended from coaching in any further competition in that activity for the remainder of the season, including all NSAA end-of-season play (sub-districts, districts, playoffs, and state competition.) In those situations in which the ejection of the coach occurs near the end of the season or during the NSAA end-of-season play, the coach will be required to successfully complete the NFHS Sportsmanship online course before being able to coach the following season or year. Coaches who are ejected a second time will be required to sit-out the next two contests at that level, plus all other contests at other levels during the interim and successfully complete the NFHS Fundamentals of Coaching online course within 10 days of the ejection at the coaches' expense. Failure to successfully complete the NFHS Fundamentals of Coaching online course within 10 days of the ejection will result in the coach being suspended from coaching in any further competition in that activity for the remainder of the season, including all NSAA end-of-season play (sub-districts, districts, playoffs, and state competition.) In those situations in which the ejection of the coach occurs near the end of the season or during the NSAA end-of-season play, the coach will be required to successfully complete the NFHS Fundamentals of Coaching online course before being able to coach the following season or year.

3.3         **General Regulations Governing Competition**

3.3.11      Conduct and Sportsmanship. Member schools shall maintain proper crowd control and enforce the principles of good sportsmanship and ethics during all interscholastic contests. Failure to fulfill this obligation shall subject the school to penalties as provided in Article 2, Section 2.11, NSAA Bylaws Governing All Activities.

3.3.11.1    Conduct of Coaches and Athletes. Coaches and athletes shall conduct themselves in accordance with the playing rules of the sport contest and refrain from unsportsmanlike

10

conduct during interscholastic competition. Failure to fulfill this obligation will subject the individual(s) to the penalties as provided in Article 2, Section 2.11, NSAA Bylaws Governing All Activities.

3.3.11.2      Definition of Unsportsmanlike Conduct. Unsportsmanlike conduct shall include the following: fighting, verbal abuse or dissent directed toward an official or opponent, racial or ethnic slurs, inappropriate comments or actions that may be construed as sexual harassment, profanity, obscene gestures, flagrant and violent fouls, taunting, trash talk, baiting, cheating, throwing or abusing equipment, inappropriate posters, physical intimidation or abuse of an official or opponent, and unauthorized leaving of a team bench area.

The NSAA and its member schools strongly believe that the major purpose of high school athletics is to be a part of the total educational program. A major part of this purpose is to stress to coaches, players, officials, and fans the vital importance of sportsmanship. It is important that everyone understand the role they play in developing good sportsmanship.

Unsportsmanlike conduct shall include the following: fighting, verbal abuse or dissent toward an official or opponent, racial or ethnic slurs, inappropriate comments or actions that may be construed as sexual harassment, profanity, obscene gestures, flagrant and violent fouls, taunting, trash talk, baiting, cheating, throwing or abusing equipment, inappropriate posters, physical intimidation or abuse of an official or opponent, and unauthorized leaving of a team bench area.

As a part of the NSAA sportsmanship legislation, any participant ejected from a contest for unsportsmanlike conduct shall be ineligible for the next athletic contest at that level of competition and any other athletic contest at any level during the interim, in addition to other penalties the NSAA or school may assess. Likewise, any coach ejected from a contest for unsportsmanlike conduct is subject to those same sit-out rules.

### Game officials play a key role in the sportsmanship process.
1. Accept your role in an unassuming manner. Avoid wondering about, showboating and over-officiating.
2. Maintain confidence and poise, controlling contests from start to finish.
3. Know rules thoroughly and abide by the National Federation Code of Ethics.
4. Do not allow the participant and coach ejection penalties to change the manner in which you officiate a contest.
5. Publicly shake hands with coaches of both teams before the contest, and initiate communication equally for all schools.
6. Never exhibit emotions or argue with participants and coaches when enforcing rules.
7. After the contest leave the field or court immediately and be a role model for the student athletes you just officiated.

### Reporting Ejections -- Expected of All Officials
The following guidelines have been established for officials to report an ejection or unusual situation:
1. Officials shall file with the NSAA an electronic report for any ejection of a player or coach from a contest. Any unusual situation that occurs prior to, during, or after a contest should also be reported.
2. Prompt reporting to the NSAA office is necessary. **Officials shall submit their electronic report to the NSAA the day following the ejection.**
3. Officials registered with the NSAA are provided an online report form for an ejection and other unusual situations to be submitted. Use your login code to access this form.
4. Officials are asked to be specific in listing the reason(s) for an ejection.
5. Affiliated officials (officials registered from contiguous states) will also be required to perform this reporting function and will be issued a passcode to submit this online report.

11

Petitioner's Exhibit C
Page 11 of 16

## SELECTION OF OFFICIALS FOR DISTRICT AND STATE CONTESTS

Officials for all district and state contests are selected by the NSAA. In general, the following selection criteria shall be used:

1. Observation of officials by NSAA staff and/or NSAA observers. Any official or crew interested in working sub-district, district, sub-state or state contests shall apply to the NSAA by submitting a completed online NSAA application form for each sport. A schedule of contests you are officiating during the season shall be submitted online as well. This should include the names, position and classification of all members of a crew. Please keep your schedules up-to-date throughout the season.

2. NSAA Officials' ballots submitted by coaches and athletic administrators form will be a part of the selection criteria.

3. Consideration will be given to experience and geographical location of officials.

4. In basketball the following criteria will be used for State Tournament selection:

    a. You can only work 5 consecutive years in either gender, then you must sit out 2 years.
    b. Recommendations by NSAA Evaluators.
    c. During the season you must work at least 5 girls games.
    d. You must work at least 20 varsity games.
    e. You will be selected as an individual not as a crew.
    f. You must attend or work an NSAA approved officiating clinic one out of every 3 years.
    g. Each school's recommendations will be considered.

5. Officiating fees for working postseason contests in football, basketball, soccer, softball, volleyball, baseball, and wrestling, shall be established by the NSAA Board of Directors.

6. In basketball and volleyball, only certified officials will be considered for the state tournaments.

7. In wrestling, only approved and certified officials will be considered for the state tournament.

## CONFLICT OF INTEREST

For the most part, officials tend to work any and all contests available to them. No one wants to turn down a contract. The contract offer is a compliment and the question of "Do I really have a conflict?" usually gets brushed aside.

Conflict of interest needs to be considered when accepting a contract. **If there is any doubt as to whether or not an official should work a game, he or she should probably avoid working it.** Even if there is only a perception that a conflict of interest exists, the official should excuse himself or herself from the contest. The first time you violate that trust you open the door to questionable motives.

What constitutes conflict of interest? Some examples are fairly clear: the official is working at a level beyond his or her expertise; a close family member is involved in the contest as a player or coach; or the official is an employee of the school. But there are "gray areas": the official has a friend who is a player; he or she attended one of the schools several years ago; he or she is a former player or coach; or, in a tournament situation, a family member's team will play the winner of the contest.

An official shall not knowingly accept assignment of a contest if any of the following conditions exist:
    a. If any official or the official's spouse is employed by any school involved in a contest.

12

Petitioner's Exhibit C
Page 12 of 16

b. If the official is related by blood or marriage as follows: (parent, grandparent, child, grandchild, brother, sister, brother-in-law, son-in-law, etc.) to a person affiliated with a team involved in a contest.
c. If the official and any person affiliated with a team involved in a contest are former or present teammates, roommates, classmates, business associates, or close personal friends.

The above conflicts are not all-inclusive and do not cover all possible conflicts, but should be used by officials when filling out schedules. The perception of conflict should be avoided whenever possible.

## AFFILIATE REGISTRATION IN OTHER STATES

**Reciprocity Agreement.** Officials registered and living in Nebraska wishing to work in Colorado, Iowa, Kansas, South Dakota or Wyoming are to contact that state association office. The Wyoming and South Dakota registration fees are $10.00 per sport; Colorado and Kansas are $15.00 per sport; Iowa is $20 per sport. These special rates are set because of the reciprocal agreement involving Nebraska.

If you are registered to work a given sport in Nebraska, then you are able to work that sport in these states after you have paid that state's registration fee as stated above. These states will send you any information they feel you need to work in their state and a registration card. The deadlines for Iowa, South Dakota and Wyoming are the same as Nebraska--late August for fall sports and late November for winter sports and mid-March for spring sports.

Officials **living in** and **registered in** Colorado, Iowa, Kansas, South Dakota and Wyoming may register in Nebraska by paying a $15.00 per sport registration fee to the NSAA office in Lincoln.

**This reciprocity agreement applies to these states in the following sports:**

| Colorado | Iowa Girls | Kansas | South Dakota | Wyoming |
|---|---|---|---|---|
| Football | Volleyball | Football | Football | Football |
| Volleyball | Soccer | Volleyball | Volleyball | Volleyball |
| Softball | Basketball | Softball | Basketball | Basketball |
| Basketball | Softball | Basketball | Wrestling | Wrestling |
| Wrestling | Swim & Dive | Wrestling | Soccer | Soccer |
| Swim & Dive | Track & Field | Soccer | Track & Field | Swim & Dive |
| Soccer | | Baseball | | Track & Field |
| Baseball | | Track & Field | | |
| Track & Field | | | | |

If an official's home state does not register officials in a particular sport, then an official must be registered in the state in which they are going to officiate.

**Nebraska Residents:** An official whose legal residence is in Nebraska **MUST** be registered with the NSAA in order to officiate high school varsity games in Nebraska.

### Addresses of Reciprocating Associations

**Colorado High School Activities Association**
14855 E. 2nd Ave.
Aurora, CO 80011
Phone: (303) 344-5050

**Iowa High School Girls Athletic Union**
500 Westown Parkway, Suite 150
West Des Moines, IA 50266
Phone: (515) 288-9741

**Kansas State High School Activities Association**
601 SW Commerce Place
P.O. Box 495
Topeka, KS 66601-0495
Phone: (785) 273-5329

13

Petitioner's Exhibit C
Page 13 of 16

**South Dakota High School**
**Activities Association**
804 N. Euclid Ave., Suite 102
P.O. Box 1217
Pierre, SD 57501
Phone: (605) 224-9261

**Wyoming High School**
**Activities Association**
6571 E. 2nd St.
Casper, WY 82609
Phone: (307) 577-0614

## NSAA DUE PROCESS PROCEDURE

The following due process procedure shall govern all alleged violations by a party of the Constitution, Bylaws, or Approved Rulings of the Nebraska School Activities Association as well as requests for hardship waivers of eligibility rules.

1.10.1 **Definitions –** As used herein, unless the context otherwise requires:

a. Party may mean any of the following or a combination thereof:

(1) Any public or non-public school of Nebraska, which is a member of this Association;

(2) Any teacher, administrator or coach of a public or non-public school of Nebraska, which is a member of this Association;

(3) Any official, referee or judge who is registered by this Association, and;

(4) Any official, referee or judge who is serving at an activity or event, sponsored or authorized by this Association, in an official capacity.

b. **Notice** when these rules require the giving of notice, the notice shall be in writing and shall be mailed, by first class United States mail, to the last known address of the party, or delivered personally.

c. **Executive Director** shall mean the duly appointed and serving Executive Director of this Association.

d. **Designate of the Executive Director** shall mean a person duly appointed by the Executive Director. Persons eligible to be a designate shall include employees of this Association and all administrators of public or non-public Nebraska schools, which are members of this Association.

e. **Hearing officer** shall mean the person presiding at a hearing called pursuant to these rules. The hearing officer shall be selected by the Executive Director or Board of Directors, and may be the Executive Director, his designate or any person who is not actively engaged in the investigation of the alleged violation. The hearing officer shall be charged with the duty of remaining impartial throughout the hearing process.

f. **Board of Directors** shall mean the Board of Directors of this Association.

g. **Violation** shall mean the breach of the rules and standards set forth in the Constitution, Bylaws or Approved Rulings of the Association.

### 1.10.2 Rules of Procedure for Alleged Violations

1.10.2.1 The Executive Director or his or her designate shall investigate alleged violations.

1.10.2.2 The Executive Director or his or her designate shall give notice to the party being investigated within a reasonable time after discovering the alleged violation or receiving a complaint.

1.10.2.3 If a designate conducts the investigation, the designate shall submit a written report to the Executive Director, which shall contain:

a. Findings of fact;

b. An opinion of whether a violation has been committed by the party;

c. If the opinion is that a violation has been committed by the party, a recommended penalty for the alleged violation.

The written report and recommended penalty, however will not be binding on the Executive Director.

1.10.2.4 The Executive Director, after receiving the written report from his designate or after completing the investigation personally, shall prepare a preliminary determination, which shall contain the following:

a. Statement of the alleged violation;

b. Proposed findings of fact;

c. A determination of whether a violation has been committed by the party; and,

d. If it is determined that a violation has been committed by the party, a proposed penalty to be imposed by the Board of Directors.

14

1.10.2.5  If the Executive Director determines a violation has occurred, notice of the preliminary determination shall be given to the party charged with the violation.  The notice shall be in writing and shall contain the following:

  a.  A copy of the preliminary determination;

  b.  A statement of the party's right to a hearing before the Executive Director;

  c.  A copy of the hearing procedure; and,

  d.  A statement of the party's right of appeal to the Board of Directors from the decision rendered after the hearing.

1.10.2.6  A written request by a party for a hearing must be postmarked or received by the Executive Director within 14 days after notice of the alleged violation is postmarked or personally delivered, whichever is later. The request for hearing must be addressed to the Executive Director.

1.10.2.7  If no request for hearing is received within the 14-day period the Executive Director shall enter an order pursuant to the preliminary determination and the notice, which was previously given to the party. Notice of the final order shall be given to the party within 5 days thereafter.

1.10.2.8  If a timely and valid request for a hearing is received, the Executive Director or his or her designate shall within a reasonable time give notice of a hearing to the party. The notice of hearing shall contain the following:

  a.  Time for the hearing;

  b.  Place of the hearing;

  c.  Statement of the alleged violation; and

  d.  Identification of the hearing officer.

1.10.2.9  At the hearing before the Executive Director, the party shall have the right to:

  a.  Be represented by counsel;

  b.  Confront and cross-examine witnesses; and

  c.  Submit documentary evidence and present witnesses.

1.10.2.10  The hearing shall be conducted by the hearing officer. A representative of the Association shall first present the evidence supporting the alleged violation. The party shall then be allowed to respond to the allegations.

1.10.2.11  In conducting the hearing, the hearing officer shall not be bound by formal rules of evidence. Evidence may be in the form of affidavits, written reports, or electronic recordings if the contents of the affidavits, written reports, or electronic recordings are disclosed to all interested parties within a reasonable time period prior to the hearing. The proceedings shall not be recorded and transcribed unless requested by a party. The party so requesting shall bear the cost of the recording and transcription.

1.10.2.12  Within a reasonable time after the close of the hearing, the hearing officer shall render a decision. The decision shall be in written form and shall contain:

  a.  Findings of fact;

  b.  A determination of whether a violation has been committed; and

  c.  The penalty to be imposed by the Board of Directors if a violation is found to have been committed by the party.

1.10.2.13  Written notice of the Hearing Officer's decision shall be given to the party within a reasonable time. The notice shall contain the following:

  a.  A copy of the decision;

  b.  A statement of the party's right of appeal to the Board of Directors; and

  c.  A copy of the appeal procedure.

1.10.2.14  A written notice of appeal by a party must be postmarked or received by the Executive Director within 14 days after notice of the Hearing Officer's decision is postmarked or personally delivered. The notice of appeal must be addressed to the Executive Director.  If no timely notice of appeals received, the decision rendered by the Hearing Officer shall stand and be a final decision of the Association.

1.10.2.15  After receiving a timely and valid notice of appeal, the Executive Director or his or her designate shall give written notice to the party of the hearing on appeal. The hearing on appeal shall be before the Board of Directors at its meeting, or if circumstances require, an earlier meeting may be held pursuant to the Constitution and Bylaws of the Association. The notice of hearing on appeal shall specify the time and place of hearing.

1.10.2.16  The hearing on appeal shall be conducted and heard de novo by the Board of Directors. The hearing procedure shall be the same as the procedure followed at the initial hearing.

15

Petitioner's Exhibit C
Page 15 of 16

1.10.2.17  Within a reasonable time after the hearing on appeal, the Board of Directors shall render a written decision setting forth the following:

a. Findings of fact;

b. A determination of whether a violation has been committed by the party; and

c. The penalty imposed if a violation is found to have occurred.

1.10.2.18  Notice of the decision shall be given to the party within a reasonable time. The decision of the Board of Directors shall be final.

## A CODE OF ETHICS FOR ATHLETIC OFFICIALS

Officials at an interscholastic athletic event are participants in the educational development of high school students. As such, they must exercise a high level of self-discipline, independence and responsibility. The purpose of this Code is to establish guidelines for ethical standards of conduct for all interscholastic officials.

• Officials shall master both the rules of the game and the mechanics necessary to enforce the rules, and shall exercise authority in an impartial, firm, and controlled manner.

• Officials shall work with each other and their state associations in a constructive and cooperative manner.

• Officials shall uphold the honor and dignity of the profession in all interaction with student-athletes, coaches, athletic directors, school administrators, colleagues, and the public.

• Officials shall prepare themselves both physically and mentally, shall dress neatly and appropriately, and shall comport themselves in a manner consistent with the high standards of the profession.

• Officials shall be punctual and professional in the fulfillment of all contractual obligations.

• Officials shall remain mindful that their conduct influences the respect that student-athletes, coaches, and the public hold for the profession.

• Officials shall, while enforcing the rules of play, remain aware of the inherent risk of injury that competition poses to student-athletes. Where appropriate, they shall inform event management of conditions or situations that appear unreasonably hazardous.

• Officials shall take reasonable steps to educate themselves in the recognition of emergency conditions that might arise during the course of competition.

--National Federation Officials Association (NFOA)

16

Petitioner's Exhibit C
Page 16 of 16